B1 (Official Form 1) (04/13)

| UNITED STATES BANKRUPTCY COURT<br>District of Delaware | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Yarway Corporation | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>Yarway Merger Corporation | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>23-1238165 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>1501 Yamato Road<br>Boca Raton, Florida<br>ZIP CODE 33431 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Palm Beach County | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br><br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity<br>(Check box, if applicable.) | Nature of Debts<br>(Check one box.) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | ☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ☑ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br><br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☑ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☑ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☑ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B 1 (Official Form 1) (04/13)

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | **Name of Debtor(s):** Yarway Corporation |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed: None | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.<br>I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)       Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No **See Attachment 1**

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
**(Check any applicable box)**

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
**(Check all applicable boxes.)**

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certificates that he/she has served the Landlord with this certification (11 U.S.C. § 362(1)).

B 1 (Official Form 1) (04/13)                                                                                                                    Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):  Yarway Corporation |
|---|---|

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by § 342(b) of the Bankruptcy Code.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box)

☐  I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached

☐  Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition.  A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X _____
Signature of Attorney for Debtor(s)

Kenneth P. Kansa                    Norman L. Pernick (2290)
Printed Name of Attorney for Debtor(s)

Sidley Austin LLP                   Cole, Schotz, Meisel, Forman & Leonard, P.A.
Firm Name

One South Dearborn St.              500 Delaware Ave., Ste 1410

Chicago, IL 60603                   Wilmington, DE  19801
Address

312-853-7000                        302-652-3131
Telephone Number

April 22, 2013
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

Kevin Coen
Printed Name of Authorized Individual

Vice President and Secretary
Title of Authorized Individual

April 22, 2013
Date

Address
_____

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

B 1 (Official Form 1) (04/13)

| Voluntary Petition | Name of Debtor(s): Yarway Corporation |
|---|---|
| *(This page must be completed and filed in every case)* | |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by § 342(b) of the Bankruptcy Code.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
    Signature of Debtor

X _____
    Signature of Joint Debtor

_____
    Telephone Number (If not represented by attorney)

_____
    Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
    (Signature of Foreign Representative)

X _____
    (Printed Name of Foreign Representative)

_____
    Date

### Signature of Attorney*

X _____
    Signature of Attorney for Debtor(s)

Kenneth P. Kansa    Norman L. Pernick (2290)
Printed Name of Attorney for Debtor(s)

Sidley Austin LLP    Cole, Schotz, Meisel, Forman & Leonard, P.A.
Firm Name

One South Dearborn St.    500 Delaware Ave., Ste 1410

Chicago, IL 60603    Wilmington, DE 19801
Address

312-853-7000    302-652-3131
Telephone Number

April 22, 2013
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
    Signature of Authorized Individual

Kevin Coen
Printed Name of Authorized Individual

Vice President and Secretary
Title of Authorized Individual

_____
    Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
    Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
    Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Attachment 1 to Voluntary Petition

All real or personal property owned by or in possession of the debtor that, to the best of the debtor's knowledge, poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety:

The Debtor does not believe it owns or possesses any real or personal property that poses

or is alleged to pose a threat of imminent and identifiable harm to the public health or safety.

## CERTIFICATE OF RESOLUTIONS ADOPTED BY THE BOARD
## OF DIRECTORS OF YARWAY CORPORATION

I, Kevin Coen, Vice President and Secretary of Yarway Corporation, a Delaware corporation (the "Company") hereby certify that at a special telephonic meeting of the Board of Directors of the Company duly called and held on April 22, 2013, the following resolutions (these "Resolutions") were duly adopted in accordance with the requirements of applicable law, and that said resolutions have not been modified or rescinded, and are still in full force and effect on the date hereof:

RESOLVED, that in the judgment of the Board of Directors of the Company, it is desirable and in the best interests of the Company, its creditors, equity holder and other interested parties that a petition be filed by the Company seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code");

RESOLVED, that any individual duly appointed by the Board of Directors as the Chief Executive Officer, Interim Chief Executive Officer, Chief Operating Officer, Chief Financial Officer, President, Executive Vice President, Senior Vice President, Vice President, General Counsel, Secretary, Assistant Secretary, Treasurer or Assistant Treasurer (each, an "Authorized Officer" and together, the "Authorized Officers") are, and each of them is, hereby authorized and empowered on behalf of, and in the name of, the Company to execute and verify or certify a petition under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") at such time as said Authorized Officer executing the same shall determine and in such form or forms as such Authorized Officer may approve;

RESOLVED, that the law firm of Sidley Austin LLP, One South Dearborn Street, Chicago, Illinois 60603, be, and hereby is, retained and employed as attorneys and co-counsel for the Company in connection with the prosecution of the Company's case under chapter 11 of the Bankruptcy Code;

RESOLVED, that the law firm of Cole, Schotz, Meisel, Forman & Leonard, P.A., 500 Delaware Avenue, Suite 1410, Wilmington, Delaware 19801, be, and hereby is, retained and employed as Delaware attorneys and co-counsel for the Company in connection with the prosecution of the Company's case under chapter 11 of the Bankruptcy Code;

RESOLVED, that each of the Authorized Officers be, and each of them hereby is, authorized to execute and file any and all petitions, schedules, motions, lists, applications, pleadings, and other papers, and to take any and all further actions which the Authorized Officers or the Company's legal counsel may deem necessary or appropriate to file the voluntary petition for relief under chapter 11 of the Bankruptcy Code, and to take and perform any and all further acts and deeds which they deem necessary, proper or desirable in connection with the chapter 11 case, with a view to the successful prosecution of such case including, without limitation, seeking authority to guarantee or borrow, and borrowing, amounts under any post-petition financing facility for itself or its affiliates, and granting liens, guarantees, pledges, mortgages and/or other security therefor and filing financing statements, mortgages, intellectual property security agreements and other documents related thereto;

RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized to employ and retain legal counsel, financial advisors, accountants and other professionals to advise the Company in connection with its case under chapter 11 of the Bankruptcy Code;

RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized and directed on behalf of the Company to take such actions to make, sign, execute, acknowledge and deliver (and record in the relevant office of the secretary of state or the county clerk, if necessary) any and all such agreements listed above (including exhibits thereto), including any and all affidavits, orders, directions, certificates, requests, receipts, financing statements, or other instruments as may reasonably be required to give effect to these Resolutions, and to execute and deliver such agreements (including exhibits thereto) and related documents, and to fully perform the terms and provisions thereof;

RESOLVED, that the Authorized Officers, be, and each of them hereby is, authorized on behalf of, and in the name of, the Company to execute any and all plans of reorganization under chapter 11 of the Bankruptcy Code, including any and all modifications, supplements, and amendments thereto, and to cause the same to be filed in the Bankruptcy Court at such time as said Authorized Officer executing the same shall determine;

RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized and directed on behalf of the Company to take such actions and to make, sign, execute, acknowledge and deliver all such additional documents, agreements and certificates as may be reasonably required to give effect to the consummation of the transactions contemplated by these Resolutions and any chapter 11 plan of reorganization, and to execute and deliver such documents, agreements and certificates, and to fully perform the terms and provisions thereof; and

RESOLVED, that to the extent that any of the actions authorized by any of these Resolutions have been taken by the Authorized Officers of the Company on its behalf, such actions are hereby ratified and confirmed in their entirety.

[Signature Page Follows]

IN WITNESS WHEREOF, the undersigned has executed this written certificate as of the 22nd day of April, 2013.

YARWAY CORPORATION

By:      Kevin Coen
Title:   Vice President and Secretary

3

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>YARWAY CORPORATION,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 13-____ (___) |

### LIST OF THE 20 LAW FIRMS REPRESENTING THE LARGEST NUMBERS
### OF ASBESTOS PLAINTIFFS ASSERTING CLAIMS AGAINST THE DEBTOR

      Yarway Corporation (the "Debtor") filed a petition in this Court on the date hereof for relief under chapter 11 of title 11 of the United States Code.  Contemporaneously with the filing of the petition, the Debtor filed a motion requesting, among other things, authority to file a list of the twenty (20) law firms representing the largest numbers of asbestos plaintiffs asserting claims against the Debtor (the "Asbestos List") in lieu of filing a list of the twenty persons or entities holding the largest unsecured claims against the Debtor in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure.  The Asbestos List was prepared with information existing as of April 12, 2013 and is included below.  The Debtor reserves the right to amend the Asbestos List based on information existing as of the filing date.

      The information contained in the Asbestos List shall not constitute an admission by, nor shall it be binding on, the Debtor.

| Name of law firm | Name, complete address, telephone number, and fax number of employee, agent or department of law firm familiar with claims who may be contacted | Nature of Claim | Indicate if Claim is contingent, unliquidated, disputed or subject to set-off |
|---|---|---|---|
| Belluck & Fox, LLP | James Long, Esq.<br>546 Fifth Ave., 4th Floor<br>New York, NY 10036<br>Phone: (212) 681-1575<br>Fax: (212) 681-1574 | Asbestos personal injury | Disputed/<br>Contingent/<br>Unliquidated |
| Brookman, Rosenberg, Brown & Sandler | David B. Halpern, Esq.<br>30 S. Fifteenth St., 17th Floor<br>Philadelphia, PA 19102<br>Phone: (215) 569-4000<br>Fax: (215) 569-2222 | Asbestos personal injury | Disputed/<br>Contingent/<br>Unliquidated |

---

[1] The last four digits of the Debtor's taxpayer identification number are 8165.  The Debtor's address is 1501 Yamato Road, Boca Raton, FL 33431.

| | | | |
|---|---|---|---|
| Cooney & Conway | William R. Fahey, Esq.<br>120 N. LaSalle St., 30th Floor<br>Chicago, IL 60602<br>Phone: (312) 236-6166<br>Fax: (312) 236-3029 | Asbestos<br>personal injury | Disputed/<br>Contingent/<br>Unliquidated |
| Early, Lucarelli,<br>Sweeney & Strauss | Robert Sweeney, Esq.<br>One Century Tower<br>265 Church St.<br>New Haven, CT 06508-1866<br>Phone: (203) 777-7799<br>Fax: (203) 785-1671<br><br>Mark Bibro, Esq.<br>360 Lexington Ave., 20th Floor<br>New York, NY 10017<br>Phone: (212) 986-2233<br>Fax: (212) 986-2255 | Asbestos<br>personal injury | Disputed/<br>Contingent/<br>Unliquidated |
| F. Gerald Maples, PA | F. Gerald Maples, Esq.<br>Canal Place,<br>365 Canal Street, Suite 2650<br>New Orleans, LA 70130<br>Phone: (504) 569-8732<br>Fax: (504) 525-6932 | Asbestos<br>personal injury | Disputed/<br>Contingent/<br>Unliquidated |
| Goldberg, Persky &<br>White, P.C. | Joseph J. Cirilano, Esq.<br>16411 Southfield Rd.<br>Allan Park, MI 48101<br>Phone: (313) 389-2723<br>Fax: (313) 389-4962<br><br>Holly Diehl, Esq.<br>Bruce Mattock, Esq.<br>1030 Fifth Avenue<br>Pittsburgh, PA 15219<br>Phone: (412) 471-3980<br>Fax: (412) 471-8308 | Asbestos<br>personal injury | Disputed/<br>Contingent/<br>Unliquidated |
| Gori, Julian &<br>Associates, PC | Randy Gori, Esq.<br>156 N. Main St.<br>Edwardsville, IL 62025<br>Phone: (618) 807-4085<br>Fax: (618) 659-9834 | Asbestos<br>personal injury | Disputed/<br>Contingent/<br>Unliquidated |

| James R. Hartzog | James R. Hartzog, Esq.<br>1502 N. Midway Road<br>Clinton, MS 39056<br>Phone: (601) 925-9400 | Asbestos<br>personal injury | Disputed/<br>Contingent/<br>Unliquidated |
|---|---|---|---|
| James F. Humphreys<br>& Associates L.C. | Bronwyn Rinehart, Esq.<br>United Center, Suite 800<br>500 Virginia St. East<br>Charleston, WV 25301<br>Phone: (304) 347-5050<br>Fax: (304) 347-5055 | Asbestos<br>personal injury | Disputed/<br>Contingent/<br>Unliquidated |
| John C. Dearie &<br>Associates | John C. Dearie, Esq.<br>515 Madison Ave.<br>Suite 1118<br>New York, NY 10022<br>Phone: (212) 980-0404<br>Fax: (212) 980-9889 | Asbestos<br>personal injury | Disputed/<br>Contingent/<br>Unliquidated |
| The Keahey Law Firm | Patrick Keahey, Esq.<br>1005 Downtowner Blvd.<br>Mobile, AL 36609<br>Phone: (205) 871-0707<br>Fax: (205) 871-0801 | Asbestos<br>personal injury | Disputed/<br>Contingent/<br>Unliquidated |
| Mazur & Kittel, PLLC | John I. Kittel, Esq.<br>30665 Northwestern Highway<br>Farmington Hills, MI 48334<br>Phone: (248) 432-8000<br>Fax: (248) 432-8010 | Asbestos<br>personal injury | Disputed/<br>Contingent/<br>Unliquidated |
| Motley Rice LLC | Nathan D. Finch, Esq.<br>1000 Potomac Street<br>Washington, DC 20007<br>Phone: (202) 232-5504<br>Fax: (202) 232-5513<br><br>Vincent L. Greene, Esq.<br>321 South Main Street<br>Providence, RI 02940<br>Phone: (401) 457-7700<br>Fax: (401) 457-7708 | Asbestos<br>personal injury | Disputed/<br>Contingent/<br>Unliquidated |

| Perry & Sensor | Michael L. Sensor, Esq.<br>704 N. King Street, Suite 560<br>Wilmington, DE 19801<br>Phone: (302) 655-4482<br>Fax: (302) 655-4043 | Asbestos<br>personal injury | Disputed/<br>Contingent/<br>Unliquidated |
|---|---|---|---|
| The Segal Law Firm | Scott S. Segal, Esq.<br>810 Kanawha Boulevard East<br>Charleston, WV 25301<br>Phone: (304) 344-9100<br>Fax: (304) 344-9105 | Asbestos<br>personal injury | Disputed/<br>Contingent/<br>Unliquidated |
| Shrader & Associates,<br>LLP | Ross Stomel, Esq.<br>3900 Essex Lane, Suite 390<br>Houston, TX 77027<br>Phone: (713) 782-0000<br>Fax: (713) 571-9605 | Asbestos<br>personal injury | Disputed/<br>Contingent/<br>Unliquidated |
| Simmons, Browder,<br>Gianaris, Angelides &<br>Barnerd, LLC | Nick Angelides<br>One Court Street<br>Alton, IL 62002<br>Phone: (618) 259-2222<br>Fax: (618) 259-2251<br><br>Crystal G. Foley, Esq.<br>100 N. Sepulveda Blvd., Suite 1350<br>El Segundo, CA 90245<br>Phone: (310) 322-3555<br>Fax: (310) 322-3655 | Asbestos<br>personal injury | Disputed/<br>Contingent/<br>Unliquidated |
| Thornton & Naumes<br>LLP | Andrew S. Wainwright, Esq.<br>100 Summer Street, 30th Floor<br>Boston, MA 02110<br>Phone: (617) 720-1333<br>Fax: (617) 720-1301 | Asbestos<br>personal injury | Disputed/<br>Contingent/<br>Unliquidated |

| Weitz & Luxenberg, PC | Kevin Mulderig, Esq.<br>200 Lake Drive East<br>Suite 205<br>Cherry Hill, NJ 08002<br>Phone: (856) 755-1115<br>Phone: (856) 755-1995<br><br>Benno B. Ashrafi, Esq.<br>1880 Century Park East<br>Suite 700<br>Los Angeles, CA 90067<br>Phone: (310) 247-0921<br>Fax: (310) 786-9927<br><br>Adam Dreksler, Esq.<br>700 Broadway<br>New York, NY 10003<br>Phone: (212) 558-5500<br>Fax: (212) 344-5461 | Asbestos personal injury | Disputed/<br>Contingent/<br>Unliquidated |
| Wilentz, Goldman & Spitzer | Abby Resnick-Parigian<br>90 Woodbridge Center Dr.,<br>Suite 900<br>Woodbridge, NJ 07095<br>Phone: (732) 636-8000<br>Fax: (732) 855-6117 | Asbestos personal injury | Disputed/<br>Contingent/<br>Unliquidated |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| YARWAY CORPORATION,[1] | Case No. 13-____ (____) |
| Debtor. | |

**DECLARATION REGARDING LIST OF THE 20 LAW FIRMS**
**REPRESENTING THE LARGEST NUMBERS OF ASBESTOS**
**PLAINTIFFS ASSERTING CLAIMS AGAINST THE DEBTOR**

      I, Kevin Coen, Vice President and Secretary of Yarway Corporation, declare under penalty of perjury that I have reviewed the foregoing "List of the 20 Law Firms Representing the Largest Numbers of Asbestos Plaintiffs Asserting Claims Against the Debtor" and that it is true and correct to the best of my knowledge, information and belief.

Date: April 22, 2013

                                     Kevin Coen
                                     Vice President and Secretary

---

[1] The last four digits of the Debtor's taxpayer identification number are 8165. The Debtor's address is 1501 Yamato Road, Boca Raton, FL 33431.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| YARWAY CORPORATION,[1] | Case No. 13-____ (___) |
| Debtor. | |

## MASTER CREDITOR LIST

Yarway Corporation (the "Debtor") filed a petition in this Court on the date hereof for relief under chapter 11 of title 11 of the United States Code.  Contemporaneously with the filing of the petition, the Debtor filed a motion (the "Motion") requesting, among other things, authority to list the addresses of counsel of record for asbestos personal injury claimants on the list of creditors (the "Master Creditor List") in lieu of listing the addresses of individual claimants themselves.  Pursuant to the Motion, the Debtor is seeking authority to serve all notices, mailings and other documents required to be provided to asbestos personal injury claimants on counsel of record for such claimants.  In accordance with Rule 1007(a) of the Federal Rules of Bankruptcy Procedure and Rules 1007-1(a) and 1007-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, the Master Creditors List is being filed concurrently herewith.

The Master Creditors List has been prepared from the books and records of the Debtor, and contains only those parties whose names and addresses were maintained in the databases of the Debtor or were otherwise readily ascertainable by the Debtor prior to the commencement of this case.  The Debtor will update the Master Creditors List as more information becomes available.

Certain of the creditors listed on the Master Creditors List may not hold outstanding claims against the Debtor and therefore may not be creditors in the Debtor's bankruptcy case.  By filing the Master Creditors List, the Debtor is not waiving or otherwise affecting its right to object to the extent, validity or enforceability of the claims, if any, held by the parties listed on the Master Creditors List.

---

[1] The last four digits of the Debtor's taxpayer identification number are 8165.  The Debtor's address is 1501 Yamato Road, Boca Raton, FL 33431.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| YARWAY CORPORATION,[1] | Case No. 13-____ (____) |
| Debtor. | |

## DECLARATION CONCERNING MASTER CREDITOR LIST

I, Kevin Coen, Vice President and Secretary of Yarway Corporation, declare under penalty of perjury that I have reviewed the "Master Creditor List", electronically filed contemporaneously herewith, and that it is true and correct to the best of my knowledge, information and belief.

Date: ___April 22___, 2013

_Kevin Coen_
Kevin Coen
Vice President and Secretary

---

[1] The last four digits of the Debtor's taxpayer identification number are 8165.  The Debtor's address is 1501 Yamato Road, Boca Raton, FL 33431.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>YARWAY CORPORATION,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 13-____ (___) |

## LIST OF EQUITY SECURITY HOLDERS AND
## STATEMENT OF CORPORATE OWNERSHIP

In accordance with Rules 1007(a)(1) and 1007(a)(3) of the Federal Rules of Bankruptcy Procedure, the Debtor submits the following information:

| Name and Address of Equity Holder | Interest |
|---|---|
| Tyco Fire & Security US Holdings LLC<br>9 Roszel Road<br>Princeton, New Jersey  08540 | 100% |

[The remainder of this page is intentionally blank.]

---

[1] The last four digits of the Debtor's taxpayer identification number are 8165.  The Debtor's address is 1501 Yamato Road, Boca Raton, FL 33431.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| YARWAY CORPORATION,[1] | Case No. 13-____ (____) |
| Debtor. | |

## DECLARATION REGARDING LIST OF EQUITY SECURITY
## HOLDERS AND STATEMENT OF CORPORATE OWNERSHIP

     I, Kevin Coen, Vice President and Secretary of Yarway Corporation, declare under penalty of perjury that I have reviewed the foregoing "List of Equity Security Holders and Statement of Corporate Ownership" and that it is true and correct to the best of my knowledge, information and belief.

Date: April 22, 2013

Signature                    
                                      Kevin Coen
                                      Vice President and Secretary

---

[1] The last four digits of the Debtor's taxpayer identification number are 8165.  The Debtor's address is 1501 Yamato Road, Boca Raton, FL 33431.