IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>YARWAY CORPORATION,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 13-11025 (BLS) |

STATE OF NEW JERSEY    )
                       ) ss.
COUNTY OF ESSEX        )

### AFFIDAVIT OF SERVICE

I, Kathleen M. Logan, hereby certify:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Proposed Claims and Noticing Agent for the above-captioned Debtor.

3. On April 22, 2013 I caused copies of the following:

   - **Notice of (I) Filing of Bankruptcy Petition and Related First Day Pleadings and (II) Debtor's Request to the Court for Consideration Thereof** [D.I. 8]

   to be served via facsimile to those persons listed on the Service List attached hereto as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

FURTHER AFFIANT SAYETH NOT

_____
Kathleen M. Logan

Sworn to before me this
23rd day of April 2013

_____
Notary Public
My Commission Expires:

PATRICIA C MCCOUL
Commission # 2344151
Notary Public, State of New Jersey
My Commission Expires
May 01, 2016

---

[1] The last four digits of the Debtor's taxpayer identification number are 8165. The Debtor's mailing address is 1501 Yamato Road, Boca Raton, Fl 33431.

YWC_AA

EXHIBIT A
SERVICE LIST
Via Facsimile

YWC_AA

# EXHIBIT A SERVICE LIST VIA FACSIMILE
## Notice of (I) Filing of Bankruptcy Petition and Related First Day Pleadings and
## (II) Debtor's Request to the Court for Consideration Thereof [DI 8]

**DEBTOR: YARWAY CORPORATION**  **CASE NO: 13-11025 (BLS)**

| | | |
|---|---|---|
| Creditor ID: 4-90<br>BELLUCK & FOX, LLP<br>JAMES LONG, ESQ.<br>546 FIFTH AVE., 4TH FLOOR<br>NEW YORK NY 10036<br>Fax No.: 12126811574 | Creditor ID: 5-90<br>BROOKMAN, ROSENBERG, BROWN & SANDLER<br>DAVID B. HALPERN, ESQ.<br>30 S. FIFTEENTH ST., 17TH FLOOR<br>PHILADELPHIA PA 19102<br>Fax No.: 12155692222 | Creditor ID: 5741-99<br>CAPLIN & DRYSDALE<br>ATTN PETER LOCKWOOD & KEVIN MACLAY<br>ONE THOMAS CIRCLE NW, STE 1100<br>WASHINGTON DC 20005<br>Fax No.: 12024293301 |
| Creditor ID: 5740-99<br>CAPLIN & DRYSDALE<br>ATTN ELIHU INSELBUCH<br>600 LEXINGTON AVE, 21ST FL<br>NEW YORK NY 10022<br>Fax No.: 12123796001 | Creditor ID: 6-90<br>COONEY & CONWAY<br>WILLIAM R. FAHEY, ESQ.<br>120 N. LASALLE ST., 30TH FLOOR<br>CHICAGO IL 60602<br>Fax No.: 13122363029 | Creditor ID: 5743-99<br>DELAWARE STATE TREASURY<br>DIRECTOR<br>820 SILVER LAKE BLVD, STE 100<br>DOVER DE 19904<br>Fax No.: 13027395635 |
| Creditor ID: 7-90<br>EARLY, LUCARELLI, SWEENEY & STRAUSS<br>ROBERT SWEENEY, ESQ.<br>ONE CENTURY TOWER<br>265 CHURCH ST.<br>NEW HAVEN CT 06508-1866<br>Fax No.: 12037851671 | Creditor ID: 8-90<br>EARLY, LUCARELLI, SWEENEY & STRAUSS<br>MARK BIBRO<br>360 LEXINGTON AVE., 20TH FLOOR<br>NEW YORK NY 10017<br>Fax No.: 12129862255 | Creditor ID: 9-90<br>F. GERALD MAPLES, PA<br>F. GERALD MAPLES<br>CANAL PLACE<br>365 CANAL STREET, SUITE 2650<br>NEW ORLEANS LA 70130<br>Fax No.: 15045256932 |
| Creditor ID: 10-90<br>GOLDBERG, PERSKY & WHITE, P.C.<br>JOSEPH J. CIRILANO<br>16411 SOUTHFIELD RD.<br>ALLAN PARK MI 48101<br>Fax No.: 13133894962 | Creditor ID: 11-90<br>GOLDBERG, PERSKY & WHITE, P.C.<br>HOLLY DIEHL, BRUCE MATTOCK<br>1030 FIFTH AVENUE<br>PITTSBURGH PA 15219<br>Fax No.: 14124718308 | Creditor ID: 12-90<br>GORI, JULIAN & ASSOCIATES, PC<br>RANDY GORI<br>156 N. MAIN ST.<br>EDWARDSVILLE IL 62025<br>Fax No.: 16186599834 |
| Creditor ID: 1-99<br>INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>600 ARCH ST STE 1507 (19106-1612)<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346<br>Fax No.: 12679411055 | Creditor ID: 14-90<br>JAMES F. HUMPHREYS & ASSOCIATES L.C.<br>BRONWYN RINEHART, ESQ.<br>UNITED CENTER, SUITE 800<br>500 VIRGINIA ST. EAST<br>CHARLESTON WV 25301<br>Fax No.: 13043475055 | Creditor ID: 13-90<br>JAMES R. HARTZOG<br>1502 N. MIDWAY ROAD<br>CLINTON MS 39056<br>Fax No.: 16019259400 |
| Creditor ID: 17-90<br>MAZUR & KITTEL, PLLC<br>JOHN I. KITTEL, ESQ.<br>30665 NORTHWESTERN HIGHWAY<br>FARMINGTON HILLS MI 48334<br>Fax No.: 12484328010 | Creditor ID: 19-90<br>MOTLEY RICE LLC<br>VINCENT L. GREENE, ESQ.<br>321 SOUTH MAIN STREET<br>PROVIDENCE RI 02940<br>Fax No.: 14014577708 | Creditor ID: 18-90<br>MOTLEY RICE LLC<br>NATHAN D. FINCH, ESQ.<br>1000 POTOMAC STREET<br>WASHINGTON DC 20007<br>Fax No.: 12022325513 |
| Creditor ID: 20-90<br>PERRY & SENSOR<br>MICHAEL L. SENSOR, ESQ.<br>704 N. KING STREET, SUITE 560<br>WILMINGTON DE 19801<br>Fax No.: 13026554043 | Creditor ID: 22-90<br>SHRADER & ASSOCIATES, LLP<br>ROSS STOMEL, ESQ.<br>3900 ESSEX LANE, SUITE 390<br>HOUSTON TX 77027<br>Fax No.: 17135719605 | Creditor ID: 24-90<br>SIMMONS, BROWDER, GIANARIS, ANGELIDES & BARNERD, L<br>CRYSTAL G. FOLEY<br>100 N. SEPULVEDA BLVD., SUITE 1350<br>EL SEGUNDO CA 90245<br>Fax No.: 13103223655 |
| Creditor ID: 23-90<br>SIMMONS, BROWDER, GIANARIS, ANGELIDES & BARNERD, L<br>NICK ANGELIDES<br>ONE COURT STREET<br>ALTON IL 62002<br>Fax No.: 16182592251 | Creditor ID: 5744-99<br>STATE OF DELAWARE DIV OF REV<br>MARILYN BRISCO<br>PO BOX 8750<br>WILMINGTON DE 19899<br>Fax No.: 13025778656 | Creditor ID: 16-90<br>THE KEAHEY LAW FIRM<br>PATRICK KEAHEY<br>1005 DOWNTOWNER BLVD.<br>MOBILE AL 36609<br>Fax No.: 12058710801 |
| Creditor ID: 21-90<br>THE SEGAL LAW FIRM<br>SCOTT S. SEGAL, ESQ.<br>810 KANAWHA BOULEVARD EAST<br>CHARLESTON WV 25301<br>Fax No.: 13043449105 | Creditor ID: 3-99<br>US DEPARTMENT OF JUSTICE<br>ELLEN W SLIGHTS ESQ<br>ASSISTANT US ATTORNEY<br>1007 ORANGE ST, STE 700<br>PO BOX 2046<br>WILMINGTON DE 19899-2046<br>Fax No.: 13025736431 | Creditor ID: 5739-99<br>US SECURITIES & EXCHANGE COMMISSION<br>ATTN DIRECTOR<br>BANKRUPTCY UNIT<br>100 F STREET, NE<br>WASHINGTON DC 20549<br>Fax No.: 12027729295 |

**EXHIBIT A SERVICE LIST VIA FACSIMILE**
**Notice of (I) Filing of Bankruptcy Petition and Related First Day Pleadings and**
**(II) Debtor's Request to the Court for Consideration Thereof [DI 8]**

Page 2 of 2

**DEBTOR: YARWAY CORPORATION**  **CASE NO: 13-11025 (BLS)**

| | | |
|---|---|---|
| Creditor ID: 27-90<br>WEITZ & LUXEMBERG, PC<br>BENNO B. ASHRAFI, ESQ.<br>1880 CENTURY PARK EAST, SUITE 700<br>LOS ANGELES CA 90067<br>Fax No.: 13107869927 | Creditor ID: 5492-90<br>WEITZ & LUXEMBERG, PC<br>ADAM DREKSLER, ESQ.<br>700 BROADWAY<br>NEW YORK NY 10003<br>Fax No.: 12123445461 | Creditor ID: 26-90<br>WEITZ & LUXEMBERG, PC<br>KEVIN MULDERIG, ESQ.<br>200 LAKE DRIVE EAST, SUITE 205<br>CHERRY HILL NJ 08002<br>Fax No.: 18567551995 |
| Creditor ID: 28-90<br>WILENTZ, GOLDMAN & SPITZER<br>ABBY RESNICK-PARIGIAN<br>90 WOODBRIDGE CENTER DR., SUITE 900<br>WOODBRIDGE NJ 07095<br>Fax No.: 17328556117 | Creditor ID: 5742-99<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN JAMES PATTON JR & ROBERT BRADY<br>RODNEY SQUARE<br>1000 NORTH KING STREET<br>WILMINGTON DE 19801<br>Fax No.: 13025711253 | |

**Total:    32**