IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>YARWAY CORPORATION,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 13-11025 (BLS) |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

      Chad Corazza, being duly sworn according to law, deposes and says that he is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, attorneys for the Proposed Future Claimants' Representative in above-referenced case, and that on May 6, 2013, he caused a copy of the following document(s) to be served in the manner indicated upon the parties identified on the attached Exhibit A service list:

**Application for Order Authorizing the Proposed Future Claimants' Representative to Retain and Employ Young Conaway Stargatt & Taylor, LLP as His Attorneys *Nunc Pro Tunc* to April 22, 2013 [D.I. 41]**

**Application for Order Authorizing the Proposed Future Claimants' Representative to Retain and Employ Analysis, Research, and Planning Corporation as Claims Evaluation Consultants [D.I. 42]**

_____
Chad Corazza

SWORN TO AND SUBSCRIBED before me this ____ day of May, 2013

_____
Notary Public

ERICA A. BROYLES
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Sept. 6, 2013

---

[1] The last four digits of the Debtor's taxpayer identification number are 8165. The Debtor's address is 1501 Yamato Road, Boca Raton, FL 33431.

01:13592922.1

# **EXHIBIT A**

**2002 SERVICE LIST**
Yarway
5/6/2013

| | |
|---|---|
| Nick Angelides, Esq.<br>Simmons, Browder, Gianaris, Angelides & Barnerd<br>One Court Street<br>Alton, IL 62002<br>*First Class Mail* | Benno B. Ashrafi, Esq.<br>Weitz & Luxemberg, PC<br>1880 Century Park East, Suite 700<br>Los Angeles, CA 90067<br>*First Class Mail* |
| John A. Baden, IV, Esq.<br>Jeannette M. Gilbert, Esq.<br>Motley Rice LLC<br>28 Bridgeside Boulevard<br>Mt. Pleasant, SC 29464<br>(Asbestos Claimants)<br>*First Class Mail* | Mark Bibro, Esq.<br>Early, Lucarelli, Sweeney & Strauss<br>Lexington Ave., 20th Floor<br>New York, NY 10017<br>*First Class Mail* |
| Marylin Brisco<br>State of Delaware Division of Revenue<br>P.O. Box 8750<br>Wilmington, DE 19899<br>(State of Delaware Division of Revenue)<br>*First Class Mail* | Joseph J. Cirilano, Esq.<br>Goldberg, Persky & White, P.C.<br>16411 Southfield Road<br>Allan Park, MI 48101<br>*First Class Mail* |
| James F. Conlan, Esq.<br>Kenneth P. Kansa, Esq.<br>Dennis M. Twomey, Esq.<br>Allison R. Stromberg, Esq.<br>Sidley Austin LLP<br>One Deaborn Street<br>Chicago, IL 60603<br>(Debtors)<br>*First Class Mail* | John C. Dearie, Esq.<br>John C. Dearie & Associates<br>515 Madison Ave., Suite 1118<br>New York, NY 10022<br>*First Class Mail* |
| Delaware State Treasury<br>Attn: Officer, Managing, or General Agent<br>820 Silver Lake Blvd., Suite 100<br>Dover, DE 19904<br>(Delaware State Treasury)<br>*First Class Mail* | Adam Dreksler, Esq.<br>Weitz & Luxemberg, PC<br>700 Broadway<br>New York, NY 10003<br>*First Class Mail* |

## 2002 SERVICE LIST

5/6/2013

William R. Fahey, Esq.
Cooney & Conway
120 N. LaSalle St., 30th Floor
Chicago, IL 60602
*First Class Mail*

Nathan D. Finch, Esq.
Motley Rice LLC
1000 Potomac Street
Washington, DC 20007
(Asbestos Claimants)
*First Class Mail*

Crystal G. Foley, Esq.
Simmons, Browder, Gianaris, Angelides & Barnerd
100 N. Sepulveda Blvd., Suite 1350
El Segundo, CA 90245
*First Class Mail*

Randy Gori, Esq.
Gori, Julian & Associates, PC
156 N. Main St.
Edwardsville, IL 62025
*First Class Mail*

Lyons Gray
Secretary of Revenue
North Carolina Department of Revenue
501 N. Wilmington Street
Raleigh, NC 27604
(North Carolina Department of Revenue)
*First Class Mail*

Vincent L Greene, Esq.
Motley Rice LLC
321 South Main Street
Providence, RI 02940
(Asbestos Claimants)
*First Class Mail*

David B. Halpern, Esq.
Brookman, Rosenberg, Brown & Sandler
30 S. Fifteenth St., 17th Floor
Philadelphia, PA 19102
*First Class Mail*

James R. Hartzog
1502 N. Midway Road
Clinton, MS 39056
*First Class Mail*

Elihu Inselbuch, Esq.
Caplin & Drysdale
600 Lexington Ave., 21st Floor
New York, NY 10022
(Official Committee of Unsecured Creditors)
*First Class Mail*

Internal Revenue Service
Centralized Insolvency Operations
600 Arch St., Suite 1507 (19106-1612)
P.O. Box 7346
Philadelphia, PA 19101-7346
(Internal Revenue Service)
*First Class Mail*

**2002 SERVICE LIST**

5/6/2013

Courtney Kay-Decker
Director
Iowa Department of Revenue
Hoover State Office Building
1305 East Walnut
Des Moines, IA 50319
(Iowa Department of Revenue)
*First Class Mail*

Patrick Keahey, Esq.
The Keahey Law Firm
1005 Downtowner Blvd.
Mobile, AL 36609
*First Class Mail*

John I. Kittel, Esq.
Mazur & Kittel, PLLC
30665 Northwestern Highway
Farmington Hills, MI 48334
*First Class Mail*

Peter Lockwood, Esq.
Kevin Maclay, Esq.
Caplin & Drysdale
One Thomas Circle, NW, Suite 1100
Washington, DC 20005
(Official Committee of Unsecured Creditors)
*First Class Mail*

James Long, Esq.
Belluck & Fox, LLP
546 Fifth Ave., 4th Floor
New York, NY 10036
*First Class Mail*

Douglas J. MacGinnitie
State Revenue Commissioner
Georgia Department of Revenue
1800 Century Boulevard
Atlanta, GA 30345
(Georgia Department of Revenue)
*First Class Mail*

F. Gerald Maples, Esq.
F. Gerald Maples, PA
Canal Place
365 Canal Street, Suite 2650
New Orleans, LA 70130
*First Class Mail*

Bruce E. Mattock, Esq.
Goldberg, Persky & White, P.C.
1030 Fifth Avenue
Pittsburgh, PA 15219
(Asbestos Claimants)
*First Class Mail*

Dan Meuser
Revenue Secretary
Pennsylvania Department of Revenue
333 Walnut Street
Harrisburg, PA 17128
(Pennsylvania Department of Revenue)
*First Class Mail*

John R. Mollenkamp
Acting Director
Missouri Department of Revenue
Harry Truman State Office Building
301 W. High Street
Jefferson City, MO 65101
(Missouri Department of Revenue)
*First Class Mail*

**2002 SERVICE LIST**

**5/6/2013**

Kevin Mulderig, Esq.
Weitz & Luxemberg, PC
200 Lake Drive East, Suite 205
Cherry Hill, NJ 08002
*First Class Mail*

Lars E. Neverdal
Citrine Pool LLC
9 Roszel Road
Princeton, NJ 08540
(Citrine Pool LLC)
*First Class Mail*

Office of United States Trustee
844 King Street, Room 2207
Lock Box 35
Wilmington, DE 19801
(U.S. Trustee)
*Hand Delivery*

Deirdre W. Pacheco
Wilentz Goldman & Spitzer PA
90 Woodbridge Center Drive, Box 10
Woodbridge, NJ 07095
*First Class Mail*

Norman L. Patrick, Esq.
J. Kate Stickles, Esq.
Therese A. Scheuer, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
(Debtors)
*Hand Delivery*

Bronwyn Rinehart, Esq.
James F. Humphreys & Associates L.C.
United Center, Suite 800
500 Virginia St. East
Charleston, WV 25301
*First Class Mail*

Scott S. Segal, Esq.
The Segal Law Firm
810 Kanawha Boulevard East
Charleston, WV 25301
*First Class Mail*

Michael L. Sensor, Esq.
Perry & Sensor
704 N. King Street, Suite 560
Wilmington, DE 19801
*First Class Mail*

Christopher P. Simon, Esq.
Cross & Simon, LLC
913 North Market Street, 11th Floor
P.O. Box 1380
Wilmington, DE 19899-1380
(Asbestos Claimants)
*Hand Delivery*

Ellen W. Slights, Esq.
Assistant U.S. Attorney
U.S. Department of Justice
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046
(U.S. Department of Justice)
*Hand Delivery*

**2002 SERVICE LIST**

**5/6/2013**

Ross Stomel, Esq.
Shrader & Associates, LLP
3900 Essex Lane, Suite 390
Houston, TX 77027
*First Class Mail*

Robert Sweeney, Esq.
Early, Lucarelli, Sweeney & Strauss
One Century Tower
265 Church St.
New Haven, CT 06508-1866
*First Class Mail*

U.S. Securities & Exchange Commission
Director
Bankruptcy Unit
100 F Street, NE
Washington, DC 20549
(U.S. Securities & Exchange Commission)
*First Class Mail*

Andrews S. Wainwright, Esq.
Thornton & Naumes LLP
100 Summer Street, 30th Floor
Boston, MA 02110
*First Class Mail*