## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>YARWAY CORPORATION,[1]<br><br>           Debtor. | Chapter 11<br><br>Case No. 13-11025 (BLS)<br><br>**Objection Deadline: October 15, 2013 at 4:00 p.m. (ET)** |

**FOURTH MONTHLY APPLICATION OF YOUNG CONAWAY STARGATT & TAYLOR, LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR FUTURE CLAIMANTS FOR THE PERIOD FROM AUGUST 1, 2013 THROUGH AUGUST 31, 2013**

Name of Applicant:                               Young Conaway Stargatt & Taylor, LLP

Authorized to Provide Professional Services as:     Counsel to James L. Patton, Jr., the Legal Representative for Future Claimants

Date of Retention:                              *Nunc Pro Tunc* to April 22, 2013

Period for Which Compensation
and Reimbursement is Sought:                August 1, 2013 to August 31, 2013

Amount of Compensation Sought
as Actual, Reasonable and Necessary:       $7,420.50

Amount of Expense Reimbursement
Sought as Actual, Reasonable and Necessary:     $137.18

This Application includes 7.10 hours and $1,343.50 in fees incurred in connection with the preparation of fee applications.

---

[1] The last four digits of the Debtor's taxpayer identification number are 8165. The Debtor's address is 1501 Yamato Road, Boca Raton, FL 33431.

## PREVIOUS APPLICATIONS

|   | Date Filed | Period Covered | Requested | | Approved and/or Paid | |
|---|---|---|---|---|---|---|
|   |   |   | Fees | Expenses | Fees | Expenses |
| 1 | 6/27/13 | 4/22/13 – 5/31/13 | $86,610.50 | $987.26 | PENDING | PENDING |
| 2 | 7/29/13 | 6/1/13 – 6/30/13 | $36,937.00 | $1,113.78 | PENDING | PENDING |
| 3 | 8/26/13 | 7/1/13 – 7/31/13 | $27,990.00 | $1,424.62 | PENDING | PENDING |
|   |   | TOTALS: | $151,537.50 | $3,525.66 |   |   |

2

01:13798556.4

## COMPENSATION BY INDIVIDUAL

| Name of Professional Person | Position With the Applicant and Number of Years in That Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| James L. Patton, Jr. | Partner since 1989. Joined firm as an associate in 1983. Member of DE Bar since 1983. | $975.00 | 2.90 | $2,827.50 |
| Robert S. Brady | Partner since 1998. Joined firm as an associate in 1990. Member of DE Bar since 1983. | $730.00 | 0.90 | $657.00 |
| Edwin J. Harron | Partner since 2003. Joined firm as an associate in 1996. Member of DE Bar since 1995. | $675.00 | 0.80 | $540.00 |
| Michael S. Neiburg | Joined firm as an associate in 2008. Member of DE Bar since 2009. | $375.00 | 5.00 | $1,875.00 |
| Casey Cathcart | Paralegal | $190.00 | 3.40 | $646.00 |
| Lisa Eden | Paralegal | $170.00 | 0.60 | $102.00 |
| Chad Corazza | Paralegal | $150.00 | 4.30 | $645.00 |
| Stephanie N. Foote | Clerk | $65.00 | 1.80 | $117.00 |
| Patsy Petlock | Clerk | $55.00 | 0.20 | $11.00 |
| **TOTAL HOURS AND FEES:** | | | **19.90** | **$7,420.50** |
| **Blended Rate:  $372.89** | | | | |

## COMPENSATION BY PROJECT CATEGORY

| Category | Hours | Fees |
|---|---|---|
| Case Administration (B001) | 3.60 | $380.00 |
| Court Hearings (B002) | 0.10 | $15.00 |
| Schedules & Statements, U.S. Trustee Reports (B004) | 0.10 | $37.50 |
| Plan and Disclosure Statement (B012) | 9.00 | $5,644.50 |
| Fee Application Preparation (B018) | 7.10 | $1,343.50 |
| **TOTAL HOURS AND FEES:** | **19.90** | **$7,420.50** |

2

## EXPENSE SUMMARY

| Category | Total Expenses |
|---|---:|
| Reproduction Charges | $96.10 |
| Postage | $41.08 |
| **TOTAL DISBURSEMENTS:** | **$137.18** |

01:13798556.4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>YARWAY CORPORATION,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 13-11025 (BLS)<br><br>Objection Deadline: October 15, 2013 at 4:00 p.m. (ET) |

**FOURTH MONTHLY APPLICATION OF YOUNG CONAWAY
STARGATT & TAYLOR, LLP FOR ALLOWANCE OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE LEGAL
REPRESENTATIVE FOR FUTURE CLAIMANTS FOR THE PERIOD
FROM AUGUST 1, 2013 THROUGH AUGUST 31, 2013**

Pursuant to 11 U.S.C. §§ 105 and 330, the law firm of Young Conaway Stargatt

& Taylor, LLP ("YCST") hereby moves this Court for an order awarding it reasonable

compensation for professional legal services rendered as counsel to James L. Patton, Jr., the legal

representative for future claimants (the "Futures Representative"), during the period from August

1, 2013 through and including August 31, 2013 (the "Fee Period") in the amount of $7,420.50

together with reimbursement for actual and necessary expenses incurred in the amount of

$137.18.  In support of its Application, YCST respectfully represents as follows:

1.      YCST was employed *nunc pro tunc* to April 22, 2013 to represent the

Futures Representative in connection with this chapter 11 case pursuant to an order entered by

this Court on May 28, 2013 [Docket No. 82].  The order authorized YCST to be compensated on

an hourly basis and to be reimbursed for actual and necessary expenses.

2.      All services for which compensation is requested by YCST were performed

for or on behalf of the Futures Representative.

---

[1] The last four digits of the Debtor's taxpayer identification number are 8165.  The Debtor's address is 1501 Yamato Road, Boca Raton, FL 33431.

## SUMMARY OF SERVICES RENDERED

3.    Attached hereto as Exhibit A is a detailed statement of fees incurred during the Fee Period, showing the amount of $7,420.50 due for fees.  Attached hereto as Exhibit B is a detailed statement of expenses incurred during the Fee Period, showing the amount of $137.18 due for reimbursement of expenses.

4.    The services rendered by YCST during the Fee Period are grouped into the categories set forth in Exhibit A attached hereto.  The attorneys and paraprofessionals who rendered services relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category, in Exhibit A attached hereto.

## DISBURSEMENTS

5.    YCST incurred out-of-pocket disbursements during the Fee Period in the amount of $137.18.  This disbursement sum is broken down into categories of charges, including, among other things, telephone and telecopier toll and other charges, mail and express mail charges, special or hand delivery charges, document processing, photocopying charges, charges for mailing supplies (including, without limitation, envelopes and labels) provided by the Firm to outside copying services for use in mass mailings, travel expenses, expenses for "working meals," computerized research, transcription costs, as well as non-ordinary overhead expenses such as secretarial and other overtime.  A complete review by category of the expenses incurred during the Fee Period may be found in Exhibit B attached hereto.

6.    Costs incurred for overtime and computer assisted research are not included in YCST's normal hourly billing rates and, therefore, are itemized and included in YCST's disbursements.  Pursuant to Del. Bankr. LR 2016-2, YCST represents that its rate for duplication

2

01:13798556.4

is $0.10 per page, its effective rate for outgoing telecopier transmissions is approximately $1.00

per page (excluding related long distance transmission charges), there is no charge for incoming

telecopier transmissions, and there is no surcharge for computerized research.

**VALUATION OF SERVICES**

7.     Attorneys and paraprofessionals of YCST have expended a total of 19.90

hours in connection with this matter during the Fee Period.

8.     The amount of time spent by each of these persons providing services to the

Futures Representative during the Fee Period is fully set forth in Exhibit A attached hereto.  The

hourly rates set forth therein are YCST's normal hourly rates of compensation for work of this

character.  The reasonable value of the services rendered by YCST during the Fee Period as

counsel to the Futures Representative is $7,420.50.

9.     YCST believes that the time and expense entries included in Exhibits A and

B attached hereto are in compliance with the requirements of Del. Bankr. LR 2016-2.

10.     In accordance with the factors enumerated in 11 U.S.C. § 330, the amount

requested is fair and reasonable given (a) the complexity of these cases, (b) the time expended,

(c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs

of comparable services other than in a case under this title.

11.     This Application covers the period from August 1, 2013 through and

including August 31, 2013.  YCST has and will continue to perform additional necessary

services subsequent to August 31, 2013, for which YCST will file subsequent fee applications.

01:13798556.4

WHEREFORE, YCST respectfully requests that allowance be made to it in the

sum of $7,420.50 as compensation for necessary professional legal services rendered to the

Futures Representative during the Fee Period, and the sum of $137.18 for reimbursement of

actual and necessary costs and expenses incurred during the Fee Period, and further requests

such other and further relief as this Court may deem just and proper.


Dated: Wilmington, Delaware     YOUNG CONAWAY STARGATT & TAYLOR, LLP
       September 24, 2013

       */s/ Edwin J. Harron*
       Robert S. Brady (No. 2847)
       Edwin J. Harron (No. 3396)
       Michael S. Neiburg (No. 5275)
       Travis G. Buchanan (No. 5595)
       Rodney Square
       1000 North King Street
       Wilmington, Delaware 19801
       Telephone: (302) 571-6600
       Facsimile: (302) 571-1253

       *Counsel to the Future Claimants' Representative*

4

01:13798556.4

## VERIFICATION

STATE OF DELAWARE    )
                                 )    SS:

NEW CASTLE COUNTY    )

       Edwin J. Harron, Esquire, being duly sworn according to law, deposes and says:

       1.      I am a partner in the applicant firm, Young Conaway Stargatt & Taylor, LLP, and have been admitted to the bar of the Supreme Court of Delaware since 1995.

       2.      I have personally performed many of the legal services rendered by Young Conaway Stargatt & Taylor, LLP as counsel to the Futures Representative and am thoroughly familiar with all other work performed on behalf of the Futures Representative by the lawyers and paraprofessionals in the firm.

       3.      The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

                                                                     EDWIN J. HARRON

SWORN TO AND SUBSCRIBED before me this 24th day of September, 2013.

                                                      Notary Public
                                                     My Commission Expires: 8/14/15

ERICA A. BROYLES
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Aug. 14, 2015

01:13798556.4