IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>YARWAY CORPORATION,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 13-11025 (BLS)<br><br>Objection Deadline: March 31, 2014 at 4:00 p.m. (ET) |

**COMBINED[2] NINTH MONTHLY APPLICATION OF JAMES L. PATTON, JR. AS THE LEGAL REPRESENTATIVE FOR FUTURE CLAIMANTS AND YOUNG CONAWAY STARGATT & TAYLOR, LLP AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR FUTURE CLAIMANTS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JANUARY 1, 2014 THROUGH JANUARY 31, 2014**

| | |
|---|---|
| Name of Applicant: | James L. Patton, Jr. and<br>Young Conaway Stargatt & Taylor, LLP |
| Authorized to Provide Professional Services as: | The Futures Representative and<br>Counsel to Futures Representative |
| Date of Retention: | *Nunc Pro Tunc* to April 22, 2013 |
| Period for Which Compensation<br>and Reimbursement is Sought: | January 1, 2014 to January 31, 2014 |
| Amount of Compensation Sought<br>as Actual, Reasonable and Necessary: | $44,097.00<br>(Futures Representative's Share: $11,918.00)<br>(YCST's Share: $32,179.000) |
| Amount of Expense Reimbursement<br>Sought as Actual, Reasonable and Necessary: | $2,097.79<br>(Futures Representative's Share: $0.00)<br>(YCST's Share: $2,097.79) |

This Application includes 2.10 hours and $466.50 in fees incurred in connection with the preparation of fee applications.

---

[1] The last four digits of the Debtor's taxpayer identification number are 8165. The Debtor's address is 1501 Yamato Road, Boca Raton, FL 33431.

[2] In light of the fact that James L. Patton, Jr., the legal representative for future claimants (the "Futures Representative"), is a member of the law firm of Young Conaway Stargatt & Taylor, LLP ("YCST"), which serves as counsel to the Futures Representative, the Futures Representative and YCST will be submitting combined fee applications in an effort to conserve costs. The Futures Representative's time and expense entries are distinguished from all other members of YCST.

01:13798556.9

## FUTURES REPRESENTATIVE'S PREVIOUS APPLICATIONS

| | Date Filed; Docket No. | Period Covered | Requested | | Approved and/or Paid | |
|---|---|---|---|---|---|---|
| | | | Fees | Expenses | Fees | Expenses |
| 1 | 6/27/13; 143 | 4/22/13 – 5/31/13 | $27,690.00 | $0.00 | $27,690.00 | $0.00 |
| 2 | 7/29/13; 155 | 6/1/13 – 6/30/13 | $10,432.50 | $466.00 | $10,432.50 | $466.00 |
| 3 | 8/26/13; 201 | 7/1/13 – 7/31/13 | $15,210.00 | $433.00 | $15,210.00 | $433.00 |
| 4 | 9/24/13; 244 | 8/1/13 – 8/31/13 | $2,827.50 | $0.00 | $2,827.50 | $0.00 |
| 5 | 10/25/13; 259 | 9/1/13 – 9/30/13 | $12,090.00 | $12.00 | $12,090.00 | $12.00 |
| 6 | 11/22/13; 294 | 10/1/13 – 10/31/13 | $4,777.50 | $129.00 | PENDING | PENDING |
| 7 | 1/7/14; 333 | 11/1/13 – 11/30/13 | $45,829.00 | $189.78 | PENDING | PENDING |
| 8 | 1/27/14; 353 | 12/1/13 – 12/31/13 | $195.00 | $0.00 | PENDING | PENDING |
| | | TOTALS: | $119,051.50 | $1,229.78 | | |

## YCST'S PREVIOUS APPLICATIONS

| | Date Filed; Docket No. | Period Covered | Requested | | Approved and/or Paid | |
|---|---|---|---|---|---|---|
| | | | Fees | Expenses | Fees | Expenses |
| 1 | 6/27/13; 143 | 4/22/13 – 5/31/13 | $58,920.50 | $987.26 | $58,920.50 | $987.26 |
| 2 | 7/29/13; 155 | 6/1/13 – 6/30/13 | $26,504.50 | $647.78 | $26,504.50 | $647.78 |
| 3 | 8/26/13; 201 | 7/1/13 – 7/31/13 | $12,780.00 | $991.62 | $12,780.00 | $991.62 |
| 4 | 9/24/13; 244 | 8/1/13 – 8/31/13 | $4,593.00 | $137.18 | $4,593.00 | $137.18 |
| 5 | 9/24/13; 259 | 9/1/13 – 9/30/13 | $4,234.00 | $87.26 | $4,234.00 | $87.26 |
| 6 | 11/22/13; 294 | 10/1/13 – 10/31/13 | $3,647.00 | $114.16 | PENDING | PENDING |
| 7 | 1/7/14; 333 | 11/1/13 – 11/30/13 | $0.00 | $0.00 | PENDING | PENDING |
| 8 | 1/27/14; 353 | 12/1/13 – 12/31/13 | $26,238.00 | $1,776.48 | PENDING | PENDING |
| | | TOTALS: | $136,917.00 | $4,741.74 | | |

01:13798556.9

## COMPENSATION BY INDIVIDUAL

| Name of Professional Person | Position With the Applicant and Number of Years in That Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jim Patton | Partner since 1989. Joined firm as an associate in 1983. Member of DE Bar since 1983. | $1,010.00 | 11.80 | $11,918.00 |
| Robert S. Brady | Partner since 1998. Joined firm as an associate in 1990. Member of DE Bar since 1983. | $765.00 | 13.10 | $10,021.50 |
| Edwin J. Harron | Partner since 2003. Joined firm as an associate in 1996. Member of DE Bar since 1995. | $695.00 | 12.90 | $8,965.50 |
| Michael S. Neiburg | Joined firm as an associate in 2008. Member of DE Bar since 2009. | $395.00 | 18.00 | $7,110.00 |
| Michael S. Neiburg | Joined firm as an associate in 2008. Member of DE Bar since 2009. | $375.00 | 2.80 | $1,050.00 |
| Elizabeth S. Justison | Joined firm as an associate in 2013. Member of DE Bar since 2013. | $280.00 | 12.10 | $3,388.00 |
| Lisa Eden | Paralegal | $180.00 | 0.20 | $36.00 |
| Troy Bollman | Paralegal | $170.00 | 0.40 | $68.00 |
| Patrick M. Foss | Paralegal | $165.00 | 5.80 | $957.00 |
| Chad Corazza | Paralegal | $160.00 | 3.50 | $560.00 |
| Rokeysha R. Hunt | Clerk | $65.00 | 0.10 | $6.50 |
| Patsy Petlock | Clerk | $55.00 | 0.30 | $16.50 |
| | **TOTAL HOURS AND FEES:** | | 81.00 | $44,097.00 |
| **Futures Representative's Blended Rate: $1,010.00**  **YCST's Blended Rate: $465.01** | | | | |

01:13798556.9

## FUTURES REPRESENTATIVE'S COMPENSATION BY PROJECT CATEGORY

| Category | Hours | Fees |
|---|---|---|
| Other Adversary Proceedings (B011) | 11.80 | $11,918.00 |
| **TOTAL HOURS AND FEES:** | **11.80** | **$11,918.00** |

## YCST'S COMPENSATION BY PROJECT CATEGORY

| Category | Hours | Fees |
|---|---|---|
| Case Administration (B001) | 1.90 | $271.00 |
| Claims Analysis, Objections Resolutions (B007) | 0.20 | $139.00 |
| Other Adversary Proceedings (B011) | 54.00 | $27,578.50 |
| Plan and Disclosure Statement (B012) | 0.70 | $486.50 |
| Asset Analysis (B016) | 5.80 | $957.00 |
| Retention of Professionals/Fee Issues | 0.80 | $128.00 |
| Fee Application Preparation (B018) | 2.10 | $466.50 |
| Travel (B019) | 3.70 | $2,152.50 |
| **TOTAL HOURS AND FEES:** | **69.20** | **$32,179.00** |

## FUTURES REPRESENTATIVE'S EXPENSE SUMMARY

| Category | Total Expenses |
|---|---|
| N/A | N/A |
| **TOTAL DISBURSEMENTS:** | **$0.00** |

## YCST'S EXPENSE SUMMARY

| Category | Total Expenses |
|---|---|
| Reproduction Charges | $137.60 |
| Air/Rail Travel | $727.67 |
| Hotel/Lodging | $712.64 |
| Parking | $26.00 |
| Car/Bus/Subway Travel | $228.67 |
| Travel Meals | $200.00 |
| Postage | $9.39 |
| Computerized Legal Research | $38.82 |
| Docket Retrieval/Search | $17.00 |
| **TOTAL DISBURSEMENTS:** | **$2,097.79** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>YARWAY CORPORATION,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 13-11025 (BLS)<br><br>Objection Deadline: March 31, 2014 at 4:00 p.m. (ET) |

COMBINED[2] NINTH MONTHLY APPLICATION OF JAMES L. PATTON, JR.
AS THE LEGAL REPRESENTATIVE FOR FUTURE CLAIMANTS AND
YOUNG CONAWAY STARGATT & TAYLOR, LLP AS COUNSEL TO THE LEGAL
REPRESENTATIVE FOR FUTURE CLAIMANTS FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
FROM JANUARY 1, 2014 THROUGH JANUARY 31, 2014

Pursuant to 11 U.S.C. §§ 105 and 330, James L. Patton, Jr., the legal representative for future claimants (the "Futures Representative"), hereby moves this Court for an order awarding him reasonable compensation for professional services rendered during the period from January 1, 2014 through and including January 31, 2014 (the "Fee Period") in the amount of $11,918.00 together with reimbursement of actual and necessary expenses incurred in the amount of $0.00, and the law firm of Young Conaway Stargatt & Taylor, LLP ("YCST", together with the Futures Representative, the "Applicants"), counsel to the Futures Representatives, hereby moves this Court for an order awarding it reasonable compensation for professional legal services rendered during the Fee Period in the amount of $32,179.00 together

---

[1] The last four digits of the Debtor's taxpayer identification number are 8165. The Debtor's address is 1501 Yamato Road, Boca Raton, FL 33431.

[2] In light of the fact that James L. Patton, Jr., the legal representative for future claimants (the "Futures Representative"), is a member of the law firm of Young Conaway Stargatt & Taylor, LLP ("YCST"), which serves as counsel to the Futures Representative, the Futures Representative and YCST will be submitting combined fee applications in an effort to conserve costs. The Futures Representative's time and expense entries are distinguished from all other members of YCST.

01:13798556.9

with reimbursement for actual and necessary expenses incurred in the amount of $2,097.79. In support of its Application, Applicants respectfully represents as follows:

1. James L. Patton, Jr. was employed to serve as Futures Representative n*unc pro tunc* to April 22, 2013 pursuant to an order entered by this Court on May 28, 2013 [Docket No. 88]. YCST was employed *nunc pro tunc* to April 22, 2013 to represent the Futures Representatives pursuant to an order entered by this Court on May 28, 2013 [Docket No. 87]. The orders authorized the Applicants to be compensated on an hourly basis and to be reimbursed for actual and necessary expenses.

2. All services for which compensation is requested by the Futures Representative were performed for or on behalf of future claimants. All services for which YCST were performed for or on behalf of the Futures Representative.

### SUMMARY OF SERVICES RENDERED

3. Attached hereto as Exhibit A is a detailed statement of fees incurred during the Fee Period, showing the amount of $44,097.00 due for fees. Attached hereto as Exhibit B is a detailed statement of expenses incurred during the Fee Period, showing the amount of $2,097.79 due for reimbursement of expenses.

4. The services rendered by the Applicants during the Fee Period are grouped into the categories set forth in Exhibit A attached hereto. The attorneys and paraprofessionals who rendered services relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category, in Exhibit A attached hereto.

## DISBURSEMENTS

5. The Futures Representative incurred out-of-pocket disbursements during the Fee Period in the amount of $0.00. YCST incurred out-of-pocket disbursements during the Fee Period in the amount of $2,097.79. This disbursement sum is broken down into categories of charges, including, among other things, telephone and telecopier toll and other charges, mail and express mail charges, special or hand delivery charges, document processing, photocopying charges, charges for mailing supplies (including, without limitation, envelopes and labels) provided by the Firm to outside copying services for use in mass mailings, travel expenses, expenses for "working meals," computerized research, transcription costs, as well as non-ordinary overhead expenses such as secretarial and other overtime. A complete review by category of the expenses incurred during the Fee Period may be found in Exhibit B attached hereto.

6. Costs incurred for overtime and computer assisted research are not included in the Applicants' normal hourly billing rates and, therefore, are itemized and included in the Applicants' disbursements. Pursuant to Del. Bankr. LR 2016-2, the Applicants represents that its rate for duplication is $0.10 per page, its effective rate for outgoing telecopier transmissions is approximately $1.00 per page (excluding related long distance transmission charges), there is no charge for incoming telecopier transmissions, and there is no surcharge for computerized research.

## VALUATION OF SERVICES

7. The Futures Representative expended a total of 11.80 hours in connection with this matter during the Fee Period. YCST expended a total of 69.20 hours in connection with this matter during the Fee Period.

3

01:13798556.9

8. The amount of time spent by the Applicants during the Fee Period is fully set forth in Exhibit A attached hereto. The hourly rates set forth therein are the Applicants' normal hourly rates of compensation for work of this character. The reasonable value of the services rendered by the Futures Representatives during the Fee Period is $11,918.00. The reasonable value of the services rendered by YCST during the Fee Period is $32,179.00.

9. The Applicants believes that the time and expense entries included in Exhibits A and B attached hereto are in compliance with the requirements of Del. Bankr. LR 2016-2.

10. In accordance with the factors enumerated in 11 U.S.C. § 330, the amount requested is fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

11. This Application covers the period from January 1, 2014 through and including January 31, 2014. The Applicants have and will continue to perform additional necessary services subsequent to January 31, 2014, for which the Applicants will file subsequent fee applications.

WHEREFORE, the Futures Representative respectfully requests that allowance be made in the sum of $11,918.00 as compensation for necessary professional services rendered during the Fee Period and the sum of $0.00 for reimbursement of actual and necessary costs and expenses incurred during the Fee Period, and YCST respectfully requests that allowance be made to it in the sum of $32,179.00 as compensation for necessary professional legal services rendered during the Fee Period and the sum of $2,097.79 for reimbursement of actual and necessary costs and

4

expenses incurred during the Fee Period, and further requests such other and further relief as this Court may deem just and proper.

Dated: Wilmington, Delaware  YOUNG CONAWAY STARGATT & TAYLOR, LLP
March 10, 2014

/s/ Edwin J. Harron
Robert S. Brady (No. 2847)
Edwin J. Harron (No. 3396)
Michael S. Neiburg (No. 5275)
Travis G. Buchanan (No. 5595)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel to the Future Claimants' Representative

## DECLARATION OF JAMES L. PATTON, JR.

I, James L. Patton, Jr., declare under penalty of perjury and pursuant to 28 U.S.C. § 1746:

1. I am the court-appointed Legal Representative for Future Claimants.

2. I have personally performed all of the services set forth in the foregoing Application. All of the services were necessary to faithfully meet my responsibilities as the Futures Representative. My hourly rate, as set forth in the Application, is the customary rate I charge for services of this nature. In my experience, this rate is consistent with the rates charged by other professionals who provide similar services.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information, and belief.

Executed on February 27, 2014

_____
JAMES L. PATTON, JR.

01:13798556.9

# VERIFICATION

STATE OF DELAWARE    )
                     )   SS:
NEW CASTLE COUNTY    )

Edwin J. Harron, Esquire, being duly sworn according to law, deposes and says:

1. I am a partner in the applicant firm, Young Conaway Stargatt & Taylor, LLP, and have been admitted to the bar of the Supreme Court of Delaware since 1995.

2. I have personally performed many of the legal services rendered by Young Conaway Stargatt & Taylor, LLP as counsel to the Futures Representative and am thoroughly familiar with all other work performed on behalf of the Futures Representative by the lawyers and paraprofessionals in the firm.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____
EDWIN J. HARRON

SWORN TO AND SUBSCRIBED before me this 7th day of March, 2014.

_____
Notary Public
My Commission Expires: 8/14/15

ERICA A. BROYLES
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Aug. 14, 2015

01:13798556.9