
SIDLEY AUSTIN LLP

| | | |
|---|---|---|
| **SIDLEY AUSTIN** LLP | | |
| ONE SOUTH DEARBORN | | |
| CHICAGO, IL 60603 | | |
| (312) 853 7000 | | |
| (312) 853 7036 FAX | | |

| BEIJING | HONG KONG | SAN FRANCISCO |
|---|---|---|
| BOSTON | HOUSTON | SHANGHAI |
| BRUSSELS | LONDON | SINGAPORE |
| CHICAGO | LOS ANGELES | SYDNEY |
| DALLAS | NEW YORK | TOKYO |
| GENEVA | PALO ALTO | WASHINGTON, D.C. |

FOUNDED 1866

FEDERAL ID 36-████

November 18, 2014

Mr. Kevin J. Coen
Yarway Corporation
10707 Clay Road
Suite 200
Houston, TX 77041

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 34063777
Client Matter 57367-30020

Re: <u>Yarway Restructuring</u>

For professional services rendered through October 31, 2014 re Yarway
Restructuring

| | |
|---|---|
| Fees | $314,991.50 |
| Expenses | <u>676.48</u> |
| **Total Due This Bill** | **<u>$315,667.98</u>** |

| | |
|---|---|
| Remit Check Payments To: | Remit Wire Payments To: |
| Sidley Austin LLP | Sidley Austin LLP |
| P.O. Box 0642 | JP Morgan Chase Bank, NA |
| Chicago, Illinois 60690 | Account Number: ████ |
| | ABA Number: ████ |
| | Swift Code: ████ |

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN** LLP

Invoice Number: 34063777
Yarway Corporation

Yarway Restructuring

T A S K   D E T A I L

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | **03 Plan and Disclosure Statement** | |
| 10/01/14 | KP Kansa | T/c M. Rosenthal re: plan status (.2); email M. Rosenthal re: Gimpel and status of negotiations on term sheet (.2); email L. Nyhan re: followup from M. Rosenthal call (.2); email D. Twomey re: preparation of tax provisions of disclosure statement (.1); office conference with L. Nyhan re: status of plan negotiations (.2); review and comment on Plan materials (2.7) | 3.60 |
| 10/01/14 | LJ Nyhan | Conference with K. Kansa regarding settlement issues and Tyco timing proposal, review related materials (.2); assess plan filing and TDP issues (1.1) | 1.30 |
| 10/01/14 | JC Steen | Review revised draft plan for channeling injunction and related issues (.50); prepare strategic advice regarding channeling injunction and asbestos derivative claim issues (.50); review e-mails from B. Evanoff regarding revised plan and channeling injunction diligence (.50) | 1.50 |
| 10/01/14 | WA Evanoff | Review documents and further analysis re plan provisions (1.9); prepare comments to same (1.3) | 3.20 |
| 10/02/14 | LJ Nyhan | Conference with K. Kansa re: Plan | .30 |
| 10/02/14 | KP Kansa | T/c D. Lynch re: corporate history issues (.1); conference call with Tyco and Yarway re: same (.7); email A. Stromberg re: Yarway timeline (.2); email M. Rosenthal re: Tech/Serv (.3); email A. Stromberg re: same (.2); review K. Coen email on Tech/Serv (.2); review and revise disclosure statement draft (.9); o/c with L. Nyhan re: Plan status (.3) | 2.90 |
| 10/02/14 | DM Twomey | E-mails with K. Kansa, A. Stromberg regarding Yarway predecessor/subsidiary history, related issues (.30); review same issues (.20) | .50 |
| 10/02/14 | JC Steen | Review and analyze channeling injunction and asbestos derivative claim issues (.70); review and respond to e-mails from B. Evanoff regarding revised plan and channeling injunction issues (.30) | 1.00 |
| 10/02/14 | AR Stromberg | Emails regarding Yarway corporate history and predecessors in interest (.4) | .40 |
| 10/03/14 | LJ Nyhan | Conference with K. Kansa regarding open settlement issues | .40 |
| 10/03/14 | KP Kansa | O/c with L. Nyhan re; term sheet (.4); email to Sidley team re: Yarway term sheet (.1) | .50 |
| 10/03/14 | DM Twomey | E-mails with Tyco counsel regarding tax disclosure issues | .40 |

**SIDLEY AUSTIN** LLP

Invoice Number: 34063777
Yarway Corporation

Yarway Restructuring

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | (.20); review same issues (.20) | |
| 10/03/14 | DM Twomey | E-mails with A. Stromberg regarding Yarway predecessor/affiliate information (.20); review same information and analyze related issues (.40) | .60 |
| 10/03/14 | JC Steen | Review and assess plan issues regarding channeling injunction and asbestos derivative claims (.30); review and respond to e-mails from B. Evanoff regarding same (.20); and review recent bankruptcy pleadings (.30) | .80 |
| 10/03/14 | AR Stromberg | Research Yarway's corporate history and past mergers or acquisitions and draft summary of same | 4.50 |
| 10/04/14 | LJ Nyhan | Review successor analysis and related materials | 1.20 |
| 10/04/14 | KP Kansa | Review A. Stromberg writeup on Yarway merged entities and revise same (.9); draft email to A. Stromberg on same (.2) | 1.10 |
| 10/04/14 | AR Stromberg | Review and revise summary of entities that have merged with or into Yarway | 1.00 |
| 10/05/14 | KP Kansa | Emails to A. Stromberg on Yarway merged entities (.2); review D. Twomey email on same and email D. Twomey on same (.2); review revised Yarway timeline (.2); email K. Coen, Tyco, and Tyco counsel on same with covering comments (.8) | 1.40 |
| 10/05/14 | DM Twomey | Review and provide comments to merged entities description (.50); review related materials (.20); e-mails with K. Kansa, A. Stromberg regarding comments to same (.30) | 1.00 |
| 10/05/14 | AR Stromberg | Revise summary of entities that have merged with or into Yarway based on comments received and update related corporate timeline | 1.70 |
| 10/06/14 | LJ Nyhan | Review revised term sheet and related correspondence (.3); assess related issues (.3) | .60 |
| 10/06/14 | KP Kansa | T/c J. Reinsdorf, K. Coen, D. Lynch, and Gibson Dunn on term sheet (.4); emails to L. Nyhan re: Plan term sheet (.2); email M. Rosenthal re: same (.1); review revised term sheet sent by asbestos (.1); review and comment on Plan and DS drafts (2.7) | 3.50 |
| 10/06/14 | DM Twomey | Review revised term sheet and analyze related issue (.30); e-mails with K. Kansa, others regarding same (.20) | .50 |
| 10/06/14 | JC Steen | Review revised plan for channeling injunction and asbestos derivative claim issues (.50); confer with B. Evanoff regarding channeling injunction and related plan issues (.50); prepare strategic advice regarding channeling injunction and asbestos derivative claim issues (.50) | 1.50 |

**SIDLEY AUSTIN** LLP

Invoice Number: 34063777
Yarway Corporation

Yarway Restructuring

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 10/06/14 | WA Evanoff | Revise comments to Plan and correspondence re same (1.1); review documents re precedent ruling (0.2); conference with J. Steen re: Plan (0.5) | 1.80 |
| 10/06/14 | AR Stromberg | Revise plan based on finalized term sheet and draft list of open points to be addressed | 2.50 |
| 10/06/14 | TA Labuda | Emails with A. Stromberg re plan comments and revisions (.1); review and comment on plan (.8). | .90 |
| 10/06/14 | RF O'Malley | Review and reply to K. Kansa email regarding term sheet issue (.20); review M. Rosenthal email regarding term sheet (.20) | .40 |
| 10/07/14 | BV Nastasic | Order charter of Tech/Serv Corporation from Pennsylvania at the request of J. Gallagher (.1); correspondence with S. Hencz at CT Corporation regarding same (.1) | .20 |
| 10/07/14 | LJ Nyhan | Review revised term sheet and related correspondence (.3); assess plan modification and timeline issues (.3) | .60 |
| 10/07/14 | KP Kansa | T/cs J. Steen re: Yarway plan questions (.3); t/c M. Rosenthal re: term sheet (.1); t/c A. Stromberg re: Plan revisions (.1); email M. Rosenthal re: Protected Parties list (.1); email M. Rosenthal re: term sheet (.1); review 8-K and email K. Coen re: same (.6); email M. Rosenthal re: same (.1); email J. Steen on Plan (.1); review M. Rosenthal draft response to K. Maclay email and email M. Rosenthal with revisions on same (.3); review and revise Plan and Disclosure Statement drafts (2.5) | 4.30 |
| 10/07/14 | DM Twomey | Review revised term sheet (.20); review e-mails regarding same (.20); analyze related issues (.70); review Yarway history questions and review related materials (.50); e-mails with R. Silverman regarding tax disclosure issues (.20) | 1.80 |
| 10/07/14 | JC Steen | Review and comment on revised plan for channeling injunction and asbestos derivative claim issues (1.40); review and analyze Section 524(g) channeling injunction issues (.80); confer with K. Kansa regarding plan strategy and timing (.30); review plan term sheet (.30); telephone conference with B. Evanoff regarding plan mark-up, channeling injunction issues and next steps (.20); prepare strategic advice regarding channeling injunction and asbestos derivative claim issues (.30); and review and respond to various e-mails from B. Evanoff regarding revised plan (.30) | 3.60 |
| 10/07/14 | WA Evanoff | Review precedent research re scope of protection, standing issues and assess same (0.4); multiple t/cs with A. Stromberg re Yarway plan issues (1.2); consider further revisions to Plan (2.0); t/c with J. Steen re plan comments (0.2) | 3.80 |

**SIDLEY AUSTIN** LLP

Invoice Number:  34063777
Yarway Corporation

Yarway Restructuring

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 10/07/14 | AR Stromberg | Review and revise Yarway Plan based on revised term sheet and comments from team (3.2); multiple calls with B. Evanoff re: same (1.2) | 4.40 |
| 10/07/14 | TA Labuda | Call with A. Stromberg re plan comments (.2); review and comment on draft plan (1.1). | 1.30 |
| 10/08/14 | LJ Nyhan | Review K. Kansa note re: Plan (.1); assess foreign notice issues (.4) | .50 |
| 10/08/14 | DM Twomey | Review open issues with disclosure statement and review related materials (1.0) | 1.00 |
| 10/08/14 | KP Kansa | Review 8-K, revise same, and email K. Coen with comments on same (.4); email L. Nyhan re: Yarway plan status (.1); o/c with W. Evanoff re: Plan (.2); review and comment on revised Plan draft (2.1) | 2.80 |
| 10/08/14 | JC Steen | Review and comment on revised plan for channeling injunction and asbestos derivative claim issues (1.20); office conference with B. Evanoff regarding plan mark-up, channeling injunction issues and next steps (1.80); prepare strategic advice regarding channeling injunction and asbestos derivative claim issues (.30) | 3.30 |
| 10/08/14 | WA Evanoff | Analyze and prepare plan comments re injunction and related issues (2.3); review filed documents (.2); t/c with A. Stromberg re plan revisions (0.5); confer with J. Steen re Plan comments (1.8); further prepare plan comments re scope of protection issues (1.7); confer with K. Kansa re Plan comments (0.2) | 6.70 |
| 10/08/14 | AR Stromberg | Review and revise draft plan (3.2); call w/ B.Evanoff re: same (.5) | 3.70 |
| 10/08/14 | TA Labuda | Work on plan comments and revisions (2.1) | 2.10 |
| 10/09/14 | KP Kansa | Email M. Rosenthal on Plan timing (.2); office conference D. Twomey on Plan issues (.3); office conference with W. Evanoff re: injunction structures (.5); email W. Evanoff re: same (.2); review and revise Plan and provide comments on same to A. Stromberg and Sidley team (2.3) | 3.50 |
| 10/09/14 | LJ Nyhan | Review revised plan and related documents | 1.40 |
| 10/09/14 | MG Martinez | Office conference with D. Twomey regarding status of disclosure statement | .30 |
| 10/09/14 | DM Twomey | Office conference with M. Martinez regarding status update on term sheet, next steps for disclosure statement (.30); assess open issues with Disclosure Statement (.50); office conference with K. Kansa regarding next steps for plan and disclosure statement, open issues (.30); e-mails with A. | 1.30 |

**SIDLEY AUSTIN** LLP

Invoice Number: 34063777
Yarway Corporation

Yarway Restructuring

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | Stromberg regarding revised plan (.20) | |
| 10/09/14 | JC Steen | Review and comment on revised plan for channeling injunction and asbestos derivative claim issues (1.90); respond to inquiry from K. Kansa regarding channeling injunction issues (.30); review and respond to various e-mails and inquiries from B. Evanoff regarding plan channeling injunction issues and next steps (.40); review various plan diligence materials from B. Evanoff (.30) | 2.90 |
| 10/09/14 | WA Evanoff | Review precedent research re derivative claim issue (0.3); assess issue re Plan injunction scope (1.5); confer with K. Kansa re same (0.5) | 2.30 |
| 10/09/14 | AR Stromberg | Review and revise plan of reorganization based on internal comments | 2.30 |
| 10/09/14 | TA Labuda | Emails with K. Kansa, W. Evanoff and J. Steen re asbestos claim definitions (.3); review and analyze revised language re same (.5). | .80 |
| 10/10/14 | KP Kansa | Office conference with D. Twomey/M. Martinez/A. Stromberg re: Yarway DS and Plan (.8); office conference W. Evanoff re: Plan revisions (.2); t/c's A. Stromberg re: Plan markup and distribution to Tyco (.2); t/c J. Steen and W. Evanoff re: Plan definitions and revisions (.5); t/c to D. Lynch re: October 14 meeting (.1); email Sidley team re: final plan term sheet (.1); email D. Lynch re: October 14 meeting (.1); review W. Evanoff plan markup and email W. Evanoff re: same (.2); annotate plan term sheet and email A. Stromberg re: same (.7); review J. Steen emails on Plan definitions (.2); review and revise disclosure statement and distribute draft of same to M. Martinez (2.5); emails to M. Martinez re: same (.2) | 5.80 |
| 10/10/14 | MG Martinez | Office conference with K. Kansa, D. Twomey and A. Stromberg regarding Plan and Disclosure Statement (.8); revise Disclosure Statement (5.2) | 6.00 |
| 10/10/14 | LJ Nyhan | Correspondence with team regarding signed term sheet and timing issues (.3); review disclosure documents and related materials (.6); assess TDP issues (.3) | 1.20 |
| 10/10/14 | DM Twomey | Prepare for meeting regarding Plan/Disclosure Statement open issues and next steps (.40); meeting with K. Kansa, A. Stromberg, M. Martinez regarding Plan/Disclosure Statement open issues, next steps for distribution to co-proponents (.80); analyze issues regarding liquidation analysis and feasibility assessment (.60); e-mails with A. Stromberg regarding plan distribution (.20) | 2.00 |
| 10/10/14 | JC Steen | Review and comment on revised plan (.80); review revised | 4.80 |

**SIDLEY AUSTIN** LLP

Invoice Number: 34063777
Yarway Corporation

Yarway Restructuring

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | plan term sheet (.30); review and analyze potential strategic channeling injunction issues (.50); respond to inquiries from K. Kansa and B. Evanoff regarding channeling injunction issues (.50); review various asbestos plan and derivative claim diligence materials from B. Evanoff (.50); office conference with B. Evanoff regarding plan channeling injunction issues and revision of plan (1.30); telephone call with K. Kansa and B. Evanoff regarding plan strategy and term sheet issues (.50); and prepare strategic advice regarding channeling injunction and asbestos derivative claim issues (.40) | |
| 10/10/14 | WA Evanoff | Review proposed comments to Plan and prepare further revisions (3.5); respond to J. Steen inquiry re precedent plan provisions (0.5); analyze issue re Plan injunction language (0.5); confer with J. Steen re Plan revisions and related analysis (1.3); t/c with J. Steen and K. Kansa re: plan (0.5); confer with K. Kansa re Plan revisions and prepare same (0.2) | 6.50 |
| 10/10/14 | AR Stromberg | Review and revise plan and circulate to client, Tyco and counsel to Tyco (2.8); review revisions to disclosure statement (.5); conference w/ M. Martinez, D.Twomey and K.Kansa regarding open items in plan (.8) | 4.10 |
| 10/10/14 | TA Labuda | Review revised and mark up of draft plan (.5); review final term sheet (.1); review annotated plan (.8). | 1.40 |
| 10/11/14 | MG Martinez | Revise Disclosure Statement and send to internal Sidley team | 7.90 |
| 10/11/14 | DM Twomey | Review e-mails from A. Stromberg, M. Martinez regarding plan, disclosure statement | .20 |
| 10/11/14 | JC Steen | Review various team e-mails regarding revised plan and disclosure statement (.30) | .30 |
| 10/11/14 | AR Stromberg | Review emails regarding comments to draft disclosure statement | .50 |
| 10/13/14 | KP Kansa | Review and revise disclosure statement (1.8); t/c R. O'Malley re: plan status and structuring (.3) | 2.10 |
| 10/13/14 | MG Martinez | Revise Disclosure Statement | 1.50 |
| 10/13/14 | RF O'Malley | Review disclosure statement (4.80); telephone conference with K. Kansa regarding plan and strategy forward (.30) | 5.10 |
| 10/13/14 | DM Twomey | E-mails with M. Martinez regarding comments to disclosure statement (.20); analyze related issues (.30) | .50 |
| 10/13/14 | LJ Nyhan | Review disclosure statement and related materials | 1.90 |
| 10/13/14 | JC Steen | Review draft disclosure statement (.50); prepare strategic advice regarding channeling injunction and asbestos | .80 |

**SIDLEY AUSTIN** LLP

Invoice Number: 34063777
Yarway Corporation

Yarway Restructuring

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | derivative claim issues (.30) | |
| 10/13/14 | TA Labuda | Review and work on draft disclosure statement. | 1.70 |
| 10/13/14 | AR Stromberg | Review and analyze comments to Disclosure Statement that implicate revisions to draft Plan | .50 |
| 10/14/14 | KP Kansa | Email R. O'Malley re: 8-K (.1); email R. O'Malley re: plan negotiations (.1); review and revise disclosure statement (in part) (1.8); t/c D. Lynch and R. O'Malley on Plan negotiations (.1) | 2.10 |
| 10/14/14 | RF O'Malley | Review Disclosure Statement regarding privilege issue (1.1); draft email to K. Kansa regarding privilege issue and 8K issues (.2); review K. Kansa email regarding privilege issue (.2); telephone conference with D. Lynch and K. Kansa regarding privilege issue (.2); draft privilege document (1.2) | 2.90 |
| 10/14/14 | DM Twomey | Review K. Kansa comments to disclosure statement (.40); review open disclosure statement issues (.30) | .70 |
| 10/14/14 | LJ Nyhan | Review draft plan and related materials | 1.20 |
| 10/14/14 | JC Steen | Review draft disclosure statement materials (.30); review various e-mails from B. Evanoff and M. Martinez regarding DS issues (.30); and review recent bankruptcy pleadings (.20) | .80 |
| 10/14/14 | WA Evanoff | Review DS re adversary and injunction issues and prepare comments to same | 2.50 |
| 10/15/14 | LJ Nyhan | Correspondence with team re: Plan and timeline | .30 |
| 10/15/14 | KP Kansa | Review and revise disclosure statement draft | 3.00 |
| 10/15/14 | MG Martinez | Telephone conference with W. Evanoff regarding Disclosure Statement injunction language | .20 |
| 10/15/14 | RF O'Malley | Draft and edit privilege document | 3.30 |
| 10/15/14 | JC Steen | Review and analyze disclosure statement for channeling injunction and derivative claim issues (.90); review B. Evanoff comments to disclosure statement (.30); review and analyze potential strategic channeling injunction issues (.60); prepare strategic advice regarding channeling injunction and asbestos derivative claim issues (.40); and review various diligence materials from B. Evanoff (.30) | 2.50 |
| 10/15/14 | WA Evanoff | Assess DS re adversary and injunction issues (2.4); t/c with M. Martinez re same (0.2); emails with J. Steen re DS comments (0.2) | 2.80 |
| 10/16/14 | KP Kansa | Email D. Lynch re: voting procedures (.1); emails to M. Martinez re: disclosure statement (.2); review and revise draft disclosure statement (3.3) | 3.60 |

**SIDLEY AUSTIN** LLP

Invoice Number: 34063777
Yarway Corporation

Yarway Restructuring

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 10/16/14 | LJ Nyhan | Conference with J. Conlan regarding settlement issues | .30 |
| 10/16/14 | JC Steen | Review and comment on revised disclosure statement for channeling injunction and derivative claim issues (.50); prepare strategic advice regarding potential channeling injunction and derivative claim issues (.50); office conference with B. Evanoff regarding disclosure statement revisions and strategy (.70); review various diligence materials from B. Evanoff (.30); and review and respond to inquiries from B. Evanoff regarding disclosure statement issues (.30) | 2.30 |
| 10/16/14 | WA Evanoff | Respond to J. Steen inquiry re DS and review documents re same (3.3); t/c with J. Steen re same (0.1); o/c with J. Steen re DS revisions (0.7); prepare DS comments (0.8) | 4.90 |
| 10/17/14 | MG Martinez | Revise disclosure statement with comments from K. Kansa and W. Evanoff and send to client and co-proponent team | 2.90 |
| 10/17/14 | KP Kansa | Review and revise disclosure statement (1.5); emails to M. Martinez re: same (.2); email M. Rosenthal re: DS distribution (.1); further email to M. Martinez with DS comments (.8); review and revise Yarway plan and provide comments on same to A. Stromberg (.9); review W. Evanoff comments on disclosure statement and email Sidley team on same (.6); email M. Martinez re: distribution of disclosure statement (.3) | 4.40 |
| 10/17/14 | LJ Nyhan | Review plan and DS correspondence (.2); assess TDP timeline issues (.2) | .40 |
| 10/17/14 | RF O'Malley | Draft privileged document | 2.30 |
| 10/17/14 | DM Twomey | E-mails with K. Kansa, B. Evanoff, M. Martinez regarding plan and disclosure statement revisions/comments (.30); review e-mails from M. Martinez, B. Edwards, Tyco counsel regarding circulation of disclosure statement, next steps (.20) | .50 |
| 10/17/14 | JC Steen | Review and comment on revised disclosure statement (1.10); prepare strategic advice regarding potential channeling injunction and derivative claim issues (.50); respond to numerous inquiries from K. Kansa and B. Evanoff regarding disclosure statement (.50); office conference with B. Evanoff regarding disclosure statement revisions and strategy (.40); and review various follow-up diligence materials from B. Evanoff (.50) | 3.00 |
| 10/17/14 | WA Evanoff | Prepare further revisions for DS (2.7); review revised draft comments (0.3); confer with J. Steen re comments to DS (0.4); review further K. Kansa comments to DS and emails internally re same (0.4) | 3.80 |
| 10/18/14 | LJ Nyhan | Review POR and DS modification correspondence | .30 |

**SIDLEY AUSTIN** LLP

Invoice Number:  34063777
Yarway Corporation

Yarway Restructuring

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 10/18/14 | DM Twomey | Review various comments/revisions to disclosure statement and related e-mails (1.0); analyze related issues (.30); review/analyze plan revisions (.40) | 1.70 |
| 10/18/14 | JC Steen | Review revised disclosure statement and related team correspondence | .50 |
| 10/18/14 | KP Kansa | Email M. Rosenthal re: filing of Plan and disclosure statement (.1); review and revise Plan, disclosure statement, and solicitation materials (2.5) | 2.60 |
| 10/18/14 | TA Labuda | Review revised disclosure statement. | 1.20 |
| 10/20/14 | KP Kansa | Office conference L. Nyhan re: plan status (.3); office conference D. Twomey re: same (.2); review privilege document circulated by D. O'Malley re: Plan negotiations, comment on same, and email D. O'Malley with comments (.8); t/c C. Craige re: treatment of Plan negotiation materials (.1) | 1.40 |
| 10/20/14 | LJ Nyhan | Conference with K. Kansa regarding open issues, timing, TDP and filings (.3); review correspondence (.2); review DS modifications (.6) | 1.10 |
| 10/20/14 | RF O'Malley | Review K. Kansa comments regarding privilege document | .40 |
| 10/20/14 | JC Steen | Review revised disclosure statement (.40); prepare strategic advice regarding potential channeling injunction and derivative claim issues (.30); and review and respond to inquiries from K. Kansa and B. Evanoff regarding disclosure statement (.30) | 1.00 |
| 10/20/14 | DM Twomey | Office conference with K. Kansa regarding status update, next steps with plan and disclosure statement (.20); review/comment on disclosure statement and analyze related issues (1.30); review related e-mails (.30) | 1.80 |
| 10/20/14 | AR Stromberg | Research provisions in precedent plans of reorganization | 2.50 |
| 10/21/14 | JC Steen | Review status of plan and disclosure statement channeling injunction issues (.30); analyze potential derivative claim issues (.30); and review various recent bankruptcy filings (.20) | .80 |
| 10/21/14 | LJ Nyhan | Conference with K. Kansa regarding asbestos committee matters (.2); review settlement accounting treatment matters (.3); correspondence (.1) | .60 |
| 10/21/14 | DM Twomey | Office conference with K. Kansa regarding plan and disclosure statement issues (.10); review/provide comments to disclosure statement and analyze related issues (2.80); office conference with B. Evanoff regarding settlement and injunction issues (.20) | 3.10 |

SIDLEY AUSTIN LLP

Invoice Number: 34063777
Yarway Corporation

Yarway Restructuring

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 10/21/14 | JF Conlan | Consider global dimension mechanisms to accomplish deal | 1.00 |
| 10/21/14 | WA Evanoff | Confer with D. Twomey re DS issue (0.2); assess documents re same (1.1) | 1.30 |
| 10/21/14 | TA Labuda | Emails with J. Conlan re plan documents and related injunction issues. | .20 |
| 10/22/14 | KP Kansa | Email J. Moss re: treatment of unsecured claims under Yarway plan | .10 |
| 10/22/14 | LJ Nyhan | Review POR correspondence | .30 |
| 10/22/14 | JC Steen | Review recent bankruptcy pleadings | .30 |
| 10/22/14 | DM Twomey | E-mails with A. Stromberg regarding plan (.20); review e-mail/comments from K. Coen regarding disclosure statement (.20); review 524(g) trust issues (1.80); review and provide comments to trust-related inserts in disclosure statement (1.40); analyze related issues (1.0); review/assess TDP precedent (2.0) | 6.60 |
| 10/22/14 | JF Conlan | Meeting with T. Labuda re: Yarway plan and status including enforcement mechanisms (.4); and analyze same (.6) | 1.00 |
| 10/22/14 | WA Evanoff | Review precedent ruling re implications on DS, Plan (0.8); review company filing (0.1) | .90 |
| 10/22/14 | TA Labuda | Confer with J. Conlan re plan injunction and indemnification issues (.4); analyze scope of plan injunction and indemnification provisions (1.7). | 2.10 |
| 10/22/14 | AR Stromberg | Revise draft of plan of reorganization | .40 |
| 10/23/14 | MG Martinez | Revise disclosure statement with comments received from outside Sidley | .30 |
| 10/23/14 | LJ Nyhan | Conference with J. Conlan regarding settlement issues (.2); review related correspondence (.3) | .50 |
| 10/23/14 | DM Twomey | Review precedent plan documents regarding potential Yarway plan/disclosure statement issues and provisions (1.50); emails with K. Kansa regarding bar date and discharge requirement (.20); analyze 524(g) and 1141 issue (.50); office conference with M. Martinez regarding status update and next steps on plan/disclosure statement (.20); review and provide comments to revised plan (1.10) | 3.50 |
| 10/23/14 | WA Evanoff | Assess precedent documents re DS (1.0) | 1.00 |
| 10/23/14 | TA Labuda | Continued review and analysis of scope of plan injunction and indemnification provisions (1.1). | 1.10 |
| 10/24/14 | KP Kansa | T/c B. Berish re: Plan discussions (.2); review Plan materials (1.0) | 1.20 |

**SIDLEY AUSTIN** LLP

Invoice Number:  34063777
Yarway Corporation

Yarway Restructuring

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 10/24/14 | DM Twomey | Review and prepare mark-up of revised plan (3.50); analyze release and injunction provisions, related issues (1.70) | 5.20 |
| 10/24/14 | AR Stromberg | Research provisions in precedent plans and revise draft plan of reorganization to incorporate comments received | 2.00 |
| 10/25/14 | KP Kansa | Review and revise solicitation procedures motion | 2.20 |
| 10/27/14 | MG Martinez | Review Gibson Dunn comments to Plan | .40 |
| 10/27/14 | KP Kansa | Office conference with A. Stromberg on Plan revisions (.3); office conference with D. Twomey re: same (.1); review J. Graves comments on Plan docs (.1); office conference with L. Nyhan re: same (.2); review and revise voting procedures motion and voting procedures and provide comments on same to A. Stromberg (4.1) | 4.80 |
| 10/27/14 | LJ Nyhan | Conference with K. Kansa regarding POR and DS modifications (.2); review revised documents and related materials (.4) | .60 |
| 10/27/14 | JC Steen | Review Gibson Dunn mark-up of plan (.6); review K. Kansa e-mails re: same (.2) | .80 |
| 10/27/14 | DM Twomey | Analyze plan release and injunction issues and review various contracts/indemnities in connection with same (2.50); discussions with K. Kansa regarding same (.10); send e-mail to A. Stromberg with primary plan comments (.30); finalize plan mark-up (.40); office conference with A. Stromberg regarding mark-up of plan, related issues (.40); review precedent material regarding 524(g) issue (.50); review e-mail from Tyco counsel re plan comments (.20); analyze 524(g) scope issue and review information re predecessors/affiliates in connection with same (1.10) | 5.50 |
| 10/27/14 | AR Stromberg | Conference w/ D.Twomey regarding open plan items (.4); review plan comments (.4) and conference w/ K.Kansa regarding same (.3); Review Gibson Dunn plan comments and revise sections of plan (1.0) | 2.10 |
| 10/28/14 | MG Martinez | Review DS comments (0.7); telephone conference with K. Kansa, D. Twomey, A. Stromberg and plan proponents regarding plan and DS and follow-up meet re: same (1.0); revise DS (0.7) | 2.40 |
| 10/28/14 | KP Kansa | Review Plan and DS comments from Gibson Dunn (2.9); t/c R. O'Malley re: privilege document (.2); circulate Plan and DS comments from Gibson Dunn to Sidley team (.1); t/c R. Brady and E. Harron re: Plan and DS and TDP timing (.2); email R. Brady and E. Harron re: TDP section of DS (.3); conference call with K. Coen, D. Lynch, Gibson Dunn, and Morgan Lewis on Plan and DS revisions (1.0); office | 5.20 |

**SIDLEY AUSTIN** LLP

Invoice Number:  34063777
Yarway Corporation

Yarway Restructuring

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | conferences with L. Nyhan on Plan revisions (.3); office conferences with D. Twomey on same (.2) | |
| 10/28/14 | LJ Nyhan | Conferences with K. Kansa (.3) and D. Twomey (.3) regarding plan modifications; TDP and timing issues; review document revisions and related materials (.4) | 1.00 |
| 10/28/14 | JC Steen | Review revised plan and disclosure statement documents (.50); telephone conference with B. Evanoff regarding revised plan and related channeling injunction issues (.40); analyze strategic channeling injunction issues (.30); and review and respond to various e-mails and inquiries from K. Kansa and B. Evanoff regarding plan mark-up and next steps (.30) | 1.50 |
| 10/28/14 | WA Evanoff | Assess Gibson Dunn comments to plan and DS and prepare response to same (2.9); t/c with A. Stromberg re same (0.1); t/c with J. Steen re Plan issues (0.4) | 3.40 |
| 10/28/14 | RF O'Malley | Telephone conference with K. Kansa regarding privileged document | .20 |
| 10/28/14 | DM Twomey | Review/analyze Plan and Disclosure Statement comments from Tyco counsel (1.50); analyze plan release and injunction issues (1.30); office conference with K. Kansa regarding Tyco comments, next steps (.20); office conference with L. Nyhan regarding update on same (.30); conference call with Tyco counsel, K. Kansa, M. Martinez, A. Stromberg, others regarding Plan and Disclosure Statement, open issues and next steps (1.0); telephone conference with E. Harron regarding status update, trust distribution procedures (.10); review historical transaction documents in connection w/ plan and disclosure statement issues (1.60) | 6.00 |
| 10/28/14 | AR Stromberg | Review and revise solicitation procedures, motion to approve solicitation procedures, and proposed solicitation order (5.2); review Gibson Dunn comments on the plan (.8); call w/ Sidley team, Tyco and Gibson Dunn regarding comments on the plan (1.0); revise plan of reorganization (2.0) | 9.00 |
| 10/28/14 | TA Labuda | Review and analyze Gibson comments on and revisions to plan and disclosure statement. | 1.70 |
| 10/29/14 | KP Kansa | Office conference with D. Twomey, A. Stromberg, W. Evanoff on Yarway plan revisions (1.3); email R. O'Malley re: plan status (.1); review disclosure statement revisions (.6); office conference with L. Nyhan re: same (.3) | 2.30 |
| 10/29/14 | LJ Nyhan | Conference with K. Kansa regarding plan and DS modifications (.3); review related materials (.5) | .80 |
| 10/29/14 | JC Steen | Review status of revised plan and disclosure statement documents (.30); review update from B. Evanoff regarding revised plan and related channeling injunction issues (.30); | 1.00 |

**SIDLEY AUSTIN** LLP

Invoice Number: 34063777
Yarway Corporation

Yarway Restructuring

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | and analyze strategic channeling injunction issues (.40) | |
| 10/29/14 | WA Evanoff | Review plan revisions (0.3); o/c with internal team re Plan revisions (1.3) | 1.60 |
| 10/29/14 | DM Twomey | E-mails with FCR counsel regarding disclosure statement status, TDP insert (.20); meeting with K. Kansa, B. Evanoff, A. Stromberg regarding plan comments/issues (1.30); analyze same issues (1.30) | 2.80 |
| 10/29/14 | BH Myrick | Emails w/ A. Stromberg re: plan issues (.1); o/c w/ A. Stromberg re: executory contract and release issues (.3); research re: same (4.2) | 4.60 |
| 10/29/14 | AR Stromberg | Conference w/ K.Kansa, D.Twomey, and W.Evanoff re: Gibson Dunn comments on plan of reorganization (1.3); review same (.5); conference w/ B.Myrick regarding issues to be researched for plan (.3) | 2.10 |
| 10/30/14 | KP Kansa | Revise solicitation order and email A. Stromberg re: same (.5); email D. O'Malley re: plan (.1); t/c K. Stickles re: plan (.4); conference with L. Nyhan re: plan and TDS (.3) | 1.30 |
| 10/30/14 | LJ Nyhan | Conference with K. Kansa regarding plan and TDP issues (.3); review revised documents and related materials (.8); review plan correspondence (.2) | 1.30 |
| 10/30/14 | JC Steen | Review status of revised plan and disclosure statement documents (.30); review update from B. Evanoff regarding revised plan and related channeling injunction issues (.30) | .60 |
| 10/30/14 | DM Twomey | Analyze debtor release issue (1.20); review/analyze precedent plans and confirmation orders in connection with same (2.0) | 3.20 |
| 10/30/14 | BH Myrick | Research re: releases and executory contracts | 4.00 |
| 10/30/14 | AR Stromberg | Review and revise draft plan of reorganization and prepare for circulation to Gibson Dunn and Tyco | 8.90 |
| 10/31/14 | MG Martinez | Revise disclosure statement | 2.00 |
| 10/31/14 | KP Kansa | Emails to Sidley and Cole Schotz teams re: Plan (.2); review disclosure statement revisions and revisions to Plan (1.1) | 1.30 |
| 10/31/14 | WA Evanoff | Review revised plan re protection issues and internal email re same (1.3); consider issue re derivative claims (.7) and confer with D. Twomey re same (.3); review DS comments and related documents re ring-fencing protections (1.2) | 3.50 |
| 10/31/14 | LJ Nyhan | Review plan changes | .60 |
| 10/31/14 | DM Twomey | E-mails with Gibson Dunn regarding plan/disclosure statement status and timing (.20); office conference with A. Stromberg regarding open plan issues and next steps (.30); review revised plan (.50); analyze 524(g) injunction issue and | 5.00 |

**SIDLEY AUSTIN** LLP

Invoice Number:  34063777
Yarway Corporation

Yarway Restructuring

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | review historical transaction documents in connection with same (2.40); e-mails with B. Evanoff regarding derivative claim issue/revisions in plan (.30); analyze related issues (1.0); office conference with B. Evanoff regarding same (.30) | |
| 10/31/14 | BH Myrick | Research re: executory contracts (.9); emails w/ A. Stromberg re: same (.1) | 1.00 |
| 10/31/14 | JC Steen | Review status of revised plan and disclosure statement documents (.40); review updates and e-mails from K. Kansa and B. Evanoff regarding revised plan and related channeling injunction issues (.50); and prepare strategic advice regarding plan channeling injunction issues (.40) | 1.30 |
| 10/31/14 | AR Stromberg | Revise solicitation procedures, motion to approve solicitation procedures, and proposed solicitation order (3.6); office conference with D. Twomey re: Plan (.3) | 3.90 |
| 10/31/14 | TA Labuda | Review revised plan incorporating resolution of Gibson comments (1.1); review D. Twomey and W. Evanoff comments re claim definitions (.3). | 1.40 |
| | | **Task Subtotal**               **$292,896.50** | **350.70** |

**05 Tax Matters**

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 10/07/14 | ST Advani | Telephone conference with Tyco counsel regarding tax analysis | .40 |
| 10/07/14 | RM Silverman | Review Disclosure statement (.7); call with Gibson Dunn re: tax issues (.3) | 1.00 |
| | | **Task Subtotal**               **$1,185.00** | **1.40** |

**10 Case Administration**

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 10/06/14 | SL Summerfield | Review bankruptcy case re fee applications and prepare email with PDF files to T. Deron for A. Stromberg and L. Slaby (.70); revise fee chart re same (.30) | 1.00 |
| 10/13/14 | KP Kansa | Email D. Lynch re: accounting query from B. Zhang | .20 |
| 10/14/14 | SL Summerfield | Review bankruptcy case re pleadings (.60); prepare email with PDF files to T. Deron for A. Stromberg and L. Slaby (.80); revise chart re same (.40) | 1.80 |
| 10/17/14 | KP Kansa | Review Yarway MOR and t/c A. Stromberg re: same | .20 |
| 10/17/14 | SL Summerfield | Review bankruptcy case re pleadings (.30); prepare email with PDF files to T. Deron for A. Stromberg and L. Slaby (.40); revise chart re same (.10) | .80 |
| 10/17/14 | AR Stromberg | Prepare monthly operating report based on financial information provided by the company | 1.20 |

SIDLEY AUSTIN LLP

Invoice Number: 34063777
Yarway Corporation

Yarway Restructuring

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 10/18/14 | KP Kansa | Email M. Rosenthal re: MOR and settlement accounting | .30 |
| 10/20/14 | KP Kansa | Conference call with K. Coen, Gibson Dunn, A. Stromberg re: Yarway MOR and treatment of settlement charge (.5); draft footnote to MOR and circulate to Yarway, Tyco, and A. Stromberg (.3) | .80 |
| 10/20/14 | SL Summerfield | Review bankruptcy case re pleadings (.10); prepare email with PDF files to T. Deron for A. Stromberg and L. Slaby (.20); revise chart re same (.10) | .40 |
| 10/20/14 | AR Stromberg | Call w/ Gibson Dunn and Tyco regarding accounting issues in connection with plan settlement and review related proposed footnote for monthly operating report | .50 |
| 10/21/14 | KP Kansa | Email T. Deron re: Yarway W-9 (.2); emails to A. Stromberg and M. Martinez re: address update for Yarway (.1); t/c D. Lynch re: MOR (.1) | .40 |
| 10/22/14 | KP Kansa | Revise Yarway MOR and communications with A. Stromberg re: same | .40 |
| 10/22/14 | AR Stromberg | Review updated monthly operating report | .30 |
| 10/23/14 | KP Kansa | Emails to M. Rosenthal on MOR footnote (.3); review revised footnote (.1); emails to A. Stromberg on same (.1); email C. McMillan re: projections (.1) | .60 |
| 10/23/14 | AR Stromberg | Revise monthly operating report and prepare for filing | 1.10 |
| 10/24/14 | JC Steen | Review DIP operating report | .30 |
| 10/27/14 | SL Summerfield | Review bankruptcy case re pleadings (.30); prepare email with PDF files to T. Deron for A. Stromberg and L. Slaby (.60); revise chart re same (.20); follow-up e-mail to T. Deron (.20) | 1.30 |
| 10/28/14 | SL Summerfield | Revise fee chart | .30 |
| 10/29/14 | KP Kansa | Review and revise common interest agreement and email Yarway, Tyco, and Gibson Dunn on same | .40 |
| 10/30/14 | SL Summerfield | Review bankruptcy case re pleadings (.20); prepare email with PDF files to T. Deron for A. Stromberg and L. Slaby (.40); revise chart re same (.10) | .70 |

|  |  | **Task Subtotal**          **$6,814.00** | **13.00** |
|------|------|-----------|-------|
|  |  | **14 Fee Applications** |  |
| 10/01/14 | DJ Lutes | Prepare monthly fee statements for July and August including review of pro formas (3.1); emails with L. Diaz re: same (.2); assess fee application issues and allocations for July and August (.6) | 3.90 |

**SIDLEY AUSTIN** LLP

Invoice Number: 34063777
Yarway Corporation

Yarway Restructuring

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 10/02/14 | DJ Lutes | Prepare monthly fee statements for July and August (1.4); emails to K. Kansa and R. O'Malley re: same (.2) | 1.60 |
| 10/06/14 | RF O'Malley | Review July pro forma and fee application (.50); draft email to D. Lutes regarding same (.20); review August pro forma and fee application (.50); draft email to D. Lutes regarding same (.20) | 1.40 |
| 10/06/14 | DJ Lutes | Prepare monthly fee statements for July and August (1.5); emails with D. O'Malley re: same (.2); emails with K. Kansa re: same (.2); emails with billing specialist re: same (.3); email to co-counsel re: filing and service issues (.2); prepare 6th quarterly fee application spreadsheet (.3) | 2.70 |
| 10/06/14 | KP Kansa | Review Yarway July fee application and email D. Lutes re: same (.3); review August fee application and email D. Lutes re: same (.2) | .50 |
| 10/07/14 | DJ Lutes | Finalize monthly fee applications for July and August (1.30); TCs with L. Diaz re: same (.3); coordinate filing and service with co-counsel re: same (.3); prepare September monthly fee application (.4) | 2.30 |
| 10/08/14 | DJ Lutes | Prepare 6th quarterly fee application spreadsheet (.9); emails with K. Kansa re: September fee application issues (.2); prepare September fee application (.7) | 1.80 |
| 10/08/14 | KP Kansa | Review materials for September fee application (.6); email D. Lutes re: same (.1) | .70 |
| 10/10/14 | DJ Lutes | Prepare monthly fee statement for September (1.1); emails with L. Diaz re: same (.1) | 1.20 |
| 10/13/14 | DJ Lutes | Prepare monthly fee statement for September | 2.40 |
| 10/14/14 | DJ Lutes | Prepare monthly fee statement for September (.8); emails with billing specialist re: same (.2) | 1.00 |
| 10/15/14 | DJ Lutes | Prepare monthly fee statement for September (1.1); review materials re: same (.6); communications with L. Diaz re: same (.3); email to K. Kansa and R. O'Malley re: same (.1) | 2.10 |
| 10/16/14 | DJ Lutes | Prepare monthly fee statement for September | .20 |
| 10/17/14 | KP Kansa | Review time detail for Yarway fee app and email D. Lutes re: same | .50 |
| 10/17/14 | DJ Lutes | Preparation of monthly fee statement for September | .60 |
| 10/20/14 | DJ Lutes | Prepare monthly fee statement for September (.2); emails with billing specialist re: same (.1) | .30 |
| 10/21/14 | DJ Lutes | Prepare monthly fee statement for September (.6); emails with billing specialist re: same (.2); prepare quarterly fee | 1.20 |

**SIDLEY AUSTIN** LLP

Invoice Number:  34063777
Yarway Corporation

Yarway Restructuring

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | application (.4) | |
| 10/21/14 | RF O'Malley | Review fee application | 1.00 |
| 10/21/14 | LH Slaby | Emails with K. Kansa and D. Lutes regarding fees (0.2); emails with L. Diaz regarding pro forma (0.1) | .30 |
| 10/22/14 | DJ Lutes | Prepare monthly fee statement for September (1.6); coordinate with co-counsel re: filing and service (.5); emails with billing specialist re: same (.1); prepare 6th interim fee application spreadsheet calculations (.9) | 3.10 |
| 10/23/14 | DJ Lutes | Prepare 6th interim fee application and exhibits | 1.80 |
| 10/24/14 | DJ Lutes | Prepare 6th interim fee application materials | .40 |
| 10/24/14 | RF O'Malley | Review and reply to K. Kansa email regarding fees | .20 |
| | | **Task Subtotal**            **$13,041.00** | **31.20** |
| | | **17 Adversary Proceedings** | |
| 10/02/14 | SL Summerfield | Review adversary case docket for B. Myrick and L. Slaby | .30 |
| 10/07/14 | SL Summerfield | Review adversary case docket for B. Myrick and L. Slaby | .30 |
| 10/14/14 | SL Summerfield | Review adversary case docket for B. Myrick and L. Slaby | .30 |
| 10/14/14 | WA Evanoff | Emails re docket and filed documents | .10 |
| 10/21/14 | WA Evanoff | Review filed documents re case status | .10 |
| 10/23/14 | JC Steen | Review recent Court orders, notices and bankruptcy filings (.20); and review status of derivative claim issues (.20) | .40 |
| 10/24/14 | WA Evanoff | Review docket re filed documents | .20 |
| 10/28/14 | SL Summerfield | Review adversary case docket for B. Myrick and L. Slaby | .30 |
| 10/31/14 | SL Summerfield | Review adversary case docket for B. Myrick and L. Slaby | .30 |
| | | **Task Subtotal**            **$1,055.00** | **2.30** |
| | | **Total Hours for all Tasks** | **398.60** |

**SIDLEY AUSTIN** LLP

Invoice Number:  34063777
Yarway Corporation

Yarway Restructuring

E X P E N S E   D E T A I L

| Date | Narrative | Amount |
|------|-----------|--------|
| 10/02/14 | 10/01/14-Duplicating charges Time: 11:35:00 | $8.20 |
| 10/02/14 | 10/01/14-Duplicating Charges (Color) Time: 11:27:00 | 30.21 |
| 10/02/14 | 10/01/14-Duplicating Charges (Color) Time: 11:35:00 | 13.68 |
| 10/04/14 | 09/30/14-CT Corporation  Inv#:12854367-RI Gimpel Corporation (DE) | 72.16 |
| 10/07/14 | 10/06/14-Duplicating Charges (Color) Time: 11:01:00 | .57 |
| 10/10/14 | 10/09/14-Duplicating Charges (Color) Time:  8:13:00 | 30.21 |
| 10/11/14 | 10/10/14-Duplicating Charges (Color) Time: 17:53:00 | 32.49 |
| 10/11/14 | 10/10/14-Duplicating Charges (Color) Time:  9:25:00 | 15.39 |
| 10/12/14 | 10/11/14-Duplicating Charges (Color) Time:  8:13:00 | 45.03 |
| 10/12/14 | 10/11/14-Duplicating Charges (Color) Time: 15:06:00 | 28.50 |
| 10/14/14 | 10/13/14-Duplicating Charges (Color) Time: 11:51:00 | 56.43 |
| 10/18/14 | 10/17/14-Duplicating Charges (Color) Time: 17:59:00 | 55.29 |
| 10/18/14 | 10/17/14-Duplicating Charges (Color) Time: 18:01:00 | 15.39 |
| 10/20/14 | 09/24/14 - cab to/from Supreme Court | 28.00 |
| 10/21/14 | 10/09/14 - REED ELSEVIER INC - EA603405MS - Searches | 2.07 |
| 10/22/14 | 09/24/14-Telephone Charges Conference Call Customer: HKK1966 KENNETH P KANSA | 1.71 |
| 10/22/14 | 10/08/14-CT Corporation  Inv#:12878830-RI Tech/Serv Corporation (PA) | 85.68 |
| 10/23/14 | 10/22/14-Duplicating charges Time: 12:16:00 | .30 |
| 10/23/14 | 10/22/14-Duplicating charges Time: 12:29:00 | .10 |
| 10/23/14 | 10/22/14-Duplicating charges Time: 11:55:00 | .30 |
| 10/24/14 | 10/23/14-Duplicating charges Time: 14:18:00 | 4.00 |
| 10/24/14 | 10/23/14-Duplicating Charges (Color) Time: 14:18:00 | .57 |
| 10/28/14 | 10/27/14-Duplicating Charges (Color) Time: 18:55:00 | 31.92 |
| 10/28/14 | 10/27/14-Duplicating charges Time: 10:18:00 | 2.70 |
| 10/29/14 | 10/28/14-Duplicating Charges (Color) Time: 16:49:00 | 51.87 |
| 10/29/14 | 10/01/14-Monthly Electronic Data Storage Fee 6.70 GB @    $5.00 | 33.50 |
| 10/30/14 | 10/29/14-Duplicating Charges (Color) Time: 17:20:00 | 3.99 |

**SIDLEY AUSTIN** LLP

Invoice Number:  34063777
Yarway Corporation

Yarway Restructuring

| Date | Narrative | Amount |
|------|-----------|--------|
| 10/31/14 | 10/31/14-Duplicating Charges (Color) Time: 14:07:00 | 6.27 |
| 10/31/14 | 10/31/14-Duplicating Charges (Color) Time: 14:06:00 | 11.97 |
| 10/31/14 | 10/31/14-Duplicating Charges (Color) Time: 14:08:00 | 7.98 |
| 10/31/14 | 08/06/14-PACER DEBK | .00 |
| 10/31/14 | 08/06/14-PACER NJBK | .00 |
| 10/31/14 | 08/06/14-PACER NYSBK | .00 |
| 10/31/14 | 08/06/14-PACER PAWBK | .00 |
| 10/31/14 | 08/07/14-PACER 00PCL | .00 |
| 10/31/14 | 08/07/14-PACER DEBK | .00 |
| 10/31/14 | 08/05/14-PACER 00PCL | .00 |
| 10/31/14 | 08/05/14-PACER DEBK | .00 |
| 10/31/14 | 08/05/14-PACER NJBK | .00 |
| 10/31/14 | 08/05/14-PACER NYSBK | .00 |
| 10/31/14 | 08/07/14-PACER NJBK | .00 |
| 10/31/14 | 08/07/14-PACER NYSBK | .00 |
| 10/31/14 | 08/07/14-PACER PAWBK | .00 |
| 10/31/14 | 08/06/14-PACER 00PCL | .00 |
| 10/31/14 | 08/04/14-PACER DEBK | .00 |
| 10/31/14 | 07/01/14-PACER DEBK | .00 |
| 10/31/14 | 08/05/14-PACER DEBK | .00 |
| 10/31/14 | 07/28/14-PACER DEBK | .00 |
| 10/31/14 | 09/15/14-PACER DEBK | .00 |
| 10/31/14 | 09/16/14-PACER DEBK | .00 |
| 10/31/14 | 07/10/14-PACER DEBK | .00 |
| 10/31/14 | 07/25/14-PACER DEBK | .00 |
| 10/31/14 | 09/16/14-PACER NYSDC | .00 |
| 10/31/14 | 08/05/14-PACER DEBK | .00 |
| 10/31/14 | 07/31/14-PACER DEBK | .00 |
| 10/31/14 | 09/18/14-PACER DEBK | .00 |
| 10/31/14 | 07/22/14-PACER DEBK | .00 |
| 10/31/14 | 08/12/14-PACER DEBK | .00 |

**SIDLEY AUSTIN** LLP

Invoice Number:  34063777
Yarway Corporation

Yarway Restructuring

| Date | Narrative | Amount |
|------|-----------|--------|
| 10/31/14 | 08/14/14-PACER DEBK | .00 |
| 10/31/14 | 09/30/14-PACER DEBK | .00 |
| 10/31/14 | 08/06/14-PACER DEBK | .00 |
| 10/31/14 | 08/26/14-PACER DEBK | .00 |
| 10/31/14 | 07/31/14-PACER DEBK | .00 |
| 10/31/14 | 07/21/14-PACER DEBK | .00 |
| | **Total Expenses** | **$676.48** |