

SIDLEY AUSTIN LLP
ONE SOUTH DEARBORN
CHICAGO, IL  60603
(312) 853 7000
(312) 853 7036 FAX

BEIJING        HONG KONG     SAN FRANCISCO
BOSTON         HOUSTON       SHANGHAI
BRUSSELS       LONDON        SINGAPORE
CHICAGO        LOS ANGELES   SYDNEY
DALLAS         NEW YORK      TOKYO
GENEVA         PALO ALTO     WASHINGTON, D.C.

FOUNDED 1866

January 12, 2015

FEDERAL ID 36-

Mr. Kevin J. Coen
Yarway Corporation
10707 Clay Road
Suite 200
Houston, TX  77041

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 35000477
Client Matter 57367-30020

Re: Yarway Restructuring

For professional services rendered through November 30, 2014 re
Yarway Restructuring

| | |
|---|---:|
| Fees | $241,823.00 |
| Expenses | 733.39 |
| **Total Due This Bill** | **$242,556.39** |

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number:
ABA Number:
Swift Code:

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN LLP**

Invoice Number: 35000477
Yarway Corporation

Yarway Restructuring

T A S K   D E T A I L

| Date | Name | Narrative | Hours |
|---|---|---|---|
| | | **01 Litigated Matters** | |
| 11/06/14 | LH Slaby | Draft removal notice for A. Stromberg | .80 |
| 11/10/14 | RF O'Malley | Review M. Rosenthal email regarding privilege document (0.1); review edits to privilege document (0.6); draft email to K. Kansa regarding privilege document (0.2) | .90 |
| 11/17/14 | LH Slaby | Research and draft removal motion | 5.40 |
| 11/18/14 | LH Slaby | Research and draft removal motion | 2.20 |
| 11/20/14 | LH Slaby | Edit and send removal notice to A. Stromberg | .60 |
| | | **Task Subtotal    $5,760.00** | **9.90** |
| | | **03 Plan and Disclosure Statement** | |
| 11/01/14 | MG Martinez | Revise disclosure statement and distribute internally to Sidley team | 3.20 |
| 11/01/14 | DM Twomey | E-mails with M. Martinez regarding updated disclosure statement (.10); review e-mail from J. Steen regarding plan release/injunction issue (.20) | .30 |
| 11/01/14 | JC Steen | Review and comment on channeling injunction provisions of revised plan (.40); and respond to inquiries from B. Evanoff regarding revised plan and related channeling injunction issues (.40) | .80 |
| 11/01/14 | TA Labuda | Emails with W. Evanoff and team re asbestos claims and injunction provisions revisions and related analysis (.1); analyze impact of revisions on scope of injunctions (.8). | .90 |
| 11/02/14 | AR Stromberg | Review and revise solicitation materials | 1.80 |
| 11/03/14 | MG Martinez | Revise disclosure statement with solicitation updates (1.5); further revise same with comments from K. Kansa (2.3) | 3.80 |
| 11/03/14 | LJ Nyhan | Conference with K. Kansa re: status (.2); review revised pleadings and related materials (1.2) | 1.40 |
| 11/03/14 | KP Kansa | T/c A. Stromberg on solicitation materials (.1); emails to A. Stromberg on solicitation materials (.2); review and revise solicitation procedures and disclosure statement and email A. Stromberg with revisions to solicitation procedures (.4); review and revise disclosure statement and provide comments on same to M. Martinez (3.3); o/c with L. Nyhan re: status (.2) | 4.20 |
| 11/03/14 | WA Evanoff | Review emails and document re Plan provision (0.2); review issue re DS (0.3); t/c with M. Martinez re DS (0.1) | .60 |

**SIDLEY AUSTIN** LLP

Invoice Number:  35000477
Yarway Corporation

Yarway Restructuring

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 11/03/14 | DM Twomey | E-mails with A Stromberg regarding solicitation procedures (.20); analyze related issues (.30); e-mails with M. Martinez regarding disclosure statement issues (.20); review revised disclosure statement and assess open issues (3.0); telephone conference with M. Martinez regarding voting/disclosure issues (.10); review executory contract e-mail and analyze related issues (.30); review joint defense agreement (.40) | 4.50 |
| 11/03/14 | LH Slaby | Emails with A. Stromberg and M. Martinez regarding Disclosure Statement and Plan (0.1); review Disclosure Statement and Plan (0.5) | .60 |
| 11/03/14 | BH Myrick | Research re: releases for A. Stromberg | 5.50 |
| 11/03/14 | JC Steen | Review revised plan and disclosure statement documents regarding channeling injunction issues (.50); respond to various inquiries and e-mails from B. Evanoff regarding revised plan and related channeling injunction issues (.30) | .80 |
| 11/03/14 | RF O'Malley | Review status regarding plan, disclosure statement and distribution procedures | 1.00 |
| 11/03/14 | TA Labuda | Review updated disclosure statement (1.1); email from K. Kansa re language revisions for asbestos claims and injunction provisions (.1). | 1.20 |
| 11/03/14 | AR Stromberg | Review and revise draft ballots, mailed notice, and publication notice (5.6); Revise solicitation procedures and related motion (.8) | 6.40 |
| 11/04/14 | MG Martinez | Office conference with A. Stromberg and L. Slaby regarding Plan and DS (1.0); revise DS (0.8) | 1.80 |
| 11/04/14 | KP Kansa | Review forms of ballot and notices and revise same (2.2); email A. Stromberg re: same (.2); email L. Nyhan re: Plan documents status (.1) | 2.50 |
| 11/04/14 | WA Evanoff | Review DS revisions re ring-fencing protections and email internally re same (1.8); further review of comments to DS (0.6); email M. Martinez re same (0.1); confer with D. Twomey re: same (0.2) | 2.70 |
| 11/04/14 | LJ Nyhan | Emails with K. Kansa re: plan status (.2); review TDP correspondence and related materials (.4) | .60 |
| 11/04/14 | DM Twomey | Review and comment on solicitation procedures (1.80); review revised plan and analyze related issues (1.0); office conference with A. Stromberg regarding same (.10); analyze asbestos notice issue (1.0); review and provide conforming comments to disclosure statement (.60); office conference with B. Evanoff regarding disclosure statement comment (.20) | 4.70 |

**SIDLEY AUSTIN** LLP

Invoice Number: 35000477
Yarway Corporation

Yarway Restructuring

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 11/04/14 | BH Myrick | Research re: releases (1.2); emails w/ A. Stromberg re: same (.1) | 1.30 |
| 11/04/14 | AR Stromberg | Revise draft ballots, mailed notice, and publication notice (1.3); Conference with M.Martinez and L.Slaby regarding conforming Plan and Disclosure Statement (1.0); Conference w. D.Twomey re: financial projections for Yarway (.1) | 2.40 |
| 11/04/14 | LH Slaby | Office conference with A. Stromberg and M. Martinez re: plan and disclosure statement | 1.00 |
| 11/04/14 | JC Steen | Review revised plan and disclosure statement documents regarding potential channeling injunction issues (.50); prepare strategic advice regarding channeling injunction issues (.40); review and respond to inquiries and e-mails from B. Evanoff regarding revised plan and related channeling injunction issues (.30) | 1.20 |
| 11/05/14 | MG Martinez | Revise Disclosure Statement with comments from W. Evanoff (0.4); further revise Disclosure Statement (0.4); office conference with D. Twomey regarding same (0.3) and revise with his comments (0.8) | 1.90 |
| 11/05/14 | KP Kansa | Review A. Stromberg email on 10.2(b) injunction (.2); email A. Stromberg re: same (.2) | .40 |
| 11/05/14 | WA Evanoff | Assess revisions to DS (0.7); consider notice issues and confer internally re same (1.3); review issue re derivative claims (0.4); o/c with J. Steen re Plan injunction issues (0.5); analyze same (0.5) | 3.40 |
| 11/05/14 | LJ Nyhan | Review POR and DS correspondence and related materials | .30 |
| 11/05/14 | DM Twomey | Finish review/comment on solicitation procedures and related comments for disclosure statement (.90); office conference with M. Martinez regarding disclosure statement comments (.30); office conference with B. Evanoff regarding notice/claim issues (.30); review e-mail from J. Steen regarding injunction/release overlap issue (.20); analyze same issue (.20) | 1.90 |
| 11/05/14 | LH Slaby | Review and edit ballots and notices | 3.40 |
| 11/05/14 | RF O'Malley | Review K. Kansa email regarding plan procedures (.2); review L. Nyhan email regarding plan procedures (.2) | .40 |
| 11/05/14 | TA Labuda | Confer with J. Conlan re plan drafts and related issues (.4); review solicitation procedures, motion to approve same and order approving disclosure statement (.9). | 1.30 |
| 11/05/14 | AR Stromberg | Analyze injunction provisions (1.8); revise ballots and notices (1.0); review latest drafts of plan and disclosure statement (.3) | 3.10 |

**SIDLEY AUSTIN** LLP

Invoice Number:  35000477
Yarway Corporation

Yarway Restructuring

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 11/05/14 | JC Steen | Review and analyze revised plan and disclosure statement documents regarding channeling injunction issues (.50); confer with B. Evanoff regarding latest plan revisions (.50); prepare strategic advice regarding plan channeling injunction issues (.50); review revised disclosure statement language regarding ring-fencing protections (.30) | 1.80 |
| 11/06/14 | MG Martinez | Prepare for meeting with K. Kansa, D. Twomey and A. Stromberg regarding Disclosure Statement and plan (0.2); participate in same meeting (0.8); revise Disclosure Statement with comments from meeting (1.3); further revise same (0.8) | 3.10 |
| 11/06/14 | KP Kansa | Meeting with D. Twomey/A. Stromberg/M. Martinez on disclosure statement revisions (.8); review M. Martinez revisions to disclosure statement and email M. Martinez re: same (1.3) | 2.10 |
| 11/06/14 | WA Evanoff | Assess issue re derivative claims (1.8); multiple conferences with D. Twomey re same (0.8); respond to J. Steen inquiry re release issue (.7) and confer internally re same (.5) | 3.80 |
| 11/06/14 | DM Twomey | Analyze derivative claim issue (.50); review plan provisions and precedent 524(g) plans in connection with same (1.50); office conference with B. Evanoff regarding same (.30); e-mails with B. Evanoff, K. Kansa, J. Steen regarding same (.30); meeting with K. Kansa, M. Martinez, A. Stromberg regarding disclosure statement comments and open issues (.80); review same issues (.70); e-mails with M. Martinez regarding disclosure statement distribution to client, co-proponents (.20); office conference with B. Evanoff regarding injunction/release overlap issue, resolution for same (.50); e-mails with A. Stromberg regarding plan revisions (.20) | 5.00 |
| 11/06/14 | LH Slaby | Review plan (0.3); discuss plan, notice, bar date issues with A. Stromberg (0.5) | .80 |
| 11/06/14 | AR Stromberg | Conference w/ K.Kansa, D.Twomey and M.Martinez regarding comments to plan and disclosure statement (.8); revise plan and solicitation materials (1.7); discuss same with L. Slaby (.5) | 3.00 |
| 11/06/14 | JC Steen | Review revised plan and disclosure statement documents regarding potential channeling injunction issues (.50); telephone conference with B. Evanoff regarding revised plan and related channeling injunction issues (.50) | 1.00 |
| 11/07/14 | KP Kansa | Email A. Stromberg re: Yarway plan | .10 |
| 11/07/14 | MG Martinez | Revise Disclosure Statement | .30 |
| 11/07/14 | WA Evanoff | Review revised draft of DS and related correspondence (0.9); | 1.20 |

**SIDLEY AUSTIN LLP**

Invoice Number: 35000477
Yarway Corporation

Yarway Restructuring

| Date | Name | Narrative | Hours |
|---|---|---|---|
| | | confer with J. Steen re documents, process (0.3) | |
| 11/07/14 | DM Twomey | Review/comment on revised plan (.50); office conference with A. Stromberg regarding plan comments, related issues (.60); finish review/comment on voting procedures (.70); office conference with A. Stromberg regarding same (.20) | 2.00 |
| 11/07/14 | LH Slaby | Review and reconcile Plan and Disclosure Statement (3.8); discuss notice issues with K. Poe (0.1) | 3.90 |
| 11/07/14 | TA Labuda | Review revised disclosure statement. | .80 |
| 11/07/14 | AR Stromberg | Revise Plan, Voting Procedures, and Solicitation Motion and Order and circulate to Gibson Dunn (4.0); multiple conferences with D. Twomey re: same (.8) | 4.80 |
| 11/07/14 | JC Steen | Review status of revised plan and disclosure statement documents (.30); prepare strategic advice regarding channeling injunction and derivative claims issues (.60); and office conference with B. Evanoff regarding revised plan channeling injunction issues and next steps (.30) | 1.20 |
| 11/09/14 | LJ Nyhan | Review correspondence and revised plan documents | .50 |
| 11/09/14 | DM Twomey | E-mails with K. Kansa, D. Lynch, M. Rosenthal regarding plan/disclosure statement status, next steps and timing (.30); review related issues (.20) | .50 |
| 11/09/14 | KP Kansa | Review Yarway plan materials (2.1); email M. Rosenthal re: Plan timing (.2); email R. O'Malley re: common interest agreement (.1); further email to M. Rosenthal re: Plan timing (.1); review Yarway plan emails (.3); email L. Nyhan re: same (.1) | 2.90 |
| 11/10/14 | LJ Nyhan | Conference with K. Kansa regarding joint defense and TDP issues (.3); review revised documents and correspondence (.3); assess timeline issues (.2) | .80 |
| 11/10/14 | KP Kansa | T/c L. Nyhan re: plan timing and related issues (.3); review Plan revisions and comment on same (.4) | .70 |
| 11/10/14 | DM Twomey | Discussions with K. Kansa regarding plan issues, next steps (.10); review issues regarding financial information for disclosure statement (.70) | .80 |
| 11/10/14 | LH Slaby | Review and reconcile Plan and Disclosure Statement (1.9); send same to A. Stromberg and M. Martinez (0.1); discuss release research with A. Stromberg (0.4); research releases for A. Stromberg (2.0) | 4.40 |
| 11/10/14 | AR Stromberg | Conference w/ L.Slaby regarding release research | .40 |
| 11/10/14 | JC Steen | Review revised plan and disclosure statement documents regarding channeling injunction and derivative claims issues | 1.00 |

**SIDLEY AUSTIN** LLP

Invoice Number: 35000477
Yarway Corporation

Yarway Restructuring

| Date | Name | Narrative | Hours |
|---|---|---|---|
| | | (.50); prepare strategic advice regarding channeling injunction and derivative claims issues (.50) | |
| 11/11/14 | KP Kansa | Email M. Rosenthal re: Plan (.1); email Sidley team re: same (.1); email D. Lynch re: Plan timing (.2); email D. Lynch re: meeting (.1); email M. Rosenthal re: Plan timing (.1); email Sidley team re: GDC plan revisions (.1); review same (.2) | .90 |
| 11/11/14 | LH Slaby | Research releases for A. Stromberg (3.0); research notice issues for A. Stromberg (0.4) | 3.40 |
| 11/11/14 | LJ Nyhan | Conference with K. Kansa regarding plan issues | .30 |
| 11/11/14 | DM Twomey | E-mails with K. Kansa, Tyco counsel regarding trust funding and related timing issues (.30); review e-mail from Tyco counsel regarding comments to plan documents (.10); review related issues (.20) | .60 |
| 11/11/14 | RF O'Malley | Review D. Lynch email to K. Kansa regarding meeting (.1); draft email to K. Kansa regarding meeting on 11/14 (.2); review revised plan (.4) | .70 |
| 11/11/14 | AR Stromberg | Review comments received on plan and solicitation materials and revise plan and solicitation materials to respond to comments | 2.50 |
| 11/11/14 | JC Steen | Review and assess plan channeling injunction and derivative claims issues (.40); and review and respond to various team e-mails and inquiries (.30) | .70 |
| 11/12/14 | KP Kansa | Review GDC comments on voting procedures and plan | 1.00 |
| 11/12/14 | DM Twomey | Review/assess various comments to plan documents, related e-mails (.50) | .50 |
| 11/12/14 | RF O'Malley | Review revised plan of reorganization | .50 |
| 11/12/14 | AR Stromberg | Review and revise plan of reorganization | .80 |
| 11/12/14 | TA Labuda | Review Gibson comments on plan (.5); review Gibson comments on solicitation procedures and related motion and order (.3). | .80 |
| 11/13/14 | KP Kansa | Emails to Sidley team re: Yarway plan documents (.2); office conference with Sidley team on same (.8); email R. O'Malley re: Yarway meeting (.1); review and comment on Plan revisions and voting procedures revisions (.8) | 1.90 |
| 11/13/14 | LH Slaby | Review Gibson Dunn edits to ballots and notices (0.6); emails with A. Stromberg and K. Kansa regarding same (0.1) | .70 |
| 11/13/14 | DM Twomey | Review draft claimant release, indemnification agreement and Yarway release (1.50); analyze related issues (1.0); discussions with K. Kansa regarding status update (.10); review/assess comments to plan and voting documents (.60); | 4.00 |

**SIDLEY AUSTIN** LLP

Invoice Number:  35000477
Yarway Corporation

Yarway Restructuring

| Date | Name | Narrative | Hours |
|---|---|---|---|
| | | office conference with K. Kansa, A. Stromberg regarding same, revisions and next steps (.80) | |
| 11/13/14 | AR Stromberg | Review and revise plan of reorganization | 2.50 |
| 11/14/14 | MG Martinez | Discuss disclosure statement edits with D. Twomey (.2); revise disclosure statement and send to K. Kansa and D. Twomey for review (1.6) | 1.80 |
| 11/14/14 | KP Kansa | Review plan and email A. Stromberg with comments on same (.5); meet with D. Lynch/R. O'Malley/D. Twomey/A. Stromberg and t/c Gibson Dunn on revisions to Plan and supporting documents (1.2); email to A. Stromberg re: Plan comments (.2); emails to A. Stromberg re: voting procedures (.2); review release documents and email A. Stromberg and D. Twomey re: same (.7) | 2.80 |
| 11/14/14 | LJ Nyhan | Review document revisions and related correspondence (.4); conference with R. O'Malley (.3) | .70 |
| 11/14/14 | DM Twomey | Review/analyze comments to various plan and disclosure documents (1.20); meeting/call with D. Lynch, Tyco counsel, A. Stromberg, K. Kansa, D. O'Malley regarding plan/disclosure documents, open issues and next steps (1.20); telephone conference with M. Martinez regarding status update and next steps for disclosure statement (.20); analyze related issues (.30); office conference with A. Stromberg regarding plan questions (.20); review revised plan (.30); e-mails with A. Stromberg, K. Kansa regarding same (.20); e-mails with A. Stromberg regarding distribution of revised documents (.20) | 3.80 |
| 11/14/14 | JC Steen | Review various open derivative claim plan issues (.30); and review recently filed bankruptcy papers (.20) | .50 |
| 11/14/14 | RF O'Malley | Review plan and prepare for meeting (.4); office conference with D. Lynch, K. Kansa, D. Twomey, A. Stromberg and telephone conference with M. Rosenthal and J. Graves (1.2); telephone conference with L. Nyhan regarding meeting and status of plan and term sheet (.3); review revised plan of reorganization (.5) | 2.40 |
| 11/14/14 | AR Stromberg | Prepare for (.3) and attend (1.2) meeting with D.Lynch, Gibson Dunn, K.Kansa, D.Twomey, and D.O'Malley regarding open issues with respect to draft plan; revise plan, voting procedures, solicitation motion and solicitation order (5.4); review Gibson Dunn plan exhibits (.6) | 7.50 |
| 11/15/14 | KP Kansa | Review indemnification agreement and email A. Stromberg with comments on same | .80 |
| 11/15/14 | AR Stromberg | Review Indemnification Agreement and comments regarding | .50 |

**SIDLEY AUSTIN** LLP

Invoice Number:  35000477
Yarway Corporation

Yarway Restructuring

| Date | Name | Narrative | Hours |
|---|---|---|---|
| | | same | |
| 11/16/14 | KP Kansa | Email A. Stromberg re: distribution of Gibson Dunn agreement drafts | .20 |
| 11/16/14 | DM Twomey | E-mails with K. Kansa, A. Stromberg regarding release/indemnification documents and comments to same (.30); review related issues (.20) | .50 |
| 11/16/14 | AR Stromberg | Emails w/ K.Kansa and D.Twomey regarding Gibson Dunn plan exhibits | .50 |
| 11/17/14 | LJ Nyhan | Conference with K. Kansa regarding plan adjustments, TDP issues and timing (.3); review related materials (.3) | .60 |
| 11/17/14 | KP Kansa | Office conference with D. Twomey on Yarway plan (.2); office conference with L. Nyhan re: plan (.3); review R. O'Malley email on Tyco reincorporation and follow up on same (.2); review Yarway plan revisions from Gibson Dunn (.6); review release provisions and revise same (.7); emails to D. Twomey and A. Stromberg re: same (.2); email to J. Graves re: revisions to Yarway plan documents (.2); t/c to J. Graves re: same (.1); email to M. Rosenthal re: same (.1); t/c to K. Maclay re: plan timing (.2) | 2.80 |
| 11/17/14 | RF O'Malley | Review draft solicitation procedures motion (.3); review draft plan of reorganization (.6); draft email to K. Kansa regarding plan (.3) | 1.20 |
| 11/17/14 | DM Twomey | Discussions with K. Kansa regarding projections for disclosure statement (.10); e-mails with K. Kansa, A. Stromberg regarding distributions of plan documents (.30); review and provide comments to solicitation documents (1.60); review Tyco counsel's proposed revisions to plan documents and analyze related issues (1.30); e-mails with A. Stromberg, K. Kansa regarding same (.30); e-mails with Tyco counsel regarding further plan changes (.20); e-mails with K. Kansa regarding proposed changes to plan, related issues (.20); analyze same issues (.40); review precedent for projections in similar cases (1.20); send e-mail to A. Stromberg, K. Kansa regarding same (.20) | 5.80 |
| 11/17/14 | JC Steen | Review status of plan channeling injunction issues (.30); review team e-mails regarding same (.20); and review November 17 bankruptcy filings (.20) | .70 |
| 11/17/14 | AR Stromberg | Review Gibson Dunn plan exhibits and circulate comments to Gibson Dunn regarding same | 1.00 |
| 11/18/14 | KP Kansa | Email J. Graves and M. Rosenthal re: revisions to Plan (.2); review J. Graves and M. Rosenthal emails on same (.2); emails to D. Twomey and A. Stromberg re: same (.4); meeting with D. Twomey and A. Stromberg on Yarway plan | 4.30 |

**SIDLEY AUSTIN** LLP

Invoice Number:  35000477
Yarway Corporation

Yarway Restructuring

| Date | Name | Narrative | Hours |
|---|---|---|---|
| | | documents and revisions to same (.7); review documents for distribution to ACC and FCR (1.6); emails to A. Stromberg re: Plan revisions (.2); emails to A. Stromberg re: distribution of revised Plan (.2); t/c's R. O'Malley re: plan (.3); review A. Stromberg questions on Plan and email A. Stromberg re: same (.2); email D. Twomey on same (.1); email M. Rosenthal on Plan revisions (.2) | |
| 11/18/14 | LJ Nyhan | Review plan correspondence and document modifications | .30 |
| 11/18/14 | DM Twomey | Review/analyze plan definitions and provisions re releases and exculpations (1.0); analyze related issues (.70); review legal materials and case precedent regarding projections/feasibility (1.30); office conference with K. Kansa, A. Stromberg regarding plan and solicitation documents issues/comments, next steps (.70) | 3.70 |
| 11/18/14 | JC Steen | Review status of plan channeling injunction issues (.30); and review e-mails from K. Stickles regarding recent case developments (.20) | .50 |
| 11/18/14 | AR Stromberg | Review and revise plan, solicitation materials, and plan exhibits to be circulated to ACC and FCR (6.3); office conference with D. Twomey and K. Kansa re: same (.7) | 7.00 |
| 11/18/14 | RF O'Malley | Review plan of reorganization changes and various related issues (1.1); review and analyze release issues (.7); telephone conferences with K. Kansa regarding release issues and plan changes (.3) | 2.10 |
| 11/19/14 | MG Martinez | Revise disclosure statement (1.2); office conference with D. Twomey re: DS (0.2); revise disclosure statement with comments from K. Kansa (1.5); revise disclosure statement with comments from D. Twomey (1.2); further revise same and send back out to entire proponent team (0.3) | 4.40 |
| 11/19/14 | LJ Nyhan | Review plan correspondence and document modifications | .40 |
| 11/19/14 | KP Kansa | Email A. Stromberg re: Plan distribution (.1); email Sidley team re: revisions to Plan and DS (.2); review structure of Yarway financial projections and email D. Twomey re: same (.2); review Gibson Dunn revisions to Disclosure Statement, comment on same, and email to M. Martinez re: same (.8); review Disclosure Statement and make additional revisions to same (.6); emails to M. Martinez re: disclosure statement revisions (.5); further review of disclosure statement revisions and emails to Sidley team on same (.4); email M. Rosenthal re: Plan revision (.1); review additional Plan/DS emails (.3) | 3.20 |
| 11/19/14 | LH Slaby | Emails with A. Stromberg regarding notices | .10 |
| 11/19/14 | DM Twomey | E-mails with M. Martinez regarding open disclosure statement questions (.30); e-mails with K. Kansa regarding | 4.70 |

**SIDLEY AUSTIN** LLP

Invoice Number:  35000477
Yarway Corporation

Yarway Restructuring

| Date | Name | Narrative | Hours |
|---|---|---|---|
| | | settlement term sheet question (.20); e-mails with ACC/FCR counsel, Tyco counsel, others regarding revised plan and solicitation documents (.20); review and provide comments to updated disclosure statement and analyze related issues (1.80); office conference with M. Martinez regarding same (.20); e-mails with Tyco counsel regarding same (.20); review Tyco comments to revised disclosure statement (.20); e-mails with M. Martinez, K. Kansa regarding same (.30); review related issues (.30); e-mails with client regarding projections (.20); review related issues (.50); e-mails with M. Martinez, A. Stromberg, K. Kansa regarding plan/disclosure statement issues, related revisions (.30) | |
| 11/19/14 | RF O'Malley | Review various emails regarding proposed plan of reorganization (.3); analyze release issue (.4); draft and edit memo regarding release issues (1.0) | 1.70 |
| 11/19/14 | AR Stromberg | Review example projections and email company regarding preparation of projections | .70 |
| 11/20/14 | MG Martinez | Revise disclosure statement and send to K. Kansa and D. Twomey (0.2); further revise and send to FCC/ACC (0.4) | .60 |
| 11/20/14 | KP Kansa | Email to R. Saunders re: Yarway certificate of incorporation and by-laws (.1); review same and provide comments to R. Saunders on same (1.1); email D. Twomey and A. Stromberg re: same (.1); email D. Twomey re: meeting with E. Harron (.1); office conference with D. Twomey re: same (.2); email D. Twomey re: filing of Yarway term sheet (.1); review Plan and related documents (.5) | 2.20 |
| 11/20/14 | LH Slaby | Meeting with A. Stromberg regarding notices, bar date motion (1.0); research and draft email to Morgan Lewis regarding notice issues (4.3) | 5.30 |
| 11/20/14 | DM Twomey | E-mails with R. Silverman, Tyco counsel regarding tax disclosure (.30); review/analyze release and indemnity documents, related plan provisions (1.80); review revisions to disclosure statement (.40); e-mails with Tyco and ACC/FCR counsel regarding same (.30); meeting with E. Harron regarding status update and next steps regarding confirmation, trust documents (.50); discussions with K. Kansa regarding update on status of trust documents (.20); e-mails with K. Kansa regarding reorganized Yarway draft corporate documents (.20) | 3.70 |
| 11/20/14 | LJ Nyhan | Conference with K. Kansa re: plan status (.3); review filing documents (1.0) | 1.30 |
| 11/20/14 | JC Steen | Review revised disclosure statement regarding channeling injunction protections (.30); review update regarding latest | .50 |

**SIDLEY AUSTIN** LLP

Invoice Number:  35000477
Yarway Corporation

Yarway Restructuring

| Date | Name | Narrative | Hours |
|---|---|---|---|
| | | FCR meeting (.20) | |
| 11/20/14 | AR Stromberg | Conference w/ L.Slaby regarding resolving open notice issues | 1.00 |
| 11/21/14 | KP Kansa | T/c D. Lynch re: ACC retention of Mark Peterson (.1); t/c's M. Rosenthal re: same (.2); email D. Lynch re: 12/12 meeting on Plan issues (.1); email Sidley team on same (.1); email Yarway and Tyco teams on C&D proposed retention of M. Peterson (.3); discuss same with L. Nyhan (.1); email D. Lynch re: same (.3); email D. Twomey re: same (.1) | 1.30 |
| 11/21/14 | LJ Nyhan | Review Tyco comments (.3); conference with D. Twomey re: plan (.2); conference with K. Kansa re: plan (.1) | .60 |
| 11/21/14 | DM Twomey | Review draft corporate documents and review related issues (.80); review precedent regarding bankruptcy provisions in corporate documents (1.0); e-mails with K. Kansa, Tyco counsel, client regarding Peterson retention, timing issues (.70); analyze related issues (.80) | 3.30 |
| 11/21/14 | AR Stromberg | Review emails regarding comment to Disclosure Statement and make corresponding change to Plan | .50 |
| 11/21/14 | JC Steen | Review status of latest plan discussions with the ACC and FCR | .30 |
| 11/24/14 | LH Slaby | Calls and emails with K. Poe regarding notices | .20 |
| 11/24/14 | KP Kansa | T/c D. Lynch re: Plan status (.1); t/c K. Maclay re: Peterson retention (.1); email K. Coen, D. Lynch, and Gibson Dunn on Yarway plan timing (.3); review M. Rosenthal email on same (.1); t/c K. Stickles re: plan timing (.3) | .90 |
| 11/24/14 | JC Steen | Review latest developments regarding plan and disclosure statement discussions with the ACC and FCR (.30); and review recent bankruptcy filings (.20) | .50 |
| 11/24/14 | DM Twomey | Analyze release/indemnification issue (.80); review/analyze plan, related documents in connection with same (1.50); e-mails with K. Kansa, Tyco counsel regarding discussions with ACC counsel, next steps (.20) | 2.50 |
| 11/25/14 | KP Kansa | Office conference with D. Twomey on Yarway documents (.2); email to D. Twomey re: same (.1); review B. Berish email on Plan (.1); email D. Twomey re: same (.1) | .50 |
| 11/25/14 | LJ Nyhan | Review plan documents revisions | .30 |
| 11/25/14 | JC Steen | Review latest plan and disclosure statement developments (.30); and review various bankruptcy pleadings (.20) | .50 |
| 11/25/14 | DM Twomey | Office conference with K. Kansa regarding discussion with ACC counsel, next steps (.20); e-mails with A. Stromberg, K. Kansa regarding comments to amended charter (.30); | 1.50 |

**SIDLEY AUSTIN** LLP

Invoice Number:  35000477
Yarway Corporation

Yarway Restructuring

| Date | Name | Narrative | Hours |
|---|---|---|---|
| | | attention to related issues (.30); analyze scope of injunction/contractual indemnity question (.70) | |
| 11/26/14 | DM Twomey | Review/analyze cases regarding 524(g) injunction (2.0) | 2.00 |
| 11/26/14 | JC Steen | Review status of open plan channeling injunction issues (.30); and review recent bankruptcy notices (.20) | .50 |
| 11/30/14 | KP Kansa | Review D. Twomey comments on plan exhibits and email D. Twomey and A. Stromberg re: same | .20 |
| 11/30/14 | DM Twomey | E-mails with K. Kansa, A. Stromberg regarding revisions to corporate documents (.20) | .20 |
| | | **Task Subtotal            $186,768.50** | **237.60** |
| | | **04 Professional Retention** | |
| 11/18/14 | KP Kansa | T/c K. Maclay re: potential retention of professional by ACC | .10 |
| | | **Task Subtotal                 $87.50** | **.10** |
| | | **05 Tax Matters** | |
| 11/19/14 | RM Silverman | E-mails with Sidley colleagues on tax disclosure (.1); review revised disclosure statement for tax provisions (.4) | .50 |
| 11/20/14 | RM Silverman | Review revised disclosure statement and related tax issues | 2.00 |
| 11/21/14 | RM Silverman | Review transaction step chart (.6); review Asbestos Trust tax issues (.7); review disclosure statement (.7) | 2.00 |
| | | **Task Subtotal              $3,262.50** | **4.50** |
| | | **06 Claims Processing** | |
| 11/07/14 | LH Slaby | Discuss bar date motion with K. Kansa (0.1); research and draft same (3.2) | 3.30 |
| 11/18/14 | LH Slaby | Research and draft bar date motion | 3.10 |
| 11/19/14 | LH Slaby | Research and draft bar date motion | 2.60 |
| 11/21/14 | LH Slaby | Research and draft bar date motion | 6.20 |
| 11/24/14 | LH Slaby | Research, draft, and send the bar date motion to A. Stromberg | 2.20 |
| 11/25/14 | LH Slaby | Discuss bar date motion with A. Stromberg (0.4); edit the bar date motion (0.7) | 1.10 |
| 11/25/14 | AR Stromberg | Review and comment on motion to establish bar date (2.2); conference w/ L.Slaby re same (.4) | 2.60 |
| 11/26/14 | LH Slaby | Edit the bar date motion. | 1.00 |
| 11/26/14 | AR Stromberg | Review and comment on motion to establish bar date and related notices and order | 1.00 |

**SIDLEY AUSTIN** LLP

Invoice Number:  35000477
Yarway Corporation

Yarway Restructuring

| Date | Name | Narrative | | Hours |
|---|---|---|---|---:|
| | | **Task Subtotal** | **$13,342.50** | **23.10** |
| | | **09 Business Operations** | | |
| 11/03/14 | KP Kansa | Email K. Blatchford and R. Saunders re: Yarway corporate docs (.1); review templates and further email to R. Saunders re: same (.2) | | .30 |
| 11/03/14 | RB Saunders | Correspond with K. Kansa re: preparation of charter and bylaws for Yarway Corporation (.1); review and analyze precedent documents (.2) | | .30 |
| 11/09/14 | RB Saunders | Draft certificate of incorporation and bylaws for Yarway Corporation | | 2.40 |
| 11/11/14 | RB Saunders | Draft certificate of incorporation and bylaws for Yarway Corporation (.6); correspond with K. Blatchford re: same (.2) | | .80 |
| 11/19/14 | RB Saunders | Analyze and revise Yarway Corporation's certificate of incorporation and bylaws (1.1); correspond with K. Kansa re: same (.2) | | 1.30 |
| 11/24/14 | RB Saunders | Analyze and revise certificate of incorporation and bylaws (.3); correspond with K. Kansa and K. Blatchford re: same (.2) | | .50 |
| | | **Task Subtotal** | **$2,621.00** | **5.60** |
| | | **10 Case Administration** | | |
| 11/03/14 | SL Summerfield | Review bankruptcy case re pleadings (.10); prepare email with PDF files to T. Deron for A. Stromberg and L. Slaby (.20); revise chart re same (.10) | | .40 |
| 11/03/14 | LH Slaby | Discuss status of case with K. Kansa | | .20 |
| 11/10/14 | SL Summerfield | Review bankruptcy case re pleadings (.30); prepare email with PDF files to T. Deron for A. Stromberg and L. Slaby (1.60); revise chart re same (.10) | | 2.00 |
| 11/13/14 | SL Summerfield | Review fee applications and revise chart for A. Stromberg and L. Slaby | | .60 |
| 11/14/14 | SL Summerfield | Review bankruptcy case re pleadings (.30); prepare email with PDF files to T. Deron for A. Stromberg and L. Slaby (.70); revise chart re same (.40) | | 1.40 |
| 11/17/14 | SL Summerfield | Review bankruptcy case re pleadings (.30); prepare email with PDF files to T. Deron for A. Stromberg and L. Slaby (1.10); revise chart re same (.10) | | 1.50 |
| 11/19/14 | AR Stromberg | Prepare monthly operating report based on financial information provided by the Company | | 1.00 |
| 11/19/14 | SL Summerfield | Revise fee chart | | .60 |

**SIDLEY AUSTIN** LLP

Invoice Number:  35000477
Yarway Corporation

Yarway Restructuring

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 11/20/14 | KP Kansa | Review Yarway MOR and email A. Stromberg on same (.1); email C. McMillan re: Yarway projections (.1) | .20 |
| 11/21/14 | JC Steen | Review DIP operating report | .30 |
| 11/21/14 | AR Stromberg | Prepare 2015.3 report based on financial information provided by the company | .40 |
| 11/21/14 | SL Summerfield | Review bankruptcy case re pleadings (.30); prepare email with PDF files to T. Deron for A. Stromberg and L. Slaby (.90); revise PDF files and email re same (.40); revise chart re same (.30) | 1.90 |
| 11/23/14 | KP Kansa | Review Yarway MOR and email A. Stromberg on same | .20 |
| 11/23/14 | AR Stromberg | Review and revise Rule 2015.3 report | .30 |
| 11/24/14 | AR Stromberg | Revise 2015.3 report and prepare for filing (.4); review certificate of counsel and proposed fee order (.3); call w/ K.Stickles regarding case timeline and notice issues (.5) | 1.20 |
| 11/24/14 | SL Summerfield | Review bankruptcy case re pleadings (.40); prepare email with PDF files to T. Deron for A. Stromberg and L. Slaby (.60); revise chart re same (.20) | 1.20 |
| 11/26/14 | KP Kansa | Emails to M. Rosenthal and K. Stickles re: omnibus hearing (.2); follow ups with K. Stickles re: same (.1) | .30 |
| | | **Task Subtotal          $5,269.00** | **13.70** |
| | | **14 Fee Applications** | |
| 11/03/14 | DJ Lutes | Prepare 6th interim fee application materials (.4); TC with L. Slaby re: same (.1) | .50 |
| 11/03/14 | LH Slaby | Call with K. Stickles regarding fee hearing (0.1); review status of fee applications (0.3); call with D. Lutes regarding applications (0.1) | .50 |
| 11/04/14 | DJ Lutes | Prepare 6th interim fee application (1.2); emails with L. Slaby re: same (.1) | 1.30 |
| 11/04/14 | LH Slaby | Draft 6th quarterly fee application | 2.80 |
| 11/05/14 | DJ Lutes | Review status of holdback payments, deadlines and related fee application issues (.8); emails with R. O'Malley re: same (.3); emails with L. Slaby re: same (.1); | 1.20 |
| 11/05/14 | KP Kansa | Review 6th quarterly fee application and revise same (.8); email L. Slaby and D. Lutes re: same (.1) | .90 |
| 11/05/14 | LH Slaby | Draft 6th quarterly fee application (1.8); email same to K. Kansa and D. O'Malley for comments (0.1) | 1.90 |
| 11/06/14 | LH Slaby | Review K. Kansa edits to sixth quarterly fee application (1.5); | 4.70 |

**SIDLEY AUSTIN** LLP

Invoice Number: 35000477
Yarway Corporation

Yarway Restructuring

| Date | Name | Narrative | Hours |
|---|---|---|---|
| | | review October pro forma (3.2) | |
| 11/06/14 | RF O'Malley | Review seventeenth monthly fee application regarding privilege | 1.50 |
| 11/07/14 | DJ Lutes | Prepare monthly fee statement for October | .50 |
| 11/07/14 | LH Slaby | Review October pro forma | 1.10 |
| 11/10/14 | DJ Lutes | Prepare monthly fee statement for October (2.9); email to billing specialist re: same (.2) | 3.10 |
| 11/10/14 | LH Slaby | Emails with D. O'Malley regarding Sixth Quarterly (0.3); email L. Diaz regarding fee reconciliation (0.1); finalize sixth quarterly and send to Cole Schotz for filing (0.5) | .90 |
| 11/10/14 | RF O'Malley | Review seventeenth monthly fee application regarding privilege (0.3); review sixth interim fee application (0.5); draft email to L. Slaby regarding same (0.1) | .90 |
| 11/11/14 | DJ Lutes | Prepare monthly fee statement for October | 1.50 |
| 11/12/14 | DJ Lutes | Prepare monthly fee statement for October (2.2); email with billing specialist re: same (.1) | 2.30 |
| 11/12/14 | LH Slaby | Review October pro forma | 1.70 |
| 11/13/14 | DJ Lutes | Prepare monthly fee statement for October (.8); emails with billing specialist re: same (.1); emails with L. Slaby re: same (.2) | 1.10 |
| 11/13/14 | LH Slaby | Emails with D. Lutes regarding October (18th) Monthly application (0.1); review draft invoice and email L. Diaz regarding same (0.1) | .20 |
| 11/17/14 | KP Kansa | Review Yarway fee app and revise same (.6); office conference with L. Slaby on same (.1) | .70 |
| 11/17/14 | LH Slaby | Email and call with L. Diaz regarding draft invoice (0.1); edit application and send to D. O'Malley and K. Kansa for comment (0.3) | .40 |
| 11/18/14 | DJ Lutes | Prepare monthly fee statement for October | .20 |
| 11/18/14 | LH Slaby | Emails with D. Pawluk regarding fee application (0.1); edit application (0.2) | .30 |
| 11/18/14 | RF O'Malley | Review October monthly fee statement for privilege | .80 |
| 11/19/14 | DJ Lutes | Prepare monthly fee statement for October | .50 |
| 11/19/14 | LH Slaby | Finalize and send the 18th monthly fee application to Cole Schotz for filing. | .20 |
| 11/20/14 | LH Slaby | Emails with K. Kansa regarding November fees | .20 |
| 11/21/14 | DJ Lutes | Prepare 7th interim fee application materials and spreadsheet | .40 |

**SIDLEY AUSTIN** LLP

Invoice Number: 35000477
Yarway Corporation

Yarway Restructuring

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 11/24/14 | DJ Lutes | Prepare 7th interim fee application materials | .60 |
| | | **Task Subtotal        $16,943.50** | **32.90** |
| | | **15 Executory Contracts and Leases** | |
| 11/05/14 | KP Kansa | Email D. Twomey/A. Stromberg re: treatment of STI operating agreement as executory contract | .30 |
| 11/05/14 | DM Twomey | E-mails with K. Kansa, A. Stromberg regarding executory contract issue (.20); analyze same issue (.30); review STI operating agreement in connection with same (.30) | .80 |
| | | **Task Subtotal        $922.50** | **1.10** |
| | | **17 Adversary Proceedings** | |
| 11/03/14 | WA Evanoff | Confer with L. Slaby re adversary status and notice issues | .20 |
| 11/03/14 | LH Slaby | Discuss status of adversary with B. Evanoff | .20 |
| 11/04/14 | KP Kansa | Email K. Stickles re: extension of adversary proceeding deadline | .10 |
| 11/04/14 | WA Evanoff | Emails with K. Stickles re adversary deadline extension | .20 |
| 11/04/14 | SL Summerfield | Review adversary case docket for B. Myrick and L. Slaby (.20); send docket and PDF file updates to L. Slaby (.30) | .50 |
| 11/04/14 | JC Steen | Review K. Stickles correspondence regarding extension of adversary proceeding response date | .30 |
| 11/05/14 | JC Steen | Review and comment on proposed adversary proceeding extension stipulation and related court papers (.40); correspond with K. Stickles and B. Evanoff regarding same (.30) | .70 |
| 11/06/14 | JC Steen | Prepare strategic advice regarding channeling injunction and derivative claims adversary proceeding issues (.50); review draft adversary proceeding extension stipulation and related papers from K. Stickles (.30) | .80 |
| 11/07/14 | WA Evanoff | Review documents re adversary deadline extension (0.2); confer with Cole Schotz re same (0.1) | .30 |
| 11/07/14 | SL Summerfield | Review adversary case docket for B. Myrick and L. Slaby | .30 |
| 11/07/14 | GM King | Call with W. Evanoff re: adversary proceeding and plan updates (0.3) | .30 |
| 11/07/14 | JC Steen | Review adversary complaint extension papers | .30 |
| 11/10/14 | JC Steen | Review status of adversary complaint extension | .50 |
| 11/11/14 | JC Steen | Review revised adversary complaint extension stipulation and related pleadings from K. Stickles (.40); briefly confer with K. Stickles regarding completion and filing of extension | 1.10 |

**SIDLEY AUSTIN** LLP

Invoice Number:  35000477
Yarway Corporation

Yarway Restructuring

| Date | Name | Narrative | Hours |
|---|---|---|---|
| | | stipulation and next steps (.30); correspond with counsel for ACC and FCR regarding adversary proceeding extension (.40) | |
| 11/12/14 | JC Steen | Review order approving adversary complaint extension stipulation (.30); and review correspondence from Delaware local counsel regarding extension stipulation and pre-trial conference (.20) | .50 |
| 11/13/14 | SL Summerfield | Review adversary case docket and email updates and PDF files to B. Myrick and L. Slaby | .40 |
| 11/13/14 | BH Myrick | Emails w/ S. Summerfield re: docket | .10 |
| 11/13/14 | JC Steen | Review adversary complaint extension stipulation and related e-mails from K. Stickles (.30); and review various bankruptcy pleadings and notices filed on November 13 (.20) | .50 |
| 11/18/14 | SL Summerfield | Review adversary case docket for B. Myrick and L. Slaby | .30 |
| 11/19/14 | JC Steen | Review status of derivative claims adversary proceeding (.30); and review various November 19 pleadings (.20) | .50 |
| 11/21/14 | BH Myrick | Emails w/ S. Summerfield and L. Slaby re: docket (.1) | .10 |
| 11/21/14 | SL Summerfield | Review adversary case docket and email updates to B. Myrick and L. Slaby | .30 |
| 11/25/14 | SL Summerfield | Review adversary case docket for B. Myrick and L. Slaby | .20 |
| | | **Task Subtotal** $6,846.00 | **8.70** |
| | | **Total Hours for all Tasks** | **337.20** |

**SIDLEY AUSTIN** LLP

Invoice Number:  35000477
Yarway Corporation

Yarway Restructuring

E X P E N S E   D E T A I L

| Date | Narrative | Amount |
|---|---|---:|
| 10/07/14 | 10/06/14-Duplicating Charges (Color) Time: 14:01:00 | $18.24 |
| 10/07/14 | 10/06/14-Duplicating Charges (Color) Time: 15:14:00 | 30.78 |
| 10/09/14 | 10/08/14-Duplicating Charges (Color) Time: 17:10:00 | 30.21 |
| 10/11/14 | 10/10/14-Duplicating Charges (Color) Time: 11:23:00 | 32.49 |
| 10/11/14 | 10/10/14-Duplicating Charges (Color) Time: 13:43:00 | 6.84 |
| 10/11/14 | 10/10/14-Duplicating Charges (Color) Time: 18:19:00 | 23.37 |
| 10/15/14 | 10/14/14-Duplicating Charges (Color) Time: 14:11:00 | 6.84 |
| 10/16/14 | 10/15/14-Duplicating Charges (Color) Time: 16:59:00 | 54.72 |
| 10/16/14 | 10/15/14-Duplicating Charges (Color) Time: 10:53:00 | 21.66 |
| 10/18/14 | 10/17/14-Duplicating Charges (Color) Time: 13:51:00 | 55.29 |
| 11/02/14 | 11/01/14-Duplicating Charges (Color) Time: 13:44:00 | 29.64 |
| 11/04/14 | 11/03/14-Duplicating Charges (Color) Time:  9:49:00 | 59.85 |
| 11/04/14 | 11/03/14-Duplicating Charges (Color) Time: 12:55:00 | 12.54 |
| 11/04/14 | 11/03/14-Duplicating Charges (Color) Time: 18:49:00 | 34.20 |
| 11/04/14 | 11/03/14-Telephone Call (Non-Local) To: 13026512001 Wilmington, DE | 1.05 |
| 11/05/14 | 11/04/14-Duplicating Charges (Color) Time: 13:25:00 | 29.07 |
| 11/06/14 | 11/05/14-Duplicating Charges (Color) Time:  8:32:00 | 7.41 |
| 11/06/14 | 11/05/14-Duplicating Charges (Color) Time:  8:32:00 | 4.56 |
| 11/08/14 | 11/07/14-Duplicating Charges (Color) Time: 13:25:00 | 74.67 |
| 11/12/14 | 11/11/14-Duplicating Charges (Color) Time: 14:01:00 | 25.08 |
| 11/12/14 | 10/28/14-US Messenger-1501.102814 Tom Labuda 310 N Grove Ave Oak Park, Il 60302-2024 | 22.23 |
| 11/13/14 | 11/12/14-Duplicating Charges (Color) Time: 16:58:00 | 2.28 |
| 11/13/14 | 11/12/14-Duplicating Charges (Color) Time: 16:58:00 | 10.26 |
| 11/13/14 | 11/12/14-Duplicating Charges (Color) Time: 16:58:00 | 1.14 |
| 11/18/14 | 11/17/14-Duplicating Charges (Color) Time: 17:13:00 | 32.49 |
| 11/18/14 | 11/17/14-Duplicating Charges (Color) Time: 17:14:00 | 6.27 |
| 11/18/14 | 11/17/14-Duplicating Charges (Color) Time:  9:15:00 | 2.85 |

**SIDLEY AUSTIN** LLP

Invoice Number: 35000477
Yarway Corporation

Yarway Restructuring

| Date | Narrative | Amount |
|---|---|---|
| 11/18/14 | 11/17/14-Duplicating Charges (Color) Time: 17:18:00 | 2.85 |
| 11/18/14 | 11/17/14-Duplicating Charges (Color) Time: 17:18:00 | 4.56 |
| 11/18/14 | 11/17/14-Duplicating Charges (Color) Time: 9:46:00 | .57 |
| 11/18/14 | 11/17/14-Duplicating Charges (Color) Time: 17:19:00 | 6.27 |
| 11/18/14 | 11/17/14-Duplicating Charges (Color) Time: 17:14:00 | .57 |
| 11/18/14 | 11/17/14-Duplicating Charges (Color) Time: 9:28:00 | 2.28 |
| 11/21/14 | 11/19/14-Duplicating charges Time: 15:48:00 | 2.20 |
| 11/21/14 | 11/01/14-Monthly Electronic Data Storage Fee 6.70 GB @ $5.00 | 33.50 |
| 11/22/14 | 11/21/14-Duplicating Charges (Color) Time: 10:19:00 | 4.56 |
| 11/27/14 | 11/14/14 - Meals - Breakfast meeting re: plan confirmation issues with five attendees including co-counsel and client on 11/14. | 40.00 |
| | **Total Expenses** | **$733.39** |