
SIDLEY AUSTIN LLP

**SIDLEY AUSTIN** LLP
ONE SOUTH DEARBORN
CHICAGO, IL 60603
(312) 853 7000
(312) 853 7036 FAX

FOUNDED 1866

| | | |
|---|---|---|
| BEIJING | HONG KONG | SAN FRANCISCO |
| BOSTON | HOUSTON | SHANGHAI |
| BRUSSELS | LONDON | SINGAPORE |
| CHICAGO | LOS ANGELES | SYDNEY |
| DALLAS | NEW YORK | TOKYO |
| GENEVA | PALO ALTO | WASHINGTON, D.C. |

FEDERAL ID 36-

February 5, 2015

Mr. Kevin J. Coen
Yarway Corporation
10707 Clay Road
Suite 200
Houston, TX 77041

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 35005951
Client Matter 57367-30020

Re: Yarway Restructuring

For professional services rendered through December 31, 2014 re
Yarway Restructuring

| | |
|---|---|
| Fees | $356,771.00 |
| Expenses | 777.04 |
| **Total Due This Bill** | **$357,548.04** |

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois 60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number:
ABA Number:
Swift Code:

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN** LLP

Invoice Number:  35005951
Yarway Corporation

Yarway Restructuring

T A S K   D E T A I L

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | **01 Litigated Matters** | |
| 12/01/14 | LH Slaby | Research and draft removal motion | 1.90 |
| 12/02/14 | KP Kansa | Review removal motion, revise same, and email L. Slaby with comments on same (1.0); review L. Slaby email on same and respond (.1) | 1.10 |
| 12/02/14 | DM Twomey | Review removal motion, related comments | .50 |
| 12/02/14 | LH Slaby | Revise removal motion (1.6); emails with K. Kansa regarding same (0.4) | 2.00 |
| 12/08/14 | LH Slaby | Review and revise removal motion | 1.10 |
| 12/08/14 | DM Twomey | Review revised removal motion (.30); e-mails with L. Slaby regarding same (.20) | .50 |
| 12/10/14 | DM Twomey | E-mails with L. Slaby, K. Kansa regarding removal extension motion, bar date motion, related issues (.20); analyze same issues (.20) | .40 |
| 12/11/14 | LH Slaby | Review and revise removal motion (0.3); call with K. Stickles regarding same (0.3) | .60 |
| 12/11/14 | KP Kansa | Email L. Slaby re: removal motion | .10 |
| | | **Task Subtotal**          **$5,313.00** | **8.20** |
| | | **03 Plan and Disclosure Statement** | |
| 12/01/14 | KF Blatchford | Review final drafts of plan exhibits | .50 |
| 12/01/14 | RB Saunders | Analyze and revise certificate of incorporation for Yarway Corporation (.2); correspond with A. Stromberg and K. Blatchford re: same (.1) | .30 |
| 12/01/14 | KP Kansa | Email Sidley team re: timing of plan comments | .10 |
| 12/01/14 | DM Twomey | E-mails with K. Kansa, A. Stromberg regarding revisions to corporate documents and related issues | .30 |
| 12/01/14 | LH Slaby | Draft and email K. Poe regarding notice information (0.7); emails with T. Deron regarding same (0.3); call with K. Poe regarding same (0.4); discuss same with A. Stromberg (0.5); call with Logan regarding same (0.1) | 2.00 |
| 12/01/14 | JC Steen | Review update regarding upcoming bankruptcy hearing (.20); review latest plan and disclosure statement developments (.30); and review bankruptcy pleadings re: same (.30) | .80 |
| 12/01/14 | AR Stromberg | Review draft articles of incorporation and bylaws for Reorganized Yarway (.5); email comments to corporate team | .80 |

**SIDLEY AUSTIN** LLP

Invoice Number:  35005951
Yarway Corporation

Yarway Restructuring

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | regarding same (.3) | |
| 12/02/14 | MG Martinez | Office conference with D. Twomey regarding Disclosure Statement (0.4); revise same (2.0) | 2.40 |
| 12/02/14 | KP Kansa | Emails to D. Twomey and A. Stromberg re: plan call (.2); emails to D. Twomey and A. Stromberg re: D. Lynch call request on financial projections (.2); email ACC and FCR plus Yarway and Tyco on plan call (.2) | .60 |
| 12/02/14 | DM Twomey | Analyze plan issue and review/analyze 524(g) cases in connection with same (3.80); office conference with M. Martinez regarding disclosure statement issues (.20); review revised charter, related e-mail (.10); review updated voting documents (.30); e-mails with Sidley, Tyco, ACC/FCR legal teams regarding plan comments, next steps (.20); e-mails with Sidley team, client regarding projections next steps (.20) | 4.80 |
| 12/02/14 | LJ Nyhan | Review materials and correspondence regarding plan modifications | .70 |
| 12/02/14 | JC Steen | Review various Yarway bankruptcy pleadings (.30); and review status of plan and disclosure statement documents (.20) | .50 |
| 12/03/14 | MG Martinez | Draft inserts for Disclosure Statement and review Trust procedures | 4.50 |
| 12/03/14 | DM Twomey | E-mails with R. Silverman regarding tax portion of disclosure statement (.10); review/analyze 524(g) injunction cases (2.50); review/analyze injunction provisions from other 524(g) cases (1.0); office conference with A. Stromberg regarding related issue (.30); follow-up e-mails with A. Stromberg regarding same (.20); review related plan mark-up (.20); e-mails with ACC/FCR counsel regarding next steps (.20); briefly review initial plan comments from FCR counsel (.20) | 4.70 |
| 12/03/14 | AR Stromberg | Conference w/ D.Twomey regarding open items in plan of reorganization (.3); follow-up emails re: same (.5); emails regarding status of draft plan (.2) | 1.00 |
| 12/04/14 | MG Martinez | Revise Disclosure Statement (2.2); review same and create list of open items for filing (2.2); research regarding liquidation analysis (2.4) | 6.80 |
| 12/04/14 | KP Kansa | Conference call with D. Lynch re: financial projections (.2); office conference w/D. Twomey and A. Stromberg re: same (.1); email R. O'Malley re: Yarway Plan (.2); review ACC/FCR plan comments from S. Zieg and draft notes on same (.8) | 1.30 |
| 12/04/14 | DM Twomey | Analyze plan comments from ACC/FCR counsel (1.0); | 4.20 |

**SIDLEY AUSTIN** LLP

Invoice Number:  35005951
Yarway Corporation

Yarway Restructuring

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | prepare for call with client regarding financial projections (.20); conference call with client, K. Kansa regarding same (.20); office conference with K. Kansa regarding plan issues/comments (.10); e-mails with D. Lynch regarding financial projections, examples of same (.20); e-mails with ACC/FCR regarding plan comments (.20); review/assess potential disclosure statement insert (.30); e-mails with M. Martinez regarding same (.20); review/analyze plan and term sheet re injunction issues (.80); review/comment on revised solicitation procedures motion (.50); emails with A. Stromberg, K. Kansa, L. Slaby regarding same, related solicitation issues (.50) | |
| 12/04/14 | JC Steen | Review status of bankruptcy plan and disclosure statement issues (.30); and review bankruptcy pleadings re: same (.20) | .50 |
| 12/04/14 | TA Labuda | Confer with K. Kansa re asbestos comments on plan. | .30 |
| 12/04/14 | RF O'Malley | Review YCST comments to plan and releases (.3); draft email to K. Kansa regarding YCST comments and 12/9 conference (.2); review privileged document (.4); draft email to K. Kansa regarding privileged document (.2) | 1.10 |
| 12/04/14 | AR Stromberg | Call w/ Yarway regarding draft projections to be included in disclosure statement (.2); conference w/ D. Twomey and K. Kansa re: same (.2) | .40 |
| 12/05/14 | MG Martinez | Review and revise Disclosure Statement (0.7); research regarding liquidation analyses (1.3) | 2.00 |
| 12/05/14 | KP Kansa | Email R. O'Malley re: Plan documents (.1); email D. Twomey re: financial projections call (.1); email D. Twomey and A. Stromberg re: preparation of documents for Yarway trust and need for call with Morgan Lewis on same (.1); review ACC/FCR Plan comments and draft responsive comments to same (2.0); email D. Twomey and A. Stromberg re: call with Gibson Dunn on plan comments (.1); review T. Labuda email on Plan draft (.1); email Gibson Dunn on call on Plan comments and follow up emails (.3); email D. Lynch re: ACC/FCR plan comments (.2) | 3.00 |
| 12/05/14 | DM Twomey | Review/analyze key 524(g) injunction cases (3.50); analyze plan injunction issues (.40) | 3.90 |
| 12/05/14 | TA Labuda | Review revised plan and analyze asbestos comments on same (.9); emails with K. Kansa re affiliate definition and related issues (.1). | 1.00 |
| 12/05/14 | AR Stromberg | Review solicitation materials and potential schedule for solicitation | .70 |
| 12/07/14 | DM Twomey | Draft summary of key 524(g) injunction cases (1.20); analyze | 1.50 |

**SIDLEY AUSTIN** LLP

Invoice Number:  35005951
Yarway Corporation

Yarway Restructuring

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | related issues (.30) | |
| 12/08/14 | MG Martinez | Research regarding open Disclosure Statement issues and open items (2.5); office conference with D. Twomey regarding same (0.5) | 3.00 |
| 12/08/14 | KP Kansa | Participate in Yarway plan call with Yarway, Tyco, and Gibson Dunn (.9); review plan in advance of same (.5); conference call with Tyco accounting, D. Twomey, and A. Stromberg on Yarway projections (.3); email D. Lynch re: Plan call (.1) | 1.80 |
| 12/08/14 | LJ Nyhan | Emails to K. Kansa re: plan issues (.2); review plan materials re: same (.3) | .50 |
| 12/08/14 | LH Slaby | Review and analyze pre-petition insurance settlements (2.0); review and analyze notice issues (2.2) | 4.20 |
| 12/08/14 | DM Twomey | E-mails with K. Kansa, A. Stromberg regarding ACC/FCR comments to plan (.20); analyze ACC/FCR comments to plan (.40); prepare for call with Tyco counsel regarding ACC/FCR plan comments, next steps (.20); office conference with A. Stromberg, K. Kansa regarding same (.30); conference call with M. Rosenthal, J. Graves, D. Lynch, K. Kansa, A. Stromberg regarding ACC/FCR plan comments, potential revisions to address same (.90); prepare for call regarding Yarway financial projections (.20); conference call with K. Kansa, A. Stromberg, D. Lynch, Yarway accounting team regarding same (.30); office conference with M. Martinez regarding status update and next steps for disclosure statement (.50); analyze 524(g) issues and revise summary of same (.70); review/analyze plan revision from J. Graves (.20) | 3.90 |
| 12/08/14 | WA Evanoff | Review filed documents and reports | .30 |
| 12/08/14 | TA Labuda | Confer with J. Conlan re plan revisions and related issues. | .30 |
| 12/08/14 | RF O'Malley | Review claimant's comments on plan (.4); telephone conference with D. Lynch, M. Rosenthal, J. Graves, K. Kansa and D. Twomey regarding claimants' comments (.9) | 1.30 |
| 12/08/14 | AR Stromberg | Review comments on plan (.5); Conference w/ K.Kansa and D.Twomey re: same (.5); call w/ Gibson Dunn and Tyco re: ACC/FCR comments on plan (.9); call w/ Tyco accounting regarding draft projections (.3) | 2.20 |
| 12/09/14 | KP Kansa | Office conference W. Evanoff re: plan revisions (.2); emails to L. Nyhan and R. O'Malley re: plan call (.2); participate in plan conference call and pre-meeting with D. Lynch, Caplin, YCST, Gibson Dunn, D. Twomey, W. Evanoff, and A. Stromberg (2.1); follow up emails to L. Nyhan and R. O'Malley following call (.4); t/c K. Stickles re: disclosure statement hearing (.2); email K. Stickles on same (.1); email | 3.30 |

**SIDLEY AUSTIN** LLP

Invoice Number: 35005951
Yarway Corporation

Yarway Restructuring

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | R. O'Malley re: common interest agreement (.1) | |
| 12/09/14 | MG Martinez | Review Disclosure Statement (.5) and call with R. Silverman regarding same (.3) | .80 |
| 12/09/14 | RM Silverman | Teleconference with M. Martinez re: disclosure statement | .30 |
| 12/09/14 | LJ Nyhan | Review plan correspondence (.3); email to K. Kansa re: same (.2) | .50 |
| 12/09/14 | LH Slaby | Emails with Morgan Lewis regarding notices | .10 |
| 12/09/14 | DM Twomey | E-mails with M. Martinez regarding historical financial information (.20); prepare for call with ACC, FCR, Tyco counsel regarding plan comments and related issues (.50); conference call with K. Kansa, A. Stromberg, B. Evanoff, D. Lynch, M. Rosenthal, J. Graves, S. Zieg, E. Harron, P. Lockwood, K. Maclay regarding plan comments/issues and next steps (1.60); discussions with D. Lynch, K. Kansa, A. Stromberg, B. Evanoff regarding next steps (.20); office conference with A. Stromberg, B. Evanoff regarding potential revisions to the plan, related issues (.30); office conference with B. Evanoff regarding same revision/issues (.30); analyze related 524(g) issues (.40) | 3.50 |
| 12/09/14 | WA Evanoff | Confer with K. Kansa re Plan meeting (0.2); t/c with A. Stromberg re Plan (0.1); review multiple documents and emails re Plan comments (2.3); internal meeting re Plan discussions (0.5); call with Tyco, ACC, FCR, Yarway re Plan comments (1.7); confer with D. Twomey, A. Stromberg re plan revisions (0.3); prepare plan revisions (2.0); confer internally re same (0.3) | 7.40 |
| 12/09/14 | JC Steen | Review status of bankruptcy plan and disclosure statement issues (.30); and review December 9 bankruptcy pleadings re: same (.30) | .60 |
| 12/09/14 | AR Stromberg | Review ACC/FCR comments and prepare for call to discuss same (.4); call with ACC/FCR to discuss plan comments (1.7); conference w/ Sidley team regarding comments from ACC/FCR (.6); Review and revise plan of reorganization to incorporate ACC/FCR comments (2.8) | 5.50 |
| 12/10/14 | MG Martinez | Office conference with A. Stromberg regarding Plan and Disclosure Statement timing (0.3); office conference with D. Twomey regarding DS and timing (0.4) | .70 |
| 12/10/14 | KP Kansa | Email Tyco/Yarway/ACC/FCR on plan discussion (.1); review and revise Yarway plan draft (1.4); revise common interest agreement, review same, and email Gibson Dunn re: same (.5); email L. Slaby re: filing term sheet (.1); email K. Stickles re: 1/26 DS hearing (.1); email Sidley team on same (.2); email Tyco team on same (.2); review W. Evanoff Plan | 4.10 |

SIDLEY AUSTIN LLP

Invoice Number: 35005951
Yarway Corporation

Yarway Restructuring

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | revisions and comment on same (.5); distribute further revisions to Plan (.3); review A. Stromberg draft of further revised Plan (.5); email A. Stromberg on same (.2) | |
| 12/10/14 | LH Slaby | Emails with K. Logan regarding notices (0.1); emails with K. Poe regarding same (0.1); discuss status of Plan with A. Stromberg (0.1); review Morgan Lewis spreadsheet on plaintiffs for notice purposes (0.5); emails with K. Kansa regarding Term Sheet (0.1) | .90 |
| 12/10/14 | DM Twomey | Review and analyze revised plan injunction provisions (1.20); provide comments to same (.20); e-mails with B. Evanoff, A. Stromberg, K. Kansa regarding same (.30); review K. Kansa comments to plan (.20); provide additional comments to plan and analyze related issues (.50); conferences with A. Stromberg regarding plan issues and comments (.40); e-mails with K. Kansa regarding disclosure statement hearing, related timing (.20); office conference with B. Evanoff regarding 524(g) injunction issues (.40); review Yarway historical financial data in connection with disclosure statement (.30); office conference with M. Martinez regarding same, disclosure statement revisions (.40) | 4.10 |
| 12/10/14 | RF O'Malley | Review email from A. Stromberg regarding revisions to draft plan (.3); review M. Rosenthal email regarding plan exhibits (.2) | .50 |
| 12/10/14 | WA Evanoff | Internal emails and review documents re DS hearing (0.2); assess further revisions re Plan injunction provisions (2.0); multiple t/cs with A. Stromberg re Plan revisions (0.4); review correspondence re Plan revisions (0.6); confer with D. Twomey re Plan comments (0.4) | 3.60 |
| 12/10/14 | JC Steen | Review latest bankruptcy developments (.30); and review status of bankruptcy plan and disclosure statement issues (.30) | .60 |
| 12/10/14 | AR Stromberg | Review and revise plan to incorporate ACC/FCR and internal comments (3.5); calls w/ D. Twomey re: same (.4); multiple calls w/ B. Evanoff re: same (.4) | 4.30 |
| 12/11/14 | MG Martinez | Revise Disclosure Statement with new Plan version from A. Stromberg (0.8); further revise with same (0.5); research other DS precedents regarding financial reporting (0.7); office conference with D. Twomey regarding same (0.2) | 2.20 |
| 12/11/14 | KP Kansa | Review revisions to section of Plan and email Sidley team on same (.2); emails to D. Lynch and D. Twomey on 12/12 meeting and cancellation (.2); email to A. Stromberg re: distribution of Yarway plan (.1); email L. Slaby re: filing of Yarway term sheet (.1); review Yarway plan materials (2.1) | 2.70 |

**SIDLEY AUSTIN** LLP

Invoice Number:  35005951
Yarway Corporation

Yarway Restructuring

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 12/11/14 | DM Twomey | Review/comment on revised plan and analyze related issues (.80); office conference with B. Evanoff regarding same (.10); e-mails with A. Stromberg regarding same (.20); telephone conference with A. Stromberg regarding same (.20); analyze disclosure statement issues (.50); e-mails with M. Martinez regarding same (.20); office conference with M. Martinez regarding disclosure statement issues (.20) | 2.20 |
| 12/11/14 | WA Evanoff | Respond to plan comment (0.2); assess revised plan comments and prepare revisions (1.0); consider Plan comment (0.4) and confer with D. Twomey re same (0.1) | 1.70 |
| 12/11/14 | JC Steen | Review latest bankruptcy plan and disclosure statement developments (.30); and review related bankruptcy pleadings (.20) | .50 |
| 12/11/14 | AR Stromberg | Review and revise plan of reorganization (2.4); conference w/ D. Twomey re: same (.2) | 2.60 |
| 12/12/14 | MG Martinez | Update Disclosure Statement with today's filings (0.2); further revise same (1.0); revise same with comments from Caplin (1.0) | 2.20 |
| 12/12/14 | DM Twomey | E-mails with B. Evanoff, J. Steen, K. Kansa regarding proposed plan changes (.30); analyze related issues (.60); e-mails with A. Stromberg regarding financial projections (.20); e-mails with ACC counsel regarding comments to disclosure statement (.30); e-mails with K. Kansa, L. Nyhan, A. Stromberg, M. Martinez regarding same (.20); review revised Yarway plan exhibits (.30); analyze related issues (.20); e-mails with A. Stromberg, K. Kansa regarding same (.30); conference with K. Kansa on plan revisions (.20) | 2.60 |
| 12/12/14 | LJ Nyhan | Review plan and disclosure statement materials | .30 |
| 12/12/14 | GM King | Emails to J. Steen and W. Evanoff re: Yarway Plan | .30 |
| 12/12/14 | KP Kansa | T/c D. Lynch re: Plan timing and revisions (.2); t/c K. Maclay and T. Phillips re: timing of plan review and filing (.3); review Caplin revisions to Disclosure Statement and email Sidley team re: same (.4); email J. Steen re: plan revisions (.1); re: J. Graves email on Plan revisions (.2); office conferences with A. Stromberg (.2) and D. Twomey (.2) on plan revisions and timing | 1.60 |
| 12/12/14 | WA Evanoff | Review revised Plan and related correspondence (0.8); assess indirect claims issue (0.1); t/c with J. Steen re Plan revisions (0.5); assess Plan revisions (0.7); t/c with A. Stromberg re Plan revisions (0.2); confer with J. Steen re Plan modifications (1.8); prepare revisions to Plan (1.4) | 5.50 |
| 12/12/14 | JC Steen | Review bankruptcy plan term sheet (.30); telephone call from | 4.80 |

SIDLEY AUSTIN LLP

Invoice Number: 35005951
Yarway Corporation

Yarway Restructuring

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | B. Evanoff regarding latest plan developments (.50); review and assess draft plan of reorganization regarding channeling injunction and related issues (1.50); office conference with B. Evanoff regarding latest draft plan and preparation of revisions (1.80); prepare strategic advice regarding channeling injunction and related issues (.40); and review and respond to various team correspondence and inquiries regarding latest plan developments (.30) | |
| 12/12/14 | AR Stromberg | Review plan of reorganization and review and revise draft plan exhibits (3.7); conference with K. Kansa re: same (.2); call with B. Evanoff re: same (.2) | 4.10 |
| 12/12/14 | LH Slaby | Emails with K. Stickles and K. Kansa regarding term sheet | .10 |
| 12/14/14 | MG Martinez | Continue updating Disclosure Statement with comments from Caplin and send with additional comments to internal Sidley team | 1.20 |
| 12/14/14 | DM Twomey | Review and analyze ACC/FCR comments to disclosure statement (.40); e-mails with B. Evanoff regarding proposed revisions to plan (.20) | .60 |
| 12/14/14 | WA Evanoff | Review and assess multiple precedent plan provisions re injunction (3.3); multiple internal emails re Plan revisions (1.0) | 4.30 |
| 12/14/14 | JC Steen | Review revised draft plan of reorganization regarding channeling injunction and related issues (.50); review and analyze various plan channeling injunction and related issues (.50); prepare strategic advice regarding plan revisions (.50); and review and respond to numerous e-mails and inquiries from B. Evanoff and G. King regarding latest plan developments (.50) | 2.00 |
| 12/14/14 | AR Stromberg | Prepare exhibit K to plan of reorganization and review draft exhibits | 1.00 |
| 12/15/14 | MG Martinez | Telephone conference with D. Twomey regarding Disclosure Statement (0.2); revise same (0.4) | .60 |
| 12/15/14 | DM Twomey | Review M. Martinez e-mail regarding disclosure statement revisions (.20); review revised disclosure statement and analyze related issues (.50); draft insert for disclosure statement regarding settling insurers (.20); analyze related issues (.20); review settling asbestos insurer list (.20); e-mails with A. Stromberg regarding same (.20); e-mails with A. Stromberg, K. Kansa regarding draft plan exhibit issues (.20); telephone conference with B. Evanoff regarding proposed plan changes and related issues (.50); prepare for plan and disclosure statement call with ACC/FCR counsel (.70); conference call with ACC counsel, FCR counsel, Tyco | 4.70 |

SIDLEY AUSTIN LLP

Invoice Number: 35005951
Yarway Corporation

Yarway Restructuring

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | counsel, K. Kansa, B. Evanoff, A. Stromberg regarding plan and disclosure statement issues (1.20); post-call conference with K. Kansa, B. Evanoff, G. King regarding next steps (.20); e-mails with A. Stromberg, L. Slaby regarding settling insurer issue (.20); telephone conference with M. Martinez regarding next steps for disclosure statement (.20) | |
| 12/15/14 | KP Kansa | Conference call with ACC, FCR, Tyco, and Yarway on Yarway plan revisions (1.2); t/c W. Evanoff re: same (.2); t/c D. Twomey re: Plan revisions (.2); t/c A. Stromberg re: same (.1); email J. Graves re: disclosure statement issue (.1); email A. Stromberg re: plan exhibit (.1); email Yarway/Tyco re: order setting disclosure statement hearing (.1); email D. Lynch and M. Rosenthal re: Plan status (.1); review A. Stromberg email on Plan definitions (.1) | 2.20 |
| 12/15/14 | WA Evanoff | Consider revisions re Plan (0.6); multiple internal t/cs re Plan revisions (0.7); prepare revisions to Plan (1.8); meet with J. Steen, G. King re Plan revisions (1.2); follow up with G. King re same (0.3); c/c with ACC, FCR, GD, Sidley re Plan revisions (1.2); review proposed revision to Plan (0.3); confer with A. Stromberg re Plan revisions (0.3); t/c with J. Graves re Plan revisions (0.2); confer with J. Steen re Plan revisions (0.7) | 7.30 |
| 12/15/14 | JC Steen | Review and comment draft plan of reorganization regarding channeling injunction, derivative claims and related ring-fencing protection issues (1.0); office conference with B. Evanoff and G. King regarding preparation of revisions to certain provisions, follow-up bankruptcy diligence and preparation for negotiations with ACC and FCR (1.2); telephone conference with B. Evanoff regarding plan negotiation status and strategy (.30); prepare strategic advice regarding channeling injunction and related ring-fencing issues (.80); follow-up office conference with B. Evanoff regarding plan negotiations, latest positions of the ACC and FCR and strategic next steps (.70); and review and respond to various team correspondence and inquiries regarding latest plan developments (.50) | 4.50 |
| 12/15/14 | GM King | Prepare for meeting with J. Steen and W. Evanoff re: precedent 524(g) plans (1.3); meeting with J. Steen and W. Evanoff re: Yarway plan revisions (1.2); meeting with W. Evanoff re: precedents (0.3); research re: section 524(g) plans (0.8); call with plan proponents re: Plan revisions (1.2) | 4.80 |
| 12/15/14 | AR Stromberg | Call w/ J.Graves regarding plan exhibits (.5); Call w/ ACC, FCR, and Sidley team regarding comments on plan (1.2); review and revise plan and draft exhibits (4.2); call w/ B. Evanoff re: plan revisions (0.3); call w/ K. Kansa re: same | 6.30 |

**SIDLEY AUSTIN** LLP

Invoice Number:  35005951
Yarway Corporation

Yarway Restructuring

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | (0.1) | |
| 12/15/14 | LH Slaby | Review insurance settlements for D. Twomey | 1.60 |
| 12/16/14 | MG Martinez | Revise Disclosure Statement (0.8); telephone conference with D. Twomey regarding same (0.3); further revise with comments from same (2.0); revise after discussion with A. Stromberg (0.5); further revise disclosure statement with new Plan changes from A. Stromberg (0.4); e-mails with K. Kansa, D. Twomey, W. Evanoff and A. Stromberg regarding same (0.2); further e-mails with same team regarding same (1.1); telephone conferences with W. Evanoff regarding same (0.3); telephone conference with A. Stromberg regarding same (0.4); further revise Disclosure Statement following additional Plan comments, run redlines and e-mail to Gibson, ACC and FCR teams (2.8) | 8.80 |
| 12/16/14 | KP Kansa | Comprehensive review of Plan draft and comment on same (4.0); draft email with comments and explanatory points to A. Stromberg (1.5); email L. Nyhan and R. O'Malley re: plan status (.2); review revisions to further draft Plan and email A. Stromberg re: same (.3); emails to Sidley team on turning revised versions of Plan and DS (.9); review Exhibit K and email D. Twomey and L. Slaby on same (.2) | 7.10 |
| 12/16/14 | DM Twomey | Review and comment on revised disclosure statement (1.20); telephone conference with M. Martinez regarding same (.30); e-mails with M. Martinez regarding settling insurers, related description (.20); review revised plan (.30); e-mails with A. Stromberg, B. Evanoff regarding same, related issues (.30); telephone conference with B. Evanoff regarding further changes to plan, related issues (.20); provide comment to plan provision (.10); analyze related plan issue (.30); e-mails with B. Evanoff, A. Stromberg regarding same (.20); numerous e-mails with A. Stromberg, M. Martinez, B. Evanoff, K. Kansa regarding open plan/disclosure statement issues and final changes (.30) | 3.40 |
| 12/16/14 | LJ Nyhan | Review plan changes and correspondence re: same | .30 |
| 12/16/14 | JC Steen | Review, analyze and comment draft plan of reorganization regarding channeling injunction, and related issues (1.50); two conference calls with B. Evanoff regarding various plan provisions, plan negotiation strategy and next steps (1.0); review proposed plan revisions from ACC and FCR (.50); prepare strategic advice regarding channeling injunction and related issues (1.0); and review and respond to various team correspondence and inquiries regarding latest plan developments (.50) | 4.50 |
| 12/16/14 | RF O'Malley | Review and reply to K. Kansa email regarding | .30 |

**SIDLEY AUSTIN** LLP

Invoice Number:  35005951
Yarway Corporation

Yarway Restructuring

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | communication with ACC and FCR | |
| 12/16/14 | AR Stromberg | Review and revise plan of reorganization (3.4) multiple calls and emails with internal team regarding responses to comments (2.5); call with Gibson Dunn regarding comments received on plan (.5) | 6.40 |
| 12/16/14 | WA Evanoff | Emails with J. Steen re Plan injunction provisions (0.3); assess proposed revisions to Plan injunction provisions (0.2); multiple t/cs with A. Stromberg re Plan revisions (1.0); further assess proposed revisions and internal email re same (1.3); t/c with J. Steen re Plan revisions (0.3); consider issues re Plan revisions (1.2); t/c with D. Twomey re Plan issue (0.2); confer internally re Plan revision (0.4); c/c with J. Graves, A. Stromberg re Plan (0.3); confer with J. Steen (0.4), A. Stromberg (0.2), and consider further revision (0.4); multiple internal calls re Plan and DS revisions and distribution to ACC/FCR (1.5) | 7.70 |
| 12/17/14 | KP Kansa | T/c A. Stromberg re: plan distribution (.1); review Plan revisions and emails on same (1.2); email K. Maclay re: indemnification and release claims (.2); email M. Martinez re: financial projections (.1) | 1.60 |
| 12/17/14 | MG Martinez | Telephone call with W. Evanoff regarding Disclosure Statement revisions (0.1); prepare comparison documents showing revisions (0.3); revise Disclosure Statement with ACC/FCR comments (0.5); review same (0.3); revise with P. Lockwood comments (0.1); telephone conference with W. Evanoff regarding additional comments from J. Steen (0.5); revise with same comments (0.3); revise Disclosure Statement and distribute internally (0.9); review projections (0.2) | 3.20 |
| 12/17/14 | DM Twomey | Review e-mails regarding plan and disclosure statement distributions (.30); review/analyze revisions to plan and disclosure statement (1.10); analyze issues regarding plan injunction provision (.50); review/analyze proposed change from P. Lockwood (.20); e-mails with K. Kansa, B. Evanoff regarding same (.20); telephone conference with B. Evanoff regarding same (.20); telephone conference with B. Evanoff regarding plan release language (.30); analyze related issue (.20); e-mail from company regarding financial projections (.10) | 3.10 |
| 12/17/14 | LJ Nyhan | Review plan correspondence and proposed changes | .30 |
| 12/17/14 | WA Evanoff | Assess revisions to disclosure statement (0.7); t/c with M. Martinez re disclosure statement revisions (0.1); review J. Graves inquiry re Plan definition (0.4); t/cs with A. Stromberg re same (0.3); t/cs with J. Steen re Plan, DS | 7.60 |

SIDLEY AUSTIN LLP

Invoice Number:  35005951
Yarway Corporation

Yarway Restructuring

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | comments (0.8); review and analyze disclosure statement comments (0.8); respond to ACC inquiry re Plan change (0.3); address further Plan changes (0.2); t/cs w/ D. Twomey re: same (0.5); conference w/ T. Labuda re: plan injunction (0.4) t/c with A. Stromberg re further plan revisions (0.6); emails with ACC, FCR, internal re Plan revisions (0.3); review disclosure statement (1.2) and confer with J. Steen re modifications to same (0.5); t/c with M. Martinez re disclosure statement comments (0.5) | |
| 12/17/14 | JC Steen | Review, analyze and comment on draft plan of reorganization regarding channeling injunction and related issues (.70); confer with B. Evanoff regarding various plan ring-fencing provisions, plan negotiation strategy and next steps (.80); review and respond to various e-mails from team, ACC counsel, Gibson Dunn and client regarding open plan issues (.70); review, assess and comment on revised draft disclosure statement regarding channeling injunction and related ring-fencing protection issues (1.0); telephone conference with B. Evanoff regarding preparation of disclosure statement revisions and next steps (.50); and review and respond to various team correspondence and inquiries regarding latest plan and disclosure statement developments (.30) | 4.00 |
| 12/17/14 | TA Labuda | Confer with W. Evanoff re plan injunction terms and related issues. | .40 |
| 12/17/14 | AR Stromberg | Review and revise plan of reorganization and exhibits to plan based on ACC and internal comments (3.7); calls with B. Evanoff re: same (.9); call with K. Kansa re: plan distribution (.1); review comments on solicitation procedures documents from Logan & Co. (.4) | 5.10 |
| 12/17/14 | RF O'Malley | Review P. Lockwood email regarding plan (.3); review changes to plan of reorganization and analyze plan definitions (1.8) | 2.10 |
| 12/18/14 | KP Kansa | Email D. Twomey and L. Slaby re: prepetition liquidated asbestos claims (.1); email M. Martinez re: DS revisions (.1); review proposed plan revisions from YCST (.3); office conference with W. Evanoff re: same (.2); emails to Sidley team re: same (.8); draft email memo to M. Rosenthal and J. Graves re: same (.7); follow up on same (.4); review disclosure statement revisions and comment on same (2.4); call with D. Twomey re: plan status (.1) | 5.10 |
| 12/18/14 | LJ Nyhan | Review K. Kansa correspondence re: plan | .20 |
| 12/18/14 | MG Martinez | Update asbestos distribution procedures section of Disclosure Statement (0.4); continue revising Disclosure Statement (0.9); input new asbestos distributions procedures section and | 5.00 |

SIDLEY AUSTIN LLP

Invoice Number: 35005951
Yarway Corporation

Yarway Restructuring

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | update same (2.7); telephone conference with W. Evanoff regarding same (1.0) | |
| 12/18/14 | WA Evanoff | Confer internally re Plan and DS status (0.4); o/c with D. Twomey re Plan revisions (0.5); review and respond to multiple emails and documents re Plan and DS current drafts (0.9); t/c with J. Steen re Plan issue (0.2); address issue re Morgan Lewis comments (0.2); review Plan comments (0.9); t/c with A. Stromberg re Plan status (0.1); assess revised DS provisions (0.4); confer with M. Martinez re DS revisions (1.0); review FCR Plan comments and assess same (1.3); t/cs with J. Steen re same (0.5) | 6.40 |
| 12/18/14 | JC Steen | Review and analyze draft plan of reorganization regarding channeling injunction and related issues (1.0); prepare comments to latest revised plan (.50); review various plan comments from ACC, FCR and Gibson Dunn (.50); calls with B. Evanoff regarding various plan ring-fencing provisions, plan negotiation strategy and next steps (.70); prepare strategic advice regarding channeling injunction and related ring-fencing protection issues (.50); and review and respond to various team correspondence and inquiries regarding latest plan and disclosure statement developments (.30) | 3.50 |
| 12/18/14 | LH Slaby | Review and edit solicitation materials | .80 |
| 12/18/14 | DM Twomey | Office conference with B. Evanoff regarding plan issues (.50); e-mails with K. Kansa, A. Stromberg, B. Evanoff regarding same (.30); analyze same issues (.50); review/analyze financial projections (.50); e-mails with M. Martinez regarding DS distribution (.20); review plan revisions (.30); telephone conference and e-mail with A. Stromberg regarding same (.30); telephone conference with K. Kansa regarding plan status (.10); e-mails with FCR counsel regarding TDP insert for DS (.20); review/analyze FCR counsel's comments to plan (.80); analyze related claimant issue (.30) | 4.00 |
| 12/18/14 | TA Labuda | Emails with A. Stromberg re plan revisions (.1); review plan revisions (1.7). | 1.80 |
| 12/18/14 | AR Stromberg | Review and analyze comments on plan and review and revise plan of reorganization (4.8); multiple internal calls and emails re: same (.5) | 5.30 |
| 12/19/14 | MG Martinez | E-mails with team regarding Plan and Disclosure Statement (0.1); prepare for (0.1) and participate in Sidley and Gibson call regarding Plan comments (0.6); input Disclosure Statement comments from J. Graves (0.4); review and revise Disclosure Statement (0.3); revise with comments from K. Kansa and circulate to team (0.8) | 2.30 |

SIDLEY AUSTIN LLP

Invoice Number: 35005951
Yarway Corporation

Yarway Restructuring

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 12/19/14 | KP Kansa | Email J. Graves re: Plan revisions (.1); email L. Slaby re: prepetition liquidated claims (.1); email E. Harron re: same (.1); email J. Graves re: revisions to plan provision (.1); t/c to A. Stromberg re: plan revisions (.1); t/c with W. Evanoff re: revisions to plan definitions (.1); t/c from K. Maclay re: Plan revisions and distribution (.2); conference call with M. Rosenthal, J. Graves, D. Lynch, D. Twomey, W. Evanoff, and M. Martinez on Plan finalization (.6); t/c M. Rosenthal re: Plan revisions (.2); meeting with Sidley team on Plan revisions (.3); circulate revised Plan to Yarway/Tyco/ACC/FCR and professionals with covering comments (.4); review P. Lockwood questions on same and respond (.2); email M. Rosenthal and J. Graves on same (.1); review and revise disclosure statement (2.8); email M. Martinez with comments on disclosure statement (.9) | 6.30 |
| 12/19/14 | JC Steen | Review, analyze and comment revised plan of reorganization regarding channeling injunction and related issues (1.0); review revised disclosure statement (.30); review various plan comments from ACC, FCR and Gibson Dunn (.30); email with K. Kansa (.30) and confer with B. Evanoff (.20) regarding various plan provisions, plan negotiation strategy and next steps; prepare strategic advice regarding channeling injunction and related protection issues (.30); and review and respond to various team correspondence and inquiries regarding latest plan and disclosure statement developments (.30) | 2.70 |
| 12/19/14 | LH Slaby | Research and draft email to K. Kansa regarding settlement parties (0.3); review and edit solicitation materials (4.8) | 5.10 |
| 12/19/14 | TA Labuda | Review revised plan (1.3); prepare protected party analysis (1.5) | 2.80 |
| 12/19/14 | AR Stromberg | Revise solicitation procedures motion and voting procedures (1.8); review comments on disclosure statement (.9); call with K. Kansa re: plan revisions (.1); review and revise plan of reorganization and incorporate comments received on plan (2.4) | 5.20 |
| 12/19/14 | DM Twomey | Review/analyze additional plan comments from FCR counsel (.50); e-mails with K. Kansa, B. Evanoff regarding same (.30); analyze related issues (.70); conference call with Tyco counsel, K. Kansa, B. Evanoff regarding open plan issues, ACC/FCR comments (.60); conference call with ACC counsel, K. Kansa, B. Evanoff regarding open plan issues (.30); numerous e-mails with ACC/FCR counsel, Tyco counsel, K. Kansa, B. Evanoff, A. Stromberg regarding plan revisions, next steps (.90); review revised plan (.50); e-mails with Tyco counsel regarding disclosure statement comments | 4.60 |

**SIDLEY AUSTIN** LLP

Invoice Number: 35005951
Yarway Corporation

Yarway Restructuring

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | (.30); e-mails with M. Martinez, A. Stromberg regarding revised disclosure statement, next steps (.30); review K. Kansa comments to disclosure statement (.20) | |
| 12/19/14 | RF O'Malley | Review various FCC and ACC counsel's emails regarding the plan and releases (.3); review K. Kansa email regarding plan (.2) | .50 |
| 12/19/14 | WA Evanoff | Confer with K. Kansa, D. Twomey re Plan and release provisions (0.3); confer with M. Martinez re DS (0.1) and review document re same (0.2); c/c with GD, Sidley, Tyco re injunction and release provisions (0.6); confer with ACC counsel re Plan (0.3); t/c with D. Twomey re same (0.2); assess revisions to Plan (0.5); t/c with J. Steen re same (0.2); review correspondence and revised Plan provisions (0.8); analyze ACC Plan inquiry (0.2) | 3.40 |
| 12/21/14 | KP Kansa | Review and comment on disclosure statement | 3.00 |
| 12/21/14 | WA Evanoff | Review revised draft of Plan | 2.00 |
| 12/22/14 | MG Martinez | Update Disclosure Statement with comments from K. Kansa (1.0); telephone conference with A. Stromberg regarding same (0.7); revise further with outside comments (0.6); further revise and finalize for filing (5.7) | 8.00 |
| 12/22/14 | KP Kansa | T/c to E. Harron re: Plan revisions and filing (.1); t/c to K. Maclay re: same (.1); t/c to R. O'Malley re: Plan filing (.2); conference call with GDC/W. Evanoff/A. Stromberg on Plan revisions (.4); emails to A. Stromberg on GDC questions on Plan definitions and review Plan on same (.4); review Disclosure Statement and email M. Martinez with comments on same (1.6); office conference with D. Twomey re: Plan status and revisions (.2); email A. Stromberg re: Plan exhibits (.1); review Plan provision in response to inquiry (.1); email D. Twomey/W. Evanoff/A. Stromberg on same (.2); email Gibson Dunn re: same (.1); review further Plan and Disclosure Statement revisions and emails to A. Stromberg and M. Martinez re: same (.4); email Gibson Dunn re: final plan and DS comments and timing of filing (.2); email YCST re: solicitation motion and filing of exhibits (.2); email A. Stromberg re: revisions to section of Plan (.2); email B. Berish re: Yarway plan (.1); t/cs A. Stromberg re: Plan revisions (.2) | 4.80 |
| 12/22/14 | JC Steen | Review and assess latest revised plan regarding channeling injunction, and related ring-fencing protection issues (1.0); review latest revised disclosure statement (.30); review latest plan comments from ACC, FCR and Gibson Dunn (.50); various emails and telephone conferences with B. Evanoff regarding latest plan developments and various plan | 3.50 |

**SIDLEY AUSTIN** LLP

Invoice Number: 35005951
Yarway Corporation

Yarway Restructuring

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | provisions, plan negotiation strategy and next steps (.70); prepare strategic advice regarding channeling injunction, and related issues (.50); and review and respond to various team correspondence and inquiries regarding latest plan and disclosure statement developments (.50) | |
| 12/22/14 | LH Slaby | Review and edit solicitation materials (0.6); emails with Logan & Co. and Morgan Lewis regarding notice issues (0.2); discuss plan with B. Evanoff (0.2) | 1.00 |
| 12/22/14 | TA Labuda | Email from A. Stromberg re protected party analysis (.1); review protected party analysis and related materials and emails (.9); confer with A. Stromberg re same (.2). | 1.20 |
| 12/22/14 | AR Stromberg | Review and revise plan of reorganization and prepare for filing (4.3); review and revise solicitation procedures order and voting procedures (2.0); call with GDC and Sidley regarding plan provisions (.4); call with K. Kansa re: plan revisions (.2); calls with B. Evanoff re: same (.8); call with M. Martinez re: comments on disclosure statement (.7); conference with T. Labuda re: protected party analysis (.2) | 8.60 |
| 12/22/14 | DM Twomey | Review TDP insert for disclosure statement (1.70); review K. Kansa comments to disclosure statement (.20); office conference with K. Kansa regarding status update, plan changes (.20); e-mails with M. Martinez regarding final comments to disclosure statement (.20); e-mails with Tyco counsel, K. Kansa, A. Stromberg, B. Evanoff regarding final plan changes (.30); analyze related issues (.30); e-mails with K. Kansa, Tyco counsel regarding plan and DS exhibits, next steps (.20); review final ACC/FCR plan comments (.20); e-mails with Tyco counsel, K. Kansa, A. Stromberg, B. Evanoff regarding same (.30); review notice of plan filing (.10) | 3.70 |
| 12/22/14 | RF O'Malley | Review P. Lockwood and M. Rosenthal emails regarding plan definitions (.4); telephone conference with K. Kansa regarding status of plan issues (.2); review plan documents (.9) | 1.50 |
| 12/22/14 | WA Evanoff | Internal correspondence re Plan and DS (0.3); t/c with A. Stromberg re Plan definition issue (0.3); review materials re: same (0.2); c/c with Gibson, Sidley re Plan comment re injunction (0.4); t/c with A. Stromberg re same (0.2); emails and t/c with J. Steen re Plan comment (0.4); review DS comments and emails re same (0.8); internal emails re FCR, ACC comments (0.6); t/cs with A. Stromberg re same (0.3) | 3.50 |
| 12/23/14 | MG Martinez | E-mails regarding Plan and Disclosure Statement | .10 |
| 12/23/14 | KP Kansa | Emails to D. Lynch and A. Stromberg re: plan filing | .20 |
| 12/23/14 | AR Stromberg | Review filed versions of plan and disclosure statement (.5); | 7.30 |

**SIDLEY AUSTIN** LLP

Invoice Number: 35005951
Yarway Corporation

Yarway Restructuring

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | review and revise drafts of solicitation motion, voting procedures, and proposed solicitation procedures order (6.8) | |
| 12/23/14 | WA Evanoff | Review correspondence and filed documents re Plan and DS | 1.30 |
| 12/23/14 | JC Steen | Review latest plan and disclosure statement developments (.40); review DIP operating report (.30); and review various e-mails from K. Kansa, A. Stromberg, M. Martinez and K. Stickles regarding recent plan filings (.30) | 1.00 |
| 12/26/14 | JC Steen | Review various plan notice and hearing filings | .30 |
| 12/28/14 | KP Kansa | Review Plan-related emails and communications from Gibson Dunn and Tyco on Plan | .70 |
| 12/29/14 | KP Kansa | Emails to A. Stromberg re: voting procedures | .20 |
| 12/29/14 | AR Stromberg | Review and revise solicitation motion, voting procedures, solicitation procedures order, notices and forms of ballot (5.4); call w/ K.Stickles regarding confirmation timeline and available hearing deadlines (.5) | 5.90 |
| 12/29/14 | DM Twomey | Review e-mails regarding plan and disclosure statement as filed (.20); review and comment on revised voting materials (1.0) | 1.20 |
| 12/30/14 | KP Kansa | Email D. Lynch re: disclosure statement hearing (.1); review solicitation procedures motion (1.2); t/cs A. Stromberg re: comments on voting procedures (.4) | 1.70 |
| 12/30/14 | AR Stromberg | Review and revise solicitation motion, voting procedures, solicitation procedures order, notices and forms of ballot to incorporate comments received and revisions to plan (6.9); calls with K. Kansa re: comments on same (.4) | 7.30 |
| 12/30/14 | RF O'Malley | Review A. Stromberg email regarding solicitation procedures | .50 |
| 12/31/14 | KP Kansa | Email A. Stromberg re timing of solicitation procedures filing (.2); email S. Zieg re: solicitation procedures (.1); emails to A. Stromberg re: same (.2); review updated plan materials (2.0) | 2.50 |
| 12/31/14 | AR Stromberg | Review and respond to emails and calls regarding solicitation procedures (.8); review and analyze FCR/ACC initial comments on solicitation procedures motion (.9) | 1.70 |
| 12/31/14 | DM Twomey | E-mails with K. Kansa, A. Stromberg regarding solicitation-related documents | .30 |
| 12/31/14 | RF O'Malley | Review A. Stromberg emails regarding solicitation procedures (.3); review S. Zieg email regarding ACC and FCR's initial comments (.3) | .60 |
| 12/31/14 | JC Steen | Review plan solicitation materials | .30 |

**SIDLEY AUSTIN** LLP

Invoice Number: 35005951
Yarway Corporation

Yarway Restructuring

| Date | Name | Narrative | Hours |
|------|------|-----------|------:|
| | | **Task Subtotal**      **$304,879.00** | **388.30** |
| | | **05 Tax Matters** | |
| 12/05/14 | ST Advani | Telephone conference with R. Silverman re status | .10 |
| 12/05/14 | RM Silverman | Discuss tax issues with S. Advani and review materials on same | .30 |
| 12/07/14 | RM Silverman | Review updated disclosure statement and implementation plan (.4); tax research re: same (.6) | 1.00 |
| 12/17/14 | ST Advani | Office conference with R. Silverman re status | .10 |
| 12/17/14 | RM Silverman | Review tax issue (0.2) and office conference with S. Advani re: same (0.1) | .30 |
| 12/18/14 | RM Silverman | Review revised disclosure statement re: tax issues (.8); emails with M. Martinez re: same (.2) | 1.00 |
| | | **Task Subtotal**      **$2,115.00** | **2.80** |
| | | **06 Claims Processing** | |
| 12/01/14 | DM Twomey | Review and provide comments to bar date motion, related materials (2.80); analyze related claims/bar date issues (1.0) | 3.80 |
| 12/01/14 | AR Stromberg | Conference w/ L.Slaby regarding open items in bar date motion (.7); review comments on draft bar date motion (.5) | 1.20 |
| 12/02/14 | KP Kansa | Review Bar Date motion and supporting materials and revise same | 1.50 |
| 12/02/14 | DM Twomey | Office conferences with L. Slaby regarding bar date issues | .30 |
| 12/02/14 | LH Slaby | Revise bar date motion (1.9); discuss same with D. Twomey (0.3) | 2.20 |
| 12/03/14 | KP Kansa | Review and revise bar date motion and supporting materials (1.7) and email L. Slaby re: same (.3) | 2.00 |
| 12/03/14 | LH Slaby | Revise bar date motion (1.1); various emails with Logan and Cole Schotz regarding same (0.3) | 1.40 |
| 12/03/14 | AR Stromberg | Review draft of bar date motion | .50 |
| 12/04/14 | KP Kansa | Review bar date motion (.5); office conference with D. Twomey, A. Stromberg, L. Slaby on same (.5) | 1.00 |
| 12/04/14 | LH Slaby | Call with K. Logan regarding bar date and notices (0.5); calls with K. Stickles regarding same (0.3); review/revise bar date motion (4.4); meeting with A. Stromberg, K. Kansa, and D. Twomey regarding bar date motion (0.5) | 5.70 |
| 12/04/14 | AR Stromberg | Conference w/ L.Slaby, K.Kansa and D.Twomey regarding open items for bar date motion | .50 |

**SIDLEY AUSTIN** LLP

Invoice Number:  35005951
Yarway Corporation

Yarway Restructuring

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 12/05/14 | LH Slaby | Emails with K. Logan and K. Stickles regarding bar date motion | .20 |
| 12/08/14 | AR Stromberg | Review bar date motion | .70 |
| 12/08/14 | LH Slaby | Incorporate comments to bar date motion | .10 |
| 12/10/14 | KP Kansa | Email L. Slaby re: bar date motion | .10 |
| 12/10/14 | LH Slaby | Emails with K. Kansa regarding bar date (0.2); calls with K. Stickles regarding same (0.3); review/revise bar date motion (0.6) | 1.10 |
| 12/11/14 | LH Slaby | Emails with K. Kansa and D. Twomey regarding bar date motion (0.2); emails with K. Stickles regarding term sheet (0.1); review and revise bar date motion (0.9); email same to Gibson Dunn and Tyco for comment (0.2) | 1.40 |
| 12/11/14 | DM Twomey | E-mails with L. Slaby, Tyco counsel regarding bar date motion (.20) | .20 |
| 12/12/14 | LH Slaby | Review and revise bar date motion (0.7); send same to ACC/FCR for comment (0.1) | .80 |
| 12/14/14 | DM Twomey | Review and analyze FCR counsel comments to bar date motion (.40) | .40 |
| 12/15/14 | LH Slaby | Review and revise bar date motion (1.9); multiple emails and calls with K. Stickles regarding same (0.6); discuss same with K. Kansa (0.1); emails with K. Kansa and D. Twomey regarding same (0.4) | 3.00 |
| 12/15/14 | DM Twomey | E-mails with K. Kansa, A. Stromberg regarding bar date motion, revisions to same (.20); review revised bar date motion (.30); e-mails with L. Slaby regarding same (.10); e-mails with L. Slaby regarding bar date questions (.20) | .80 |
| 12/15/14 | KP Kansa | Review E. Harron email on revisions to Bar Date motion and order (.1); email L. Slaby re: same (.1); email D. Twomey re: bar date motion (.1) | .30 |
| 12/16/14 | KP Kansa | Review bar date motion and order and forward comments on same to L. Slaby (.8); follow up emails to L. Slaby re: same (.3) | 1.10 |
| 12/16/14 | DM Twomey | Analyze bar date motion issues (.30); e-mails with L. Slaby regarding same issues/questions (.20); review K. Kansa comments to bar date motion (.10) | .60 |
| 12/16/14 | WA Evanoff | Confer with L. Slaby re bar date notice issue | .20 |
| 12/16/14 | LH Slaby | Review and revise bar date motion (3.1); call with B. Evanoff regarding notices (0.1) | 3.20 |
| 12/17/14 | KP Kansa | T/c K. Stickles re: bar date motion service list (.1); review | .20 |

**SIDLEY AUSTIN** LLP

Invoice Number: 35005951
Yarway Corporation

Yarway Restructuring

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | service list and email K. Stickles and L. Slaby re: same (.1) | |
| 12/17/14 | LH Slaby | Call with K. Stickles regarding bar date motion | .10 |
| 12/18/14 | LH Slaby | Calls with K. Logan regarding bar date notice (0.2); review notice parties from Morgan Lewis (1.5) | 1.70 |
| 12/19/14 | DM Twomey | E-mails with K. Kansa, L. Slaby regarding settled claims question (.20) | .20 |
| | | **Task Subtotal**      **$24,402.00** | **36.50** |
| | | **07 Asbestos-Related Issues** | |
| 12/12/14 | LH Slaby | Emails with N. Hultquist, K. Kansa regarding Gimpel plaintiff | .30 |
| 12/12/14 | DM Twomey | E-mails with L. Slaby regarding suit against Gimpel, related issue (.20); analyze same issue (.20) | .40 |
| 12/12/14 | KP Kansa | Email L. Slaby re: asbestos counsel inquiry on Gimpel (.1); email L. Slaby re: complaint (.1) | .20 |
| 12/16/14 | KP Kansa | Email L. Slaby re: Gimpel claim | .10 |
| 12/17/14 | KP Kansa | Review email on TN Gimpel claim | .10 |
| 12/17/14 | LH Slaby | Emails with Morgan Lewis re: new asbestos complaint against Gimpel | .10 |
| 12/22/14 | KP Kansa | Email D. Lynch re: Gimpel | .10 |
| 12/30/14 | MG Martinez | Review e-mail re: data room management | .10 |
| 12/30/14 | LH Slaby | Draft and send email to C. Jun regarding data room administration | .70 |
| 12/30/14 | GM King | Review Yarway data room materials | .30 |
| | | **Task Subtotal**      **$1,647.50** | **2.40** |
| | | **10 Case Administration** | |
| 12/01/14 | KP Kansa | Email Yarway, Tyco, and Gibson Dunn on 12/3 hearing cancellation | .10 |
| 12/01/14 | DM Twomey | E-mails with K. Kansa regarding upcoming hearing cancellation | .10 |
| 12/01/14 | LJ Nyhan | Emails with K. Kansa re: plan issues (.1); review materials re: same (.2) | .30 |
| 12/02/14 | SL Summerfield | Review bankruptcy case re pleadings (.40); prepare email with PDF files to T. Deron for A. Stromberg and L. Slaby re: same (.80); revise chart re same (.80) | 2.00 |
| 12/04/14 | LH Slaby | Emails and calls with T. Deron regarding year end payments | .40 |

**SIDLEY AUSTIN** LLP

Invoice Number:  35005951
Yarway Corporation

Yarway Restructuring

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 12/05/14 | SL Summerfield | Review bankruptcy case re pleadings (.30); prepare email with PDF files to T. Deron for A. Stromberg and L. Slaby (.60); revise chart re same (.30) | 1.20 |
| 12/05/14 | LH Slaby | Fee reconciliation for T. Deron | .40 |
| 12/08/14 | SL Summerfield | Review bankruptcy case re pleadings (.30); prepare email with PDF files to T. Deron for A. Stromberg and L. Slaby (.30); revise chart re same (.10) | .70 |
| 12/09/14 | SL Summerfield | Review bankruptcy case re pleadings (.30); prepare email with PDF files to T. Deron for A. Stromberg and L. Slaby (.30); revise chart re same (.10) | .70 |
| 12/10/14 | LJ Nyhan | Review plan and DS revisions (.2); conference with K. Kansa re: same (.2) | .40 |
| 12/11/14 | LH Slaby | Emails with T. Deron regarding fees | .20 |
| 12/11/14 | KP Kansa | Email D. Twomey re: N. Pernick inquiry on Yarway structure (.1); email N. Pernick re: same (.1) | .20 |
| 12/11/14 | DM Twomey | E-mails with K. Kansa, N. Pernick regarding QSF question (.20); e-mails with L. Slaby, K. Kansa regarding removal and bar date issues and information (.20); analyze related issues (.20) | .60 |
| 12/15/14 | SL Summerfield | Review bankruptcy case re pleadings (.30); prepare email with PDF files to T. Deron for A. Stromberg and L. Slaby (1.60); revise chart re same (.60) | 2.50 |
| 12/18/14 | KP Kansa | Email L. Slaby re: Yarway pending tasks | .10 |
| 12/22/14 | KP Kansa | Email C. McMillan re: Yarway reporting | .10 |
| 12/22/14 | AR Stromberg | Prepare monthly operating report based on financial information provided by the company | 1.50 |
| 12/23/14 | AR Stromberg | Review and prepare monthly operating report for filing | .50 |
| 12/24/14 | SL Summerfield | Review bankruptcy case re pleadings (.40); prepare email with PDF files to T. Deron for A. Stromberg and L. Slaby (1.10) | 1.50 |
| 12/30/14 | SL Summerfield | Review bankruptcy case re pleadings (.10); revise chart (.40) | .50 |
| 12/31/14 | SL Summerfield | Review and revise third party fee application files for K. Kansa | .60 |

|  |  | **Task Subtotal**        **$6,006.00** | **14.60** |

**14 Fee Applications**

| 12/04/14 | DJ Lutes | Prepare monthly fee application for November | .20 |
| 12/10/14 | LH Slaby | Review November pro forma | 2.70 |

**SIDLEY AUSTIN** LLP

Invoice Number:  35005951
Yarway Corporation

Yarway Restructuring

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 12/11/14 | DJ Lutes | Prepare monthly fee application for November | .30 |
| 12/11/14 | RF O'Malley | Review changes to plan documents | .80 |
| 12/15/14 | DJ Lutes | Prepare monthly fee application for November | .70 |
| 12/16/14 | DJ Lutes | Prepare monthly fee application for November | 1.20 |
| 12/16/14 | LH Slaby | Review November pro forma | .40 |
| 12/17/14 | DJ Lutes | Prepare monthly fee application (2.5); emails with billing specialist re: same (.2) | 2.70 |
| 12/17/14 | LH Slaby | Emails with D. Lutes regarding fees | .10 |
| 12/17/14 | LJ Nyhan | Address billing matters | .20 |
| 12/18/14 | DJ Lutes | Prepare monthly fee statement for November | .50 |
| 12/18/14 | LH Slaby | Emails with L. Diaz regarding fees | .10 |
| 12/30/14 | LH Slaby | Emails with L. Diaz regarding fees (0.2); draft and send email to T. Deron regarding fees (0.3) | .50 |
| 12/31/14 | LH Slaby | Edit pro forma (1.7); draft seventh quarterly application (0.5) | 2.20 |
| 12/31/14 | DJ Lutes | Prepare monthly fee application (2.8); emails with billing specialist re: same (.3); confer with L. Slaby re: monthly and interim fee applications (.2) | 3.30 |
| | | **Task Subtotal**          **$7,310.50** | **15.90** |
| | | **17 Adversary Proceedings** | |
| 12/01/14 | WA Evanoff | Review docket filings re extension of deadlines and other matters | .30 |
| 12/02/14 | SL Summerfield | Review adversary case docket for B. Myrick and L. Slaby | .30 |
| 12/03/14 | JC Steen | Assess open Yarway derivative liability claim issues (.30); and review latest bankruptcy filings (.20) | .50 |
| 12/05/14 | SL Summerfield | Review adversary case docket for B. Myrick and L. Slaby | .30 |
| 12/05/14 | JC Steen | Review potential adversary proceeding issues | .30 |
| 12/08/14 | JC Steen | Review latest bankruptcy developments (.30); and review status of extension of adversary proceeding response period (.20) | .50 |
| 12/10/14 | SL Summerfield | Review adversary case docket for B. Myrick and L. Slaby | .30 |
| 12/14/14 | GM King | Research re: precedent 524(g) cases (4.1); correspondence re: same (0.8) | 4.90 |
| 12/16/14 | WA Evanoff | Review filings re omnibus hearing | .10 |
| | | **Task Subtotal**          **$5,098.00** | **7.50** |

**SIDLEY AUSTIN** LLP

Invoice Number:  35005951
Yarway Corporation

Yarway Restructuring

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | Total Hours for all Tasks | **476.20** |

**SIDLEY AUSTIN** LLP

Invoice Number:  35005951
Yarway Corporation

Yarway Restructuring

### EXPENSE DETAIL

| Date | Narrative | Amount |
|------|-----------|--------|
| 10/12/14 | 10/11/14-Telephone Call (Non-Local) To: 14193457284 | $2.70 |
| 12/02/14 | 12/01/14-Telephone Call (Non-Local) To: 16097204597 | 1.20 |
| 12/02/14 | 12/01/14-Telephone Call (Non-Local) To: 17138905794 | 3.30 |
| 12/03/14 | 12/02/14-Duplicating Charges (Color) Time:  9:23:00 | 6.27 |
| 12/03/14 | 12/02/14-Duplicating Charges (Color) Time:  9:15:00 | 18.81 |
| 12/03/14 | 12/02/14-Duplicating Charges (Color) Time:  9:21:00 | 18.81 |
| 12/04/14 | 12/03/14-Duplicating Charges (Color) Time: 10:57:00 | 18.81 |
| 12/05/14 | 12/04/14-Duplication charges Time: 13:36:00 | 1.60 |
| 12/05/14 | 12/04/14-Duplicating Charges (Color) Time: 13:45:00 | 79.80 |
| 12/05/14 | 12/04/14-Telephone Call (Non-Local) To: 19735093190 | 4.20 |
| 12/06/14 | 12/05/14-Telephone Call (Non-Local) To: 13026512001 | 1.20 |
| 12/11/14 | 12/10/14-Telephone Call (Non-Local) To: 13032985760 | 1.20 |
| 12/11/14 | 12/10/14-Duplicating Charges (Color) Time: 18:06:00 | 15.96 |
| 12/12/14 | 12/11/14-Telephone Call (Non-Local) To: 13026512001 Wilmington, DE | 3.00 |
| 12/12/14 | 12/11/14-Telephone Call (Non-Local) To: 13026512001 | 1.20 |
| 12/12/14 | 12/11/14-Duplicating Charges (Color) Time: 10:55:00 | 34.20 |
| 12/13/14 | 12/12/14-Telephone Call (Non-Local) To: 13032985760 | 2.10 |
| 12/13/14 | 12/12/14-Duplicating Charges (Color) Time: 10:23:00 | 34.20 |
| 12/13/14 | 12/12/14-Duplicating Charges (Color) Time: 10:55:00 | 34.20 |
| 12/16/14 | 12/15/14-Duplicating Charges (Color) Time: 13:39:00 | 31.92 |
| 12/16/14 | 12/15/14-Duplicating Charges (Color) Time: 16:35:00 | 58.14 |
| 12/16/14 | 12/15/14-Telephone Call (Non-Local) To: 13032985760 Denver, CO | 3.15 |
| 12/16/14 | 12/15/14-Duplicating Charges (Color) Time: 11:12:00 | 33.06 |
| 12/16/14 | 12/15/14-Duplicating Charges (Color) Time:  9:52:00 | 15.96 |
| 12/16/14 | 12/15/14-Duplicating Charges (Color) Time: 10:22:00 | 33.06 |
| 12/16/14 | 12/15/14-Telephone Call (Non-Local) To: 13032985760 Denver, CO | 1.95 |
| 12/18/14 | 11/14/14-Telephone Charges Conference Call Customer: HKK1677 KENNETH P KANSA | 3.97 |

**SIDLEY AUSTIN** LLP

Invoice Number:  35005951
Yarway Corporation

Yarway Restructuring

| Date | Narrative | Amount |
|------|-----------|-------:|
| 12/18/14 | 12/17/14-Telephone Call (Non-Local) To: 13032985760 Denver, CO | 1.35 |
| 12/18/14 | 12/17/14-Duplicating Charges (Color) Time: 10:24:00 | 32.49 |
| 12/19/14 | 12/18/14-Duplicating Charges (Color) Time:  8:10:00 | 58.14 |
| 12/19/14 | 12/18/14-Duplicating Charges (Color) Time: 18:15:00 | 57.57 |
| 12/19/14 | 12/18/14-Telephone Call (Non-Local) To: 19735093190 Bloomfield, NJ | 1.95 |
| 12/19/14 | 12/18/14-Duplicating Charges (Color) Time: 17:51:00 | 32.49 |
| 12/20/14 | 12/19/14-Duplicating Charges (Color) Time: 18:08:00 | 6.84 |
| 12/20/14 | 12/19/14-Duplicating Charges (Color) Time: 18:08:00 | 3.99 |
| 12/20/14 | 12/19/14-Duplicating Charges (Color) Time: 18:08:00 | 6.84 |
| 12/20/14 | 12/19/14-Duplicating Charges (Color) Time: 15:32:00 | .57 |
| 12/20/14 | 12/19/14-Duplicating Charges (Color) Time: 15:31:00 | 2.85 |
| 12/20/14 | 12/19/14-Duplicating Charges (Color) Time: 15:32:00 | 7.41 |
| 12/20/14 | 12/19/14-Duplicating Charges (Color) Time: 15:32:00 | 4.56 |
| 12/20/14 | 12/19/14-Duplicating Charges (Color) Time: 15:31:00 | 2.28 |
| 12/20/14 | 12/01/14-Monthly Electronic Data Storage Fee 6.70 GB @    $5.00 | 33.50 |
| 12/20/14 | 12/19/14-Duplicating Charges (Color) Time: 16:27:00 | 32.49 |
| 12/23/14 | 12/22/14-Duplicating Charges (Color) Time: 12:21:00 | 17.10 |
| 12/23/14 | 12/22/14-Telephone Call (Non-Local) To: 13026512001 Wilmington, DE | 1.95 |
| 12/23/14 | 12/22/14-Telephone Call (Non-Local) To: 13026512001 | 1.35 |
| 12/30/14 | 12/29/14-Telephone Call (Non-Local) To: 13026512001 | 2.85 |
| 12/31/14 | 12/30/14-Telephone Call (Non-Local) To: 19735093190 Bloomfield, NJ | 4.50 |

**Total Expenses**   **$777.04**