

**SIDLEY AUSTIN** LLP
ONE SOUTH DEARBORN
CHICAGO, IL 60603
(312) 853 7000
(312) 853 7036 FAX

| | | |
|---|---|---|
| BEIJING | HONG KONG | SAN FRANCISCO |
| BOSTON | HOUSTON | SHANGHAI |
| BRUSSELS | LONDON | SINGAPORE |
| CHICAGO | LOS ANGELES | SYDNEY |
| DALLAS | NEW YORK | TOKYO |
| GENEVA | PALO ALTO | WASHINGTON, D.C. |

**FOUNDED 1866**

FEDERAL ID 36-████

March 26, 2015

Mr. Kevin J. Coen
Yarway Corporation
10707 Clay Road
Suite 200
Houston, TX 77041

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 35014161
Client Matter 57367-30020

Re: <u>Yarway Restructuring</u>

For professional services rendered through January 31, 2015 re Yarway
Restructuring

| | |
|---|---|
| Fees | $320,033.75 |
| Expenses | 2,152.36 |
| **Total Due This Bill** | **$322,186.11** |

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois 60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number: ████████
ABA Number: ████
Swift Code: ██████

Payment is Due Within 30 Days of Receipt of Invoice

SIDLEY AUSTIN LLP

Invoice Number: 35014161
Yarway Corporation


Yarway Restructuring


T A S K   D E T A I L


| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | **02 Travel Time** | |
| 01/25/15 | KP Kansa | Travel Chicago to Wilmington for disclosure statement hearing when otherwise unable to work | 1.20 |
| 01/25/15 | DM Twomey | Travel to Wilmington for disclosure statement hearing | 4.00 |
| 01/25/15 | AR Stromberg | Travel to Delaware for disclosure statement hearing | 3.00 |
| 01/26/15 | KP Kansa | Return travel Wilmington - Chicago from DS hearing | 2.50 |
| 01/26/15 | DM Twomey | Travel from Wilmington to Chicago after Disclosure Statement and solicitation hearing | 4.00 |
| 01/26/15 | AR Stromberg | Return travel from Delaware to Chicago | 3.30 |
| | | **Task Subtotal**      **$7,611.75** | **18.00** |
| | | **03 Plan and Disclosure Statement** | |
| 01/01/15 | DM Twomey | E-mails with A. Stromberg, K. Kansa regarding solicitation motion/procedures/order, and related questions | .30 |
| 01/01/15 | AR Stromberg | Revise solicitation procedures motion, voting procedures, solicitation order, ballots and notices to incorporate internal and ACC/FCR comments | 10.80 |
| 01/02/15 | KP Kansa | Review S. Zieg comments on solicitation procedures documents and email A. Stromberg on same (.8); review A. Stromberg comments on S. Zieg revisions and email A. Stromberg on same (.2); review voting procedures and email A. Stromberg with comments on same (2.0); review order approving voting procedures and email A. Stromberg with comments on same (.7); review mailed and published notices and email A. Stromberg with comments on same (.7); email A. Stromberg re: solicitation timeline (.1); email A. Stromberg re: K. Maclay question on ballots (.1); review comparable case precedent re: same and email A. Stromberg re: same (.4) | 5.00 |
| 01/02/15 | DM Twomey | Review revised voting procedures and provide comments to same (1.50); e-mails with K. Kansa, A. Stromberg regarding revisions to solicitation procedures and motion (.30); e-mails with A. Stromberg, K. Kansa regarding revised ballots/notices (.30); review K. Kansa comments to notices (.20); e-mails with A. Stromberg, ACC/FCR counsel, Tyco counsel regarding revisions to procedures, resulting update in confirmation schedule (.30); analyze related issues (.20) | 2.80 |
| 01/02/15 | JC Steen | Review status of plan and disclosure statement process (.30); | .50 |

**SIDLEY AUSTIN** LLP

Invoice Number:  35014161
Yarway Corporation


Yarway Restructuring

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | and review various pleadings and notices re: same  (.20) | |
| 01/02/15 | AR Stromberg | Revise solicitation procedures motion, voting procedures, solicitation order, ballots and notices to incorporate internal and ACC/FCR comments (5.4); emails with K.Kansa and D.Twomey re: same (.5); calls with ACC regarding same (.5) | 6.40 |
| 01/03/15 | DM Twomey | Review e-mails from A. Stromberg regarding circulation of voting documents to Tyco counsel, asbestos counsel | .20 |
| 01/03/15 | AR Stromberg | Review and revise solicitation procedures motion, voting procedures, solicitation order, ballots and notices to incorporate further internal and ACC/FCR comments | 5.80 |
| 01/04/15 | DM Twomey | Review comments from ACC counsel to solicitation procedures, motion, ballots and notices (.30); analyze related issue (.20); e-mails with A. Stromberg regarding same (.10) | .60 |
| 01/04/15 | AR Stromberg | Review and revise solicitation procedures motion and related documents (2.4); emails w/ K.Kansa, Gibson Dunn, ACC and FCR regarding comments on same (.2) | 2.60 |
| 01/05/15 | KP Kansa | Review solicitation motion, order, voting procedures, ballots and notices and provide comments on all via email to A. Stromberg (5.2); email to Gibson Dunn, Yarway, and Tyco on solicitation procedures (.4); email to K. Coen on solicitation procedures filing and extension of April 30 deadline (.1); office conference with D. Twomey on solicitation procedures (.2); t/c K. Maclay re: filing of Plan and Disclosure Statement exhibits (.3) | 6.20 |
| 01/05/15 | MG Martinez | Review revised solicitation materials | .60 |
| 01/05/15 | RF O'Malley | Review A. Stromberg emails regarding solicitation procedures (.50); review K. Kansa email regarding solicitation procedures and confirmation date (.30); review M. Rosenthal's, S. Zieg's and A. McMillan's emails regarding confirmation date (.20) | 1.00 |
| 01/05/15 | DM Twomey | Review numerous e-mails/comments to solicitation procedures motion, order, procedures, ballots (1.0); analyze related issues (1.20); office conference with K. Kansa regarding same (.20); e-mails with A. Stromberg regarding notices, confirmation hearing, related issues (.30); e-mails with Tyco, ACC and FCR counsel regarding term sheet milestone dates (.20); review revised motion and order and send e-mail with comments to same (2.40); review revised notices and ballots (1.80); e-mails with K. Kansa, A. Stromberg regarding filing and related issues (.30); office conference with B. Evanoff regarding status update (.10) | 7.50 |
| 01/05/15 | LJ Nyhan | Review pleadings and related plan materials | .50 |

**SIDLEY AUSTIN** LLP

Invoice Number:  35014161
Yarway Corporation

Yarway Restructuring

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 01/05/15 | WA Evanoff | Review correspondence and draft documents re ballots and motion (.7); conference with D. Twomey re: same (.1) | .80 |
| 01/05/15 | JC Steen | Review status of plan and disclosure statement process (.30); briefly review draft plan solicitation materials (.30); and review and respond to e-mails from B. Evanoff regarding latest bankruptcy developments (.20) | .80 |
| 01/05/15 | AR Stromberg | Review and revise solicitation procedures motion and related materials and finalize for filing (7.5); multiple emails w/ K.Kansa, D. Twomey and K.Stickles regarding same (1.0) | 8.50 |
| 01/06/15 | MG Martinez | Review and revise Disclosure Statement (0.6); office conference with D. Twomey regarding Yarway Disclosure Statement (0.1); send projections to asbestos under e-mail cover (0.2) | .90 |
| 01/06/15 | DM Twomey | Review e-mails regarding filing of solicitation procedures motion and related documents (.30); office conference with M. Martinez regarding open points in disclosure statement, projections (.10); review projections (.20); e-mails from K. Kansa, M. Martinez regarding plan and disclosure statement exhibits (.30); review and comment on plan exhibit (.80); analyze related issues (.30) | 2.00 |
| 01/06/15 | KP Kansa | Email A. Stromberg re: plan exhibits (.2); review and revise plan exhibits and email same to S. Zieg and K. Maclay (1.0); review chart of dates re: confirmation and Plan prepared by J. Graves and email J. Graves on same (.2) | 1.40 |
| 01/06/15 | LJ Nyhan | Review revised plan materials | .30 |
| 01/06/15 | JC Steen | Review and analyze various plan exhibits (.40); prepare strategic advice regarding same (.30); and confer with B. Evanoff regarding same (.30) | 1.00 |
| 01/06/15 | AR Stromberg | Review and revise draft plan exhibits (1.9); emails w/ K.Kansa regarding same (.3) | 2.20 |
| 01/07/15 | MG Martinez | Review and revise Disclosure Statement (0.6); further review and revise same (0.7); office conference with D. Twomey regarding injunction research and Plan (0.5); conference with B. Evanoff and D. Twomey re: release issue (0.2) | 2.00 |
| 01/07/15 | KP Kansa | Email D. Lynch re: Plan timetable (.1); email B. Berish re: Plan (.1); review Plan exhibits and revise same (1.7); draft email memo to ACC and FCR on same (.5); email M. Rosenthal and J. Graves on same (.1); conference with D. Twomey re: release issue (.2); conference with D. Twomey re: exhibit (.1) | 2.80 |
| 01/07/15 | DM Twomey | E-mails with ACC, FCR, Tyco counsel regarding plan exhibits and comments to same (.20); analyze related issues | 2.50 |

**SIDLEY AUSTIN** LLP

Invoice Number:  35014161
Yarway Corporation

Yarway Restructuring

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | (.50); review and comment on plan exhibit (.80); office conference with K. Kansa regarding release issue (.20); office conference with M. Martinez regarding release issues, follow-up research (.50); discussions with K. Kansa regarding affiliate list (.10); office conference with M. Martinez, B. Evanoff regarding release issue (.20) | |
| 01/07/15 | WA Evanoff | Assess Plan exhibits re releases (1.6); respond to J. Steen inquiry re releases and review documents re same (.7); confer wih J. Steen re: same (.3); conference with D. Twomey and M. Martinez re: same (.2) | 2.80 |
| 01/07/15 | JC Steen | Review plan release documents (.30); and confer briefly with B. Evanoff regarding same (.30) | .60 |
| 01/07/15 | AR Stromberg | Revise draft plan exhibits to incorporate comments | .70 |
| 01/08/15 | KP Kansa | Revise and circulate Plan exhibits to ACC and FCR (1.0); email M. Rosenthal and J. Graves re: same (.2); further review and revise plan exhibits and circulate same to ACC and FCR with comment (.7); conference with D. Twomey re: executory contract (.1) | 2.00 |
| 01/08/15 | DM Twomey | Office conference with K. Kansa regarding executory contract issue (.10); review ACC mark-ups of plan exhibits (.20); analyze related issues (.20); e-mails with K. Kansa, A. Stromberg regarding additional plan exhibits (.20); e-mails with K. Kansa, ACC, FCR counsel regarding plan exhibits (.20) | .90 |
| 01/08/15 | WA Evanoff | Assess Plan exhibits and emails to Sidley team re same | 1.00 |
| 01/08/15 | JC Steen | Review status of plan and Disclosure Statement filings | .30 |
| 01/08/15 | AR Stromberg | Emails w/ K.Kansa and D. Twomey regarding draft plan exhibits | .40 |
| 01/09/15 | MG Martinez | Office conference with A. Stromberg regarding status of Plan and Disclosure Statement filings | .10 |
| 01/09/15 | KP Kansa | Email A. Stromberg re: Plan exhibits (.1); email A. Stromberg and M. Martinez re: revisions to Plan and Disclosure Statement (.1); email A. Stromberg re: publication notice (.1); emails to M. Rosenthal and A. Stromberg re: voting procedures (.2) | .50 |
| 01/09/15 | DM Twomey | E-mails with A. Stromberg, K. Kansa regarding executory contract issue (.20); analyze same issue (.40); e-mails with K. Kansa regarding plan/DS comment from Tyco counsel (.20); emails with K. Kansa regarding research update (.20) | 1.00 |
| 01/09/15 | LJ Nyhan | Review revised plan pleadings (.4) and K. Kansa email re: same (.1) | .50 |

SIDLEY AUSTIN LLP

Invoice Number:  35014161
Yarway Corporation

Yarway Restructuring

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 01/09/15 | WA Evanoff | Review internal emails and filed documents re Plan (0.2); review drafts and comments re Plan exhibits (0.8) | 1.00 |
| 01/09/15 | JC Steen | Review various revised plan release documents (.30); and review latest bankruptcy notices (.20) | .50 |
| 01/09/15 | AR Stromberg | Review and revise plan exhibits and plan (1.3); analyze notice issues for solicitation (1.3); conference with M. Martinez re: same (.1) | 2.70 |
| 01/11/15 | MG Martinez | Revise Disclosure Statement | .50 |
| 01/12/15 | MG Martinez | Research regarding injunction (2.0); revise Disclosure Statement (0.2); further research regarding injunction issue (1.9); further revise Disclosure Statement (0.8); review precedent injunctions (0.3) | 5.20 |
| 01/12/15 | DM Twomey | Review FCR counsel's comments to indemnification agreement, claimant release (.20); e-mails with K. Kansa regarding same (.10); e-mails with Tyco counsel regarding same (.10); e-mails with M. Martinez regarding disclosure statement update (.10); assess related issues (.20) | .70 |
| 01/12/15 | KP Kansa | T/c's with A. Stromberg re: Plan and Disclosure Statement revisions (.3); review Plan materials and emails (1.2) | 1.50 |
| 01/12/15 | WA Evanoff | Review draft Plan exhibits and related correspondence | 1.00 |
| 01/12/15 | JC Steen | Review status of plan and disclosure statement proceedings (.30); assess various channeling injunction issues (.30) | .60 |
| 01/12/15 | AR Stromberg | Review and revise plan exhibits and prepare for filing (2.9); call with K. Kansa re: same (.3) | 3.20 |
| 01/13/15 | MG Martinez | Research regarding injunction issues (1.5); conferences with D. Twomey regarding projections (.4); further research regarding injunction issues (2.4); telephone call with S. Zieg at YCST regarding projections exhibit (.4); edit and comment on same (.7); continue researching injunction issue (5.6) | 11.00 |
| 01/13/15 | DM Twomey | Office conference with M. Martinez regarding disclosure statement and projections (.30); analyze related issues (.20); telephone conference with M. Martinez regarding same (.10); conference with K. Kansa re: same (.10); review updated case timeline from K. Kansa and related e-mail (.20); e-mails with M. Martinez regarding projections exhibit (.10) | 1.00 |
| 01/13/15 | KP Kansa | Email A. Stromberg re: plan exhibits (.3); review plan exhibits for filing (.6); office conferences w/D. Twomey re: plan exhibit filing (.1); review draft of Exhibit G to Plan and email A. Stromberg re: same (.1); review Exhibit F to Plan and email A. Stromberg re: same (.1); email A. Stromberg re: Exhibits D-K (.2) | 1.40 |

SIDLEY AUSTIN LLP

Invoice Number: 35014161
Yarway Corporation

Yarway Restructuring

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 01/13/15 | WA Evanoff | Review docket and filed documents re Plan | 1.00 |
| 01/13/15 | JC Steen | Review and assess release issues (.50); review various related bankruptcy pleadings (.30); and review various e-mails from K. Stickles and team regarding recent bankruptcy developments (.20) | 1.00 |
| 01/13/15 | AR Stromberg | Review and revise plan exhibits and finalize for filing | 4.00 |
| 01/14/15 | MG Martinez | Research regarding injunction issues (4.7); office conference with D. Twomey regarding same (0.4); revise Disclosure Statement (0.7); continue research regarding injunction issues (0.3); continue further research regarding Plan issues (1.6); office conference with D. Twomey regarding projections (0.2); revise and redraft sections of projections and distribute to plan proponent team (1.7); continue further research regarding Plan issues (1.0) | 10.60 |
| 01/14/15 | RF O'Malley | Review and reply to K. Kansa email regarding timeline | .30 |
| 01/14/15 | KP Kansa | Emails to D. Lynch re: potential meeting (.2); emails R. O'Malley re: same (.2) | .40 |
| 01/14/15 | DM Twomey | Office conference with M. Martinez regarding disclosure statement issues, research issues (.40); review/comment on projections exhibit and analyze related issues (.80); office conference with M. Martinez regarding same comments (.20); review ACC counsel comments to disclosure statement (.20); e-mails with M. Martinez, Tyco counsel regarding projections exhibit (.10); e-mails with M. Martinez, A. Stromberg, K. Kansa regarding updated disclosure statement, issues for upcoming filing (.10); analyze related issues (.20) | 2.00 |
| 01/14/15 | WA Evanoff | Review documents re Plan status issue (0.2); assess DS comments from ACC (0.2) | .40 |
| 01/14/15 | JC Steen | Review various January 14 bankruptcy filings (.30); and review various team e-mails regarding recent plan developments (.20) | .50 |
| 01/14/15 | AR Stromberg | Analyze foreign notice issues | 2.60 |
| 01/15/15 | MG Martinez | Emails with Caplin/YCST teams re: projections (0.4); further review regarding same and email client to review (0.4); conference with D. Twomey re: same (0.3) | 1.10 |
| 01/15/15 | KP Kansa | Email A. Stromberg re: foreign notice procedures (.2); t/c D. Lynch re: cancellation of meeting and plan status (.2); email R. O'Malley and L. Nyhan re: same (.2) | .60 |
| 01/15/15 | DM Twomey | E-mails with ACC/FCR counsel, M. Martinez regarding projections exhibit (.30); telephone conferences with M. Martinez regarding same, disclosure statement and TDP open | 1.30 |

SIDLEY AUSTIN LLP

Invoice Number:  35014161
Yarway Corporation

Yarway Restructuring

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | issues (.30); analyze same issues (.20); e-mails with M. Martinez, client regarding projections exhibit (.10); e-mails with A. Stromberg regarding publication notice protocol and analyze related issues (.40) | |
| 01/15/15 | WA Evanoff | Confer with J. Steen re Plan/DS status | .20 |
| 01/15/15 | JC Steen | Telephone call with B. Evanoff regarding recent plan, disclosure statement and channeling injunction developments and next steps (.20); review revised plan developments (.60); and review latest Court notices (.20) | 1.00 |
| 01/15/15 | AR Stromberg | Emails w/ K.Kansa and D.Twomey regarding foreign notice procedures | .40 |
| 01/16/15 | KP Kansa | Email A. Stromberg re: publication notice (.1); review Plan documents and comment on same (.7) | .80 |
| 01/16/15 | DM Twomey | Review/analyze disclosure statement comments from FCR counsel (.30); review revised disclosure statement from M. Martinez (.20); review and provide comments to exhibits (.60); office conference with A. Stromberg regarding same (.20) | 1.30 |
| 01/16/15 | JC Steen | Review latest plan, disclosure statement and channeling injunction developments (.30); and review recent Court filings (.20) | .50 |
| 01/16/15 | AR Stromberg | Analyze foreign notice issues (1.0); conference w/ D.Twomey regarding next steps in plan process (.2) | 1.20 |
| 01/18/15 | AR Stromberg | Review bar date publication notice | .30 |
| 01/19/15 | WA Evanoff | Review solicitation documents and precedent re process | .50 |
| 01/19/15 | LJ Nyhan | Emails with K. Kansa re: plan issues (.3); review revised pleadings re: same (.5) | .80 |
| 01/19/15 | AR Stromberg | Analyze foreign publication notice issues (1.4); email Gibson Dunn regarding same (.9) | 2.30 |
| 01/20/15 | MG Martinez | Revise Disclosure Statement and review for final edits (2.9); further review and revise same (2.0); research regarding injunction issues (0.6); further revise Disclosure Statement (0.3); e-mails regarding same with Disclosure Statement and Plan team (0.6); office conference with D. Twomey (0.3) | 6.70 |
| 01/20/15 | KP Kansa | T/c A. Stromberg re: DS hearing (.2); email A. Stromberg re: DS issues and voting procedures (.3); email K. Coen/D. Lynch/Gibson Dunn/Morgan Lewis on non-Debtor affiliates (.5); review materials on same (.4); email D. Lynch re: DS hearing (.1); further emails to A. Stromberg/D. Twomey on DS preparation and 1/26 hearing (.4) | 1.90 |

SIDLEY AUSTIN LLP

Invoice Number: 35014161
Yarway Corporation

Yarway Restructuring

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 01/20/15 | DM Twomey | E-mails with A. Stromberg regarding publication notice protocol (.30); office conference with M. Martinez regarding disclosure statement status update, research update (.30); e-mails with M. Martinez, A. Stromberg regarding disclosure statement objection deadline, update filings, related issues (.30); analyze same issues (.40) | 1.30 |
| 01/20/15 | LJ Nyhan | Emails with K. Kansa re: plan issues (.2); review Gibson materials (.2) | .40 |
| 01/20/15 | WA Evanoff | Analyze injunction issues (1.2); emails re Disclosure Statement (0.2) | 1.40 |
| 01/20/15 | AR Stromberg | Review and revise plan, plan exhibits, and solicitation procedures (3.0); call with K. Kansa re: disclosure statement hearing (.2); call w/ J.Graves regarding revisions to plan exhibit (.5) | 3.70 |
| 01/20/15 | JC Steen | Review status of plan, disclosure statement and channeling injunction (.30); and review various recent bankruptcy pleadings (.20) | .50 |
| 01/21/15 | KP Kansa | Email A. Stromberg re: Plan exhibits (.1); email D. Twomey re: filing of plan revisions (.1); review S. Zieg revisions to Plan and emails to D. Twomey/A. Stromberg/M. Martinez re: same (.5); draft revisions on disclosure statement and email Sidley team on same (.5); review Plan finalization emails and related documents (.4) | 1.60 |
| 01/21/15 | MG Martinez | Research regarding injunction issues (1.3); office conference with D. Twomey and A. Stromberg regarding revised Plan and Disclosure Statement filing and hearing (0.5); further research regarding injunction issues (0.8); revise Disclosure Statement and notices and distribute same under cover to Plan proponents, ACC and FCR (2.0); further revise Disclosure Statement (1.4); review Disclosure Statement in preparation for updated filing (1.0); conference with A. Stromberg re: same (.5); further research and notes regarding injunction issues (3.7) | 11.20 |
| 01/21/15 | DM Twomey | E-mails with M. Martinez, A. Stromberg regarding updated plan/disclosure statement/exhibit filing (.20); telephone conference with A. Stromberg regarding exhibit changes (.20); e-mails with K. Kansa regarding same (.20); office conference with M. Martinez, A. Stromberg regarding document filing, next steps (.40); review revisions to disclosure statement (.30); provide comments to M. Martinez (.20); review FCR counsel plan comments, cooperation agreement e-mails (.40); e-mails with ACC/FCR counsel regarding further revisions to plan/disclosure statement (.40); review K. Kansa comments to disclosure statement (.20); | 3.80 |

SIDLEY AUSTIN LLP

Invoice Number: 35014161
Yarway Corporation

Yarway Restructuring

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | review and provide comments to notice (.30); e-mails with A. Stromberg, K. Kansa regarding same (.20); review changed pages to plan (.20); e-mails with A. Stromberg, K. Kansa regarding same (.20); review revisions to other plan/disclosure statement exhibits and e-mails with A. Stromberg, M. Martinez, K. Kansa, ACC/FCR/Tyco counsel regarding same (.40) | |
| 01/21/15 | AR Stromberg | Conference w/ M.Martinez and D.Twomey regarding filing revised plan, disclosure statement and solicitation procedures (.5); Review and revise plan, solicitation procedures and notice of filing (4.7); Conference w/ D.Twomey regarding changes to plan exhibit (.2); conference w/ M.Martinez regarding filing procedures (.5); call w/ J.Graves regarding revision to plan exhibit and filing procedures (.5) | 6.40 |
| 01/22/15 | MG Martinez | Research regarding Plan issues (2.0); finalize Disclosure Statement and Plan filings for updated filing on docket (2.1); further research regarding Plan issues (5.9) | 10.00 |
| 01/22/15 | KP Kansa | Review Plan emails (.7); review notice of filing of amended disclosure statement and plan and email A. Stromberg on same (.2); review Plan documents (1.2) | 2.10 |
| 01/22/15 | DM Twomey | E-mails with A. Stromberg, ACC, FCR, Tyco counsel regarding revised Disclosure Statement/voting documents for filing (.50); analyze related issues (.60) | 1.10 |
| 01/22/15 | JC Steen | Review and assess revised plan documents from the channeling injunction perspective (.50); review and assess revised disclosure statement from the channeling injunction perspective (.50); review plan-related documents (.30); confer briefly with B. Evanoff regarding revised plan and DS documents (.30); review brief summary from B. Evanoff of latest plan developments (.30); and review various January 22 Court notices and filings (.30) | 2.20 |
| 01/22/15 | WA Evanoff | Analyze revisions to DS (0.7) and confer with J. Steen re: same (0.3); t/cs with A. Stromberg re DS and solicitation issues (0.9); review filed documents, plan exhibits, hearing agenda (0.8) | 2.70 |
| 01/22/15 | AR Stromberg | Prepare conformed copies of solicitation materials for solicitation packages (1.5); Call w/ K.Stickles regarding confirmation hearing (.5); Emails w/ Logan regarding confirmation hearing publication notice (.4); prepare conformed copy of notice (.6); Calls w/ B.Evanoff regarding plan and disclosure statement changes and disclosure statement hearing (.9); finalize revised plan, disclosure statement and voting procedures and review and revise agenda for hearing (1.0) | 4.90 |

SIDLEY AUSTIN LLP

Invoice Number:  35014161
Yarway Corporation

Yarway Restructuring

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 01/23/15 | MG Martinez | Research regarding Plan issues (1.9); review articles regarding same (2.0); review cases regarding same (1.4) | 5.30 |
| 01/23/15 | KP Kansa | T/c D. Twomey re: conduct of 1/26 hearing (.1); t/c K. Maclay re: same (.2); email E. Harron re: pre-meeting on January 26 (.1); email D. Lynch/M. Rosenthal/J. Graves re: same (.2); email A. Stromberg re: charges for foreign notice program (.2); review Plan materials in preparation for 1/26 hearing (1.7); office conference with A. Stromberg on conduct of 1/26 hearing and preparation (.3); t/c K. Stickles re: 1/26 hearing (.2) | 3.00 |
| 01/23/15 | DM Twomey | Telephone conference with K. Kansa regarding upcoming DS/solicitation hearing (.10); review portions of DS and otherwise prepare for hearing (1.0) | 1.10 |
| 01/23/15 | JC Steen | Review recent plan, disclosure statement release document developments (.30); and review agenda for January 26 Bankruptcy Court hearing (.20) | .50 |
| 01/23/15 | LJ Nyhan | Review plan of reorganization support letter and related materials | .30 |
| 01/23/15 | WA Evanoff | Review filed documents re hearing (0.2); review ACC/FCR proposed support letter and email re same (0.3) | .50 |
| 01/23/15 | AR Stromberg | Call w/ K.Stickles regarding disclosure statement hearing (.5); conference w/ K.Kansa regarding disclosure statement hearing and presentation of solicitation procedures motion (.3); emails w/ Logan regarding publication notice (.5); emails w/ Yarway and Tyco regarding signature pages for plan and disclosure statement (.3); Draft presentation of proposed solicitation procedures and revisions to plan documents (2.9); review ACC/FCR letter in support of plan (.4) | 4.90 |
| 01/25/15 | KP Kansa | Email A. Stromberg re: ACC/FCR letter in support of Plan (.1); email M. Rosenthal re: structure of confirmation hearing (.2); email K. Maclay re: conduct of 1/26 hearing (.1); emails to K. Stickles re: same (.1); review materials in preparation for disclosure statement hearing (.9); conferences with D. Twomey re: disclosure statement hearing (.3) | 1.70 |
| 01/25/15 | DM Twomey | Review solicitation and disclosure statement materials and prepare for hearing (.80); discussions with K. Kansa regarding same (.30) | 1.10 |
| 01/25/15 | LJ Nyhan | Review correspondence re: plan issue | .30 |
| 01/25/15 | AR Stromberg | Prepare documents for disclosure statement hearing (1.3) and draft presentation describing proposed solicitation procedures and revisions to documents (3.7) | 5.00 |

SIDLEY AUSTIN LLP

Invoice Number:  35014161
Yarway Corporation

Yarway Restructuring

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 01/26/15 | MG Martinez | Prepare final documentation for certification filing regarding Disclosure Statement hearing (1.5); work on Disclosure Statement order changes (0.4); research regarding Plan issues (3.8); revise Disclosure Statement in preparation for order entry (1.1) | 6.80 |
| 01/26/15 | KP Kansa | Prepare for disclosure statement hearing (1.2); pre-meetings for disclosure statement hearing with D. Twomey/A. Stromberg/Tyco/ACC/FCR (1.5); conferences re: cancellation of disclosure statement hearing and Judge's entry of orders (.2); conferences with D. Twomey and A. Stromberg on implementation of orders following hearing (.5); email D. Lynch on confirmation hearing (.1); emails to K. Stickles re: same (.1); email L. Nyhan and R. O'Malley on entry of orders (.1); review publication notice and email A. Stromberg on same (.1); review emails on disclosure statement hearing follow up and related points (.5) | 4.30 |
| 01/26/15 | DM Twomey | Prepare for hearing (1.0); meeting with client, Tyco counsel, K. Kansa, A. Stromberg regarding hearing planning/preparation (1.0); meeting with ACC, FCR, Tyco counsel, client, K.Kansa, A. Stromberg in advance of hearing (.50); review updated solicitation order and discussions with A. Stromberg, K. Kansa regarding same (.50) | 3.00 |
| 01/26/15 | LJ Nyhan | Review K. Kansa memo re: DS hearing and related materials | .20 |
| 01/26/15 | JC Steen | Review status of January 26 hearing (.30); confer with A. Stromberg regarding hearing developments and plan solicitation developments (.30); review and respond to e-mails from B. Evanoff regarding recent bankruptcy developments (.30); and review various bankruptcy pleadings and court notices re: same (.40) | 1.30 |
| 01/26/15 | WA Evanoff | Internal correspondence re DS hearing (0.3); review multiple filings re DS, related issues (1.0) | 1.30 |
| 01/26/15 | RF O'Malley | Review and reply to K. Kansa email regarding court hearing on disclosure statement | .30 |
| 01/26/15 | AR Stromberg | Review and revise solicitation procedures order and exhibits and certificate of counsel respecting filing of proposed order and exhibits (2.0); Prepare for presentation at disclosure statement hearing (1.4); Conference w/ K.Kansa, D.Twomey, Gibson Dunn and D.Lynch regarding plan for disclosure statement hearing and next steps for solicitation and confirmation process (1.0); Conference w/ counsel to ACC and FCR regarding disclosure statement hearing and next steps (.5); Revise plan, solicitation materials, and notices for solicitation (2.9); call w/ Logan regarding publication notice issues (.4); conferences with J. Steen re: DS hearing and next | 9.00 |

SIDLEY AUSTIN LLP

Invoice Number: 35014161
Yarway Corporation

Yarway Restructuring

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | steps (.3); review proposed DS and solicitation order and conference with D. Twomey and K. Kansa re: same (.5) | |
| 01/27/15 | MG Martinez | Analyze open issues regarding Plan & Disclosure Statement (0.3); office conference with A. Stromberg regarding Disclosure Statement solicitation (0.4); update Disclosure Statement to comport with order and minor plan edits (1.2); office conference with D. Twomey regarding solicitation (0.2); research regarding Plan issues (1.0) | 3.10 |
| 01/27/15 | DM Twomey | E-mails regarding entry of solicitation procedures order and review of same (.30); office conference with M. Martinez regarding plan research (.20); review and update disclosure statement materials and files after D.S. approval (.30) | .80 |
| 01/27/15 | KP Kansa | Emails to A. Crider regarding list of non-Debtor affiliates (.2); email R. O'Malley regarding confirmation timetable (.1); telephone call R. O'Malley regarding Plan status and confirmation issues (.4); review A. Stromberg update on solicitation status (.1); email to K. Coen and D. Lynch regarding non-Debtor affiliates (.2) | 1.00 |
| 01/27/15 | WA Evanoff | Review filed orders re DS, solicitation (0.7); internal emails re Plan documents and assess same (0.6); consider issue re notice protocol and internal emails re same (1.3) | 2.60 |
| 01/27/15 | RF O'Malley | Telephone conference with K. Kansa regarding 1/26 hearing and plan issues (.40); review time line of plan confirmation (.40) | .80 |
| 01/27/15 | AR Stromberg | Prepare conformed copies of solicitation materials (2.1); revise plan for solicitation (.3); conference with M. Martinez re: same (.4); emails w/ B.Evanoff regarding notice issues for solicitation (.3); call w/ Logan regarding publication of confirmation hearing notice (.4) | 3.50 |
| 01/27/15 | JC Steen | Review disclosure statement approval order (.50); assess plan confirmation notice and due process issues (.40) | .90 |
| 01/28/15 | MG Martinez | Finalize signature pages for documents (0.1); final reviews of Disclosure Statement to file and exhibit (0.8); analyze cases regarding Plan issues (2.1) | 3.00 |
| 01/28/15 | JC Steen | Review and analyze plan confirmation notice and due process issues (.40); office conference with B. Evanoff regarding follow-up due process issues (.30); and review various bankruptcy court notices and filings (.30) | 1.00 |
| 01/28/15 | WA Evanoff | Conference with A. Stromberg, G. King re Plan solicitation and notice issues (1.8); prepare analysis re notice issues (1.1); t/cs with A. Stromberg re solicitation issue (0.6); t/c with K. Kansa re same (0.2); office conference with J. Steen (0.3) | 4.00 |

SIDLEY AUSTIN LLP

Invoice Number: 35014161
Yarway Corporation

Yarway Restructuring

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 01/28/15 | DM Twomey | Analyze issues related to Plan issues | .70 |
| 01/28/15 | AR Stromberg | Prepare conformed copies of plan, disclosure statement and exhibits for filing and solicitation (1.4); emails w/ Logan regarding solicitation process (.9); review service lists for solicitation (.7); Conference w/ B.Evanoff & G.King regarding solicitation notice issues (1.8); call w/ J.Graves regarding same (.4); emails w/ K.Kansa regarding same (.2); follow-up calls w/ B.Evanoff regarding same (.6) | 6.00 |
| 01/28/15 | GM King | Review materials re: past notice protocol (0.8); review solicitation procedures order (0.2); meeting with W. Evanoff and A. Stromberg re: solicitation procedures (1.8) | 2.80 |
| 01/28/15 | KP Kansa | Emails with A. Stromberg on solicitation status | .20 |
| 01/29/15 | KP Kansa | T/c Pentair, D. Twomey, A. Stromberg re: non-Debtor affiliates (.3); t/c A. Stromberg re: solicitation status (.1); email D. Twomey and A. Stromberg re: Exhibit G (.1) | .50 |
| 01/29/15 | MG Martinez | Review notes regarding research to prepare for meeting with D. Twomey | .40 |
| 01/29/15 | JC Steen | Review and assess plan confirmation notice and due process issues (.30); review executive summary from B. Evanoff regarding plan solicitation and due process issues (.30); review plan notice forms (.30); confer with B. Evanoff regarding strategic notice issues and adversary proceeding data (.30); and review latest bankruptcy pleadings (.30) | 1.50 |
| 01/29/15 | WA Evanoff | Confer with A. Stromberg re notice protocol (0.2); c/c with A. Stromberg, K. Poe re same (0.3); email J. Steen re notice issue (0.2); confer with J. Steen re: same (0.3); t/c with A. Stromberg, G. King re solicitation process (0.5) | 1.50 |
| 01/29/15 | AR Stromberg | Analyze notice issues for solicitation (8.5); calls with K. Kansa re: same (.1); calls with B.Evanoff and K.Poe regarding same (.5); calls w/ G. King and B. Evanoff re: notice issues (.5); call w/ Pentair, K.Kansa and D.Twomey regarding non-debtor affiliates (.3) | 9.90 |
| 01/29/15 | GM King | Call with W. Evanoff and A. Stromberg re: notice procedures | .50 |
| 01/29/15 | DM Twomey | Prepare for call with Pentair counsel regarding plan (.30); conference call with K. Kansa, A. Stromberg, Pentair representative, Pentair counsel regarding plan (.30) | .60 |
| 01/30/15 | KP Kansa | Email K. Coen/D. Lynch/Gibson Dunn on UST inquiry on plan (.2); review foreign notice program emails and email A. Stromberg regarding same (.3) | .50 |
| 01/30/15 | JC Steen | Review and analyze plan confirmation notice and due process issues (.30); office conference with B. Evanoff regarding | 2.80 |

SIDLEY AUSTIN LLP

Invoice Number:  35014161
Yarway Corporation

Yarway Restructuring

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | open plan solicitation and due process issues (1.20); review latest B. Evanoff due diligence materials regarding open due process items and plaintiff notice protocol (.50); office conference with A. Stromberg and B. Evanoff regarding strategic notice issues and latest tort system data (.80) | |
| 01/30/15 | DM Twomey | Discussions with A. Stromberg regarding solicitation issues (.20); analyze same (.20); review e-mail questions from UST and analyze potential responses to same (.80) | 1.20 |
| 01/30/15 | AR Stromberg | Analyze notice issues for solicitation (5.5); conference w/ D. Twomey re: same (.2); conference w/ J.Steen and B.Evanoff regarding same (.8); calls w/ B.Evanoff regarding same (1.1) | 7.60 |
| 01/30/15 | WA Evanoff | T/c with A. Stromberg re solicitation issues (0.8); review filed documents re same (0.2); assess notice issue (0.4); further t/c with A. Stromberg re solicitation (0.3); confer with J. Steen re notice issue and address same (1.2); o/c with J. Steen, A. Stromberg re solicitation (0.8) | 3.70 |
| 01/31/15 | AR Stromberg | Emails w/ Logan regarding foreign notice procedures | .30 |
| | | **Task Subtotal**               **$263,238.00** | **325.40** |
| | | **05 Tax Matters** | |
| 01/30/15 | DM Twomey | Review tax agreement | .20 |
| | | **Task Subtotal**               **$180.00** | **.20** |
| | | **06 Claims Processing** | |
| 01/08/15 | KP Kansa | Email K. Stickles re: bar date order | .10 |
| 01/08/15 | DM Twomey | E-mails with K. Stickles, K. Kansa regarding bar date order | .20 |
| 01/12/15 | WA Evanoff | Review date order and related issue | .40 |
| 01/12/15 | JC Steen | Review claims bar date pleadings | .40 |
| 01/13/15 | KP Kansa | Email A. Stromberg re entry of bar date order | .10 |
| 01/13/15 | AR Stromberg | Review order establishing bar date and finalize mailing and publication notices | 1.50 |
| 01/14/15 | KP Kansa | Review bar date notice and provide comments on same to A. Stromberg | .30 |
| 01/14/15 | AR Stromberg | Review and finalize mailed and publication bar date notices | .90 |
| 01/15/15 | AR Stromberg | E-mails w/ Logan regarding bar date publication notice (.2); Revise bar date publication notice (.8) | 1.00 |
| 01/16/15 | DM Twomey | Office conference with A. Stromberg regarding bar date notice/claims issues (.30); analyze same issues (.40) | .70 |
| 01/16/15 | AR Stromberg | Review and analyze notice issues for bar date (2.4); | 2.70 |

SIDLEY AUSTIN LLP

Invoice Number: 35014161
Yarway Corporation

Yarway Restructuring

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | conference with D. Twomey re: same (.3) | |
| 01/21/15 | AR Stromberg | Emails w/ Logan regarding publishing bar date notice | .30 |

**Task Subtotal**      **$6,768.00**      **8.60**

**07 Asbestos-Related Issues**

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 01/20/15 | KP Kansa | Email E. Harron re: establishing trust | .10 |
| 01/20/15 | AR Stromberg | Review precedent regarding establishing and funding trust | 1.30 |
| 01/21/15 | KP Kansa | Email K. Coen/D. Lynch/Gibson/Sidley re: funding of trust expenses (.5); review A. Stromberg email re: same (.1); email E. Harron re: same (.2) | .80 |
| 01/21/15 | RF O'Malley | Review ACC FCR request for trust fees (.30); review K. Kansa and M. Rosenthal emails regarding same (.20) | .50 |
| 01/21/15 | LJ Nyhan | Assess asbestos request to fund trust expenses (.4); review K. Kansa memo re: same (.2) | .60 |
| 01/21/15 | DM Twomey | E-mails with K. Kansa, Tyco counsel, Yarway regarding Trust fee motion, related issues (.30); analyze same issues (.30) | .60 |
| 01/22/15 | DM Twomey | E-mails with ACC, FCR and Tyco counsel re cooperation agreement (.20); e-mails with same parties regarding pre-funding trust costs (.20) | .40 |
| 01/22/15 | KP Kansa | Email M. Rosenthal/Yarway/Tyco/Sidley on advancement of funds to asbestos trust | .20 |
| 01/26/15 | KP Kansa | Email B. Edwards on Pentair call (.1); email A. Crider re: same (.2); email D. Lynch re: Garlock document (.1) | .40 |
| 01/27/15 | LJ Nyhan | Evaluate asbestos trustee issues | .40 |
| 01/27/15 | KP Kansa | Email M. Rosenthal and D. Lynch regarding notice from Garlock to Yarway (.1); email Sidley team regarding CV for asbestos trustee (.1) | .20 |
| 01/27/15 | RF O'Malley | Review information regarding proposed trustee (.80); draft email to D. Lynch regarding proposed trustee (.20) | 1.00 |
| 01/28/15 | KP Kansa | Emails to D. Lynch regarding cooperation agreement and asbestos trustee | .20 |
| 01/28/15 | DM Twomey | Review information regarding Trustee for 524(g) trust | .20 |
| 01/29/15 | KP Kansa | Emails with M. Rosenthal re: cooperation agreement (.2); t/c S. Levine re: same (.1) | .30 |
| 01/29/15 | DM Twomey | E-mails with K. Kansa, Tyco counsel regarding cooperation agreement (.20); analyze related issues (.20) | .40 |
| 01/29/15 | LJ Nyhan | Email to K. Kansa re: asbestos Trustee issues (.1); assess | .30 |

SIDLEY AUSTIN LLP

Invoice Number:  35014161
Yarway Corporation

Yarway Restructuring

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | asbestos Trustee issues (.2) | |
| 01/30/15 | KP Kansa | Email D. Twomey and A. Stromberg regarding cooperation agreement | .10 |
| 01/30/15 | DM Twomey | E-mails with K. Kansa, Tyco counsel regarding cooperation agreement | .40 |
| | | **Task Subtotal**          **$7,776.00** | **8.40** |
| | | **09 Business Operations** | |
| 01/20/15 | DM Twomey | Review/analyze Chagrin operating agreement, financial information, related materials | 1.20 |
| 01/21/15 | DM Twomey | Review/analyze Chagrin operating agreement, financial information, related materials | 1.30 |
| | | **Task Subtotal**          **$2,250.00** | **2.50** |
| | | **10 Case Administration** | |
| 01/02/15 | DM Twomey | E-mails with L. Slaby regarding data room update | .20 |
| 01/02/15 | SL Summerfield | Review bankruptcy case re pleadings (.20); review and revise third party fee applications (.30) | .50 |
| 01/07/15 | SL Summerfield | Review third party pleadings for A. Stromberg | .30 |
| 01/09/15 | SL Summerfield | Review bankruptcy case re pleadings (.10); prepare email with PDF files to T. Deron for A. Stromberg (.30); revise chart re same (.10) | .50 |
| 01/12/15 | SL Summerfield | Review bankruptcy case re pleadings (.40); prepare email with PDF files to T. Deron for A. Stromberg (1.40); revise chart re same (.20) | 2.00 |
| 01/13/15 | KP Kansa | Draft updated timetable and projections at B. Zhang request and circulate same to Sidley team with comment (1.5); forward same to B. Zhang with comment (.5) | 2.00 |
| 01/15/15 | SL Summerfield | Review bankruptcy case re pleadings (.30); prepare email with PDF files to T. Deron for A. Stromberg and L. Slaby (1.20) | 1.50 |
| 01/16/15 | SL Summerfield | Review bankruptcy case re pleadings (.30); prepare email with PDF files to T. Deron for A. Stromberg (1.0) | 1.30 |
| 01/20/15 | AR Stromberg | Prepare monthly operating report | 1.00 |
| 01/21/15 | KP Kansa | Review Yarway monthly operating report and email A. Stromberg re: same | .30 |
| 01/21/15 | AR Stromberg | Prepare and file monthly operating report | .90 |
| 01/22/15 | MG Martinez | Office conference with A. Stromberg regarding case status | .20 |

SIDLEY AUSTIN LLP

Invoice Number:  35014161
Yarway Corporation

Yarway Restructuring

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 01/22/15 | SL Summerfield | Review bankruptcy case re pleadings for A. Stromberg | .30 |
| 01/22/15 | AR Stromberg | Conference with M. Martinez regarding status of case and next steps | .20 |
| 01/23/15 | SL Summerfield | Review bankruptcy case re pleadings for A. Stromberg | .30 |
| 01/27/15 | SL Summerfield | Review bankruptcy case re pleadings for A. Stromberg | .40 |
| 01/28/15 | SL Summerfield | Review bankruptcy case re pleadings (.30); prepare email with PDF file to T. Deron for A. Stromberg (.40); revise chart re same (.30) | 1.00 |
| | | **Task Subtotal**          **$5,907.50** | **12.90** |
| | | **14 Fee Applications** | |
| 01/02/15 | LH Slaby | Draft seventh quarterly application (1.2); edit and send the November fee application to K. Kansa and D. O'Malley (0.2); draft and send email to C. Jun regarding fee applications (0.7) | 2.10 |
| 01/05/15 | DJ Lutes | Prepare monthly fee application | .40 |
| 01/06/15 | DJ Lutes | Prepare monthly fee application (2.9); emails to K. Kansa re: same (.3); emails with billing specialist re: same (.2) | 3.40 |
| 01/06/15 | RF O'Malley | Review November fee application | .50 |
| 01/06/15 | KP Kansa | Review Yarway fee application materials and revise (.7); email D. Lutes re: same (.1) | .80 |
| 01/07/15 | DJ Lutes | Prepare monthly fee application for November (.3); prepare monthly fee application for December (.5) | .80 |
| 01/08/15 | DJ Lutes | Prepare monthly fee application for December (.6); email with billing specialist re: same (.1) | .70 |
| 01/09/15 | DJ Lutes | Prepare monthly fee application for November (1.9); prepare monthly fee application for December (.8); emails to L. Diaz re: same (.2) | 2.90 |
| 01/09/15 | RF O'Malley | Review and revise fee application pro forma | .50 |
| 01/12/15 | DJ Lutes | Prepare monthly fee application (1.8); coordinate filing and service with co-counsel (.5); emails with L. Diaz re: same (.3); emails with K. Kansa re: same (.1) | 2.70 |
| 01/12/15 | KP Kansa | Email D. Lutes re: Yarway fee application | .10 |
| 01/13/15 | DJ Lutes | Prepare monthly fee application (1.8); call with A. Stromberg re: same (.3) | 2.10 |
| 01/13/15 | AR Stromberg | Call w/ D.Lutes regarding 20th monthly fee application | .30 |
| 01/14/15 | DJ Lutes | Prepare monthly fee application including review of costs (1.8); emails with A. Stromberg re: same (.2); emails with L. | 2.20 |

**SIDLEY AUSTIN** LLP

Invoice Number: 35014161
Yarway Corporation

Yarway Restructuring

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | Diaz re: same (.2) | |
| 01/14/15 | AR Stromberg | Review December pro forma | .40 |
| 01/15/15 | DJ Lutes | Prepare monthly fee application materials (.5); emails with L. Diaz re: same (.2) | .70 |
| 01/15/15 | AR Stromberg | Review December pro forma | 1.00 |
| 01/20/15 | DJ Lutes | Prepare monthly fee application | .90 |
| 01/20/15 | AR Stromberg | Review and comment on December pro forma | 1.20 |
| 01/21/15 | DJ Lutes | Prepare monthly fee application materials (1.2); email to A. Stromberg re: same (.1) | 1.30 |
| 01/21/15 | AR Stromberg | Review and comment on December pro forma | 1.00 |
| 01/22/15 | AR Stromberg | Review and comment on December pro forma | 3.40 |
| 01/23/15 | DJ Lutes | Prepare monthly fee application materials (2.6); email with A. Stromberg re: same (.2); tcs with billing specialists re: same (.3) | 3.10 |
| 01/23/15 | AR Stromberg | Email w/ D.Lutes regarding fee application | .20 |
| 01/26/15 | DJ Lutes | Review monthly fee application materials (.4); correspond with L. Diaz re: same (.1) | .50 |
| 01/27/15 | DJ Lutes | Prepare monthly fee application for December (2.5); confer with A. Stromberg re: same (.2); review monthly fee application materials re: same (.5) | 3.20 |
| 01/27/15 | AR Stromberg | Review and comment on December invoices for 20th monthly application (1.0); conference with D. Lutes re: same (.2) | 1.20 |
| 01/28/15 | DJ Lutes | Prepare monthly fee application materials for December (1.6); email with L. Diaz re: same (.1); prepare email summary to A. Stromberg and draft materials for final review (.2) | 1.90 |
| 01/28/15 | KP Kansa | Review and comment on fee application draft (.9); office conference with A. Stromberg on same (.1) | 1.00 |
| 01/30/15 | DJ Lutes | Prepare monthly fee application materials for December (.3); emails with L. Diaz re: same (.1) | .40 |
| | | **Task Subtotal**          **$20,234.00** | **40.90** |
| | | **17 Adversary Proceedings** | |
| 01/02/15 | SL Summerfield | Review adversary case docket for B. Myrick | .30 |
| 01/08/15 | JC Steen | Review various Debtor bankruptcy pleadings | .30 |
| 01/15/15 | SL Summerfield | Review adversary case docket for G. King | .30 |

**SIDLEY AUSTIN** LLP

Invoice Number:  35014161
Yarway Corporation

Yarway Restructuring

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 01/20/15 | KP Kansa | Emails to K. Stickles re: answer deadline | .10 |
| 01/20/15 | JC Steen | Review and respond to K. Stickles inquiries regarding status of adversary proceeding (.30); review various e-mails from K. Kansa and B. Evanoff regarding same (.30); prepare strategic advice regarding extension of adversary proceeding response deadline (.30); review draft extension stipulation and related pleadings from K. Stickles (.30); briefly confer with K. Stickles regarding completion and filing of pleadings (.30) | 1.50 |
| 01/20/15 | WA Evanoff | Review correspondence re adversary status issue (0.2); emails with K. Stickles, internal re deadline extension (0.2) | .40 |
| 01/21/15 | KP Kansa | Review documents on extension of answer deadline and email K. Stickles re: same | .10 |
| 01/21/15 | JC Steen | Review and respond to K. Stickles inquiries regarding status of adversary proceeding (.30); analyze issues regarding extension of adversary proceeding response deadline (.30); review revised draft extension stipulation and related pleadings from K. Stickles (.30); briefly confer with K. Stickles regarding completion and filing of pleadings (.30); review various e-mails from ACC and FCR counsel regarding extension (.30); review and respond to inquiries from B. Evanoff regarding adversary proceeding (.30); and review recent filings re: same (.20) | 2.00 |
| 01/21/15 | WA Evanoff | Review draft stipulation and multiple emails from Sidley team re same | .40 |
| 01/22/15 | JC Steen | Review court order approving extension of adversary proceeding response deadline | .30 |
| 01/27/15 | JC Steen | Emails with B. Evanoff regarding follow-up due process issues relating to adversary complaint service (.30); and review recently filed bankruptcy pleadings (.30) | .60 |
| 01/28/15 | SL Summerfield | Review adversary case docket and email updates to G. King and C. Jun | .30 |

|  | **Task Subtotal** | **$6,068.50** | **6.60** |
|--|--|--|--|
|  | **Total Hours for all Tasks** |  | **423.50** |

SIDLEY AUSTIN LLP

Invoice Number:  35014161
Yarway Corporation

Yarway Restructuring

E X P E N S E   D E T A I L

| Date | Narrative | Amount |
|------|-----------|--------|
| 01/08/15 | 01/07/15-Duplicating Charges (Color) Time:  9:39:00 | $29.07 |
| 01/10/15 | 01/09/15-Duplicating charges Time: 16:58:00 | 1.00 |
| 01/14/15 | 01/13/15-Duplicating charges Time: 14:09:00 | .10 |
| 01/14/15 | 01/13/15-Telephone Call (Non-Local) To: 13025716655 | 1.35 |
| 01/21/15 | 01/20/15-Telephone Call (Non-Local) To: 13026512001 | 4.05 |
| 01/21/15 | 01/20/15-Telephone Call (Non-Local) To: 13032985760 | 1.80 |
| 01/21/15 | 01/20/15-Duplicating Charges (Color) Time: 14:49:00 | 29.64 |
| 01/22/15 | 01/21/15-Telephone Call (Non-Local) To: 13026512001 Wilmington, DE | 3.15 |
| 01/22/15 | 01/01/15-Monthly Electronic Data Storage Fee 6.70 GB @    $5.00 | 33.50 |
| 01/23/15 | 01/22/15-Duplication charges Time: 11:40:00 | .20 |
| 01/24/15 | 12/09/14-Telephone Charges Conference Call Customer: HKK2166 KENNETH P KANSA | 18.87 |
| 01/24/15 | 01/23/15-Telephone Call (Non-Local) To: 13026512001 Wilmington, DE | 1.50 |
| 01/24/15 | 12/04/14-Telephone Charges Conference Call Customer: HKK3940 KENNETH P KANSA | .57 |
| 01/24/15 | 12/15/14-Telephone Charges Conference Call Customer: HKK6873 KENNETH P KANSA | 19.79 |
| 01/24/15 | 12/19/14-Telephone Charges Conference Call Customer: HKK3934 KENNETH P KANSA | 4.76 |
| 01/24/15 | 12/22/14-Telephone Charges Conference Call Customer: MAS6979 ALLISON R STROMBERG | 1.62 |
| 01/24/15 | 01/23/15-Telephone Call (Non-Local) To: 13026512001 Wilmington, DE | 3.60 |
| 01/27/15 | 01/25/15-01/26/15 Chicago to Philadelphia - Jan 15, 2015 - Kenneth P. Kansa - Roundtrip economy airfare between Chicago and Philadelphia in connection with travel to attend disclosure statement hearing | 626.20 |
| 01/27/15 | 01/25/15-01/26/15 Chicago to Philadelphia - Jan 15, 2015 - Kenneth P. Kansa - Agent Fee in connection with travel to attend disclosure statement hearing | 41.00 |
| 01/27/15 | 01/25/15-01/26/15 Chicago to Philadelphia - Jan 26, 2015 - Kenneth P. Kansa - Agent Fee in connection with travel to attend disclosure statement hearing | 41.00 |

SIDLEY AUSTIN LLP

Invoice Number: 35014161
Yarway Corporation

Yarway Restructuring

| Date | Narrative | Amount |
|------|-----------|-------:|
| 01/27/15 | 01/25/15-01/26/15 Chicago to Philadelphia - Jan 25, 2015 - Kenneth P. Kansa - Taxi/Car Service from Philadelphia airport to Wilmington hotel on 1/25/15 in connection with travel to attend disclosure statement hearing (Uber ride with Dennis Twomey) - To/From Airport | 78.00 |
| 01/27/15 | 01/25/15-01/26/15 Chicago to Philadelphia - Jan 26, 2015 - Kenneth P. Kansa - Taxi/Car Service from O'Hare airport to residence in connection with travel to attend disclosure statement hearing - To/From Airport | 35.00 |
| 01/27/15 | 01/25/15-01/26/15 Chicago to Philadelphia - Jan 26, 2015 - Kenneth P. Kansa - Lodging for one night in Wilmington includes $159 room rate, $12.72 State Occupancy Tax and $3.18 City Tax in connection with travel to attend disclosure statement hearing | 174.90 |
| 01/28/15 | 01/27/15-Telephone Call (Non-Local) To: 13026512001 Wilmington, DE | 2.85 |
| 01/28/15 | 01/26/15-Duplicating Charges (Color) Time: 19:55:00 | 29.07 |
| 01/28/15 | 01/27/15-Duplicating Charges (Color) Time: 10:28:00 | 27.93 |
| 01/28/15 | 01/25/15-01/26/15 Chicago to Wilmington - Jan 21, 2015 - Dennis M. Twomey - Roundtrip economy airfare between Chicago and Philadelphia in connection with travel for Hearing Attendance | 626.20 |
| 01/28/15 | 01/25/15-01/26/15 Chicago to Wilmington - Jan 21, 2015 - Dennis M. Twomey - Agent Fee in connection with travel for Hearing Attendance | 41.00 |
| 01/28/15 | 01/25/15-01/26/15 Chicago to Wilmington - Jan 26, 2015 - Dennis M. Twomey - Agent Fee in connection with travel for Hearing Attendance | 41.00 |
| 01/28/15 | 01/25/15-01/26/15 Chicago to Wilmington - Jan 26, 2015 - Dennis M. Twomey - Parking at O'Hare airport in connection with travel for Hearing Attendance - To/From Airport | 35.00 |
| 01/28/15 | 01/25/15-01/26/15 Chicago to Wilmington - Jan 26, 2015 - Dennis M. Twomey - Lunch for two attendees (D. Twomey and K. Kansa) in Philadelphia on 1/26/15 in connection with travel for Hearing Attendance | 21.34 |
| 01/28/15 | 01/25/15-01/26/15 Chicago to Wilmington - Jan 26, 2015 - Dennis M. Twomey - Lodging for one night in Wilmington includes $159 room rate, $12.72 State Occupancy Tax and $3.18 City Tax in connection with travel for  Hearing Attendance | 174.90 |
| 01/31/15 | 01/30/15-Telephone Call (Non-Local) To: 13026512001 Wilmington, DE | 1.35 |
| 01/31/15 | 01/30/15-Telephone Call (Non-Local) To: 13032985760 Denver, CO | 1.05 |
| | **Total Expenses** | **$2,152.36** |