

**SIDLEY AUSTIN LLP**
ONE SOUTH DEARBORN
CHICAGO, IL 60603
(312) 853 7000
(312) 853 7036 FAX

BEIJING        HONG KONG     SAN FRANCISCO
BOSTON         HOUSTON       SHANGHAI
BRUSSELS       LONDON        SINGAPORE
CHICAGO        LOS ANGELES   SYDNEY
DALLAS         NEW YORK      TOKYO
GENEVA         PALO ALTO     WASHINGTON, D.C.

FOUNDED 1866

March 27, 2015

FEDERAL ID 36-

Mr. Kevin J. Coen
Yarway Corporation
10707 Clay Road
Suite 200
Houston, TX 77041

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 35014599
Client Matter 57367-30020

Re: Yarway Restructuring

For professional services rendered through February 28, 2015 re
Yarway Restructuring

| | |
|---|---|
| Fees | $231,576.50 |
| Expenses | 1,300.75 |
| **Total Due This Bill** | **$232,877.25** |

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois 60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number:
ABA Number:
Swift Code:

Payment is Due Within 30 Days of Receipt of Invoice

SIDLEY AUSTIN LLP

Invoice Number:  35014599
Yarway Corporation

Yarway Restructuring

## TASK DETAIL

| Date | Name | Narrative | Hours |
|---|---|---|---|
| | | **03 Plan and Disclosure Statement** | |
| 02/01/15 | WA Evanoff | Emails with Morgan Lewis, internal re solicitation and notice issues | 1.00 |
| 02/01/15 | AR Stromberg | Review emails regarding foreign publications (.5); Review lists of plaintiff firms for service of solicitation packages and emails to K.Poe regarding same (1.5) | 2.00 |
| 02/02/15 | MG Martinez | Office conference with D. Twomey regarding research | 1.10 |
| 02/02/15 | KP Kansa | Email R. Schepacarter re: questions on Plan (.1); teleconference to A. Stromberg re: solicitation status (.2); review solicitation emails (.6) | .90 |
| 02/02/15 | DM Twomey | Office conference with M. Martinez regarding research, related issues and next steps (1.1); analyze related issues (.20); e-mails with Pentair counsel regarding plan exhibit (.20) | 1.50 |
| 02/02/15 | JC Steen | Assess latest plan confirmation notice and related developments (.50); office conference with B. Evanoff regarding open plan solicitation and notice issues (.50); review latest B. Evanoff due diligence materials regarding open notice items and plaintiff notice protocol (.30); prepare strategic advice regarding same (.30); office conference with A. Stromberg and B. Evanoff regarding strategic notice issues and latest tort system data (.50); and review latest bankruptcy notices (.20) | 2.30 |
| 02/02/15 | WA Evanoff | Assess emails and documents re notice protocol (0.5); confer with A. Stromberg re same (0.5); office conference with J. Steen and A. Stromberg re solicitation issues (0.5) | 1.50 |
| 02/02/15 | AR Stromberg | Review and analyze service lists for solicitation packages (2.4); Emails with K.Poe, B.Evanoff, and K.Logan regarding same (1.0); emails w/ client regarding foreign notice issues (.4); office conference with B. Evanoff and J. Steen re: notice issues (.5); teleconference with K. Kansa re: solicitation status (.2) | 4.50 |
| 02/03/15 | KP Kansa | Teleconference to A. Stromberg re: solicitation status | .10 |
| 02/03/15 | JC Steen | Review and assess plan confirmation notice issues (.30); review various e-mails from B. Evanoff and A. Stromberg regarding notice protocol (.30); and review latest notices (.20) | .80 |
| 02/03/15 | WA Evanoff | Follow up with A. Stromberg re solicitation (0.5); review documents re notice (0.5) | 1.00 |

**SIDLEY AUSTIN** LLP

Invoice Number:  35014599
Yarway Corporation

Yarway Restructuring

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 02/03/15 | AR Stromberg | Call w/ K.Stickles regarding confirmation hearing (.3); Call w/ B.Evanoff regarding solicitation issues (.5); emails w/ Logan regarding publication notices (.4); call w/ T.Deron regarding notice publication (.1); review publication notices (.6); teleconference with K. Kansa re solicitation status (.1) | 2.00 |
| 02/04/15 | C Jun | Confer w/ K. Kansa on findings of fact and conclusions of law (.1); begin preliminary research re: same (.1) | .20 |
| 02/04/15 | KP Kansa | Teleconference C. Craige re: findings of fact/conclusions of law (.1); office conference C. Jun re: preparation of same (.1); conference with L. Nyhan re: plan (.2) | .40 |
| 02/04/15 | LJ Nyhan | Conference with K. Kansa re: plan (.2); review A. Stromberg memo (.2) | .40 |
| 02/04/15 | JC Steen | Review updates regarding plan solicitation and notice issues | .50 |
| 02/04/15 | CM Craige | Conference with K. Kansa re findings and conclusions (.1); prepare materials re same (.5) | .60 |
| 02/05/15 | MG Martinez | Follow-up research for D. Twomey regarding plan issues (2.7); confer with C. Jun re: findings of fact/conclusions of law (.1) | 2.80 |
| 02/05/15 | LJ Nyhan | Conference with K. Kansa, review related plan materials | .40 |
| 02/05/15 | C Jun | Research re: findings of fact/conclusions of law draft (.3); review precedential documents (1); confer w/ M. Martinez on draft protocol (.1); confer w/ A. Stromberg on same (.5); email D. Hines re: precedential documents (.2); review Yarway plan confirmation documents (.2) | 2.30 |
| 02/05/15 | JC Steen | Review correspondence from A. Stromberg regarding plan notice issues (.30); and review recent bankruptcy notices (.30) | .60 |
| 02/05/15 | DM Twomey | Analyze issues regarding books/records (.20); review precedent from other asbestos cases and analyze in relation to plan (1.40) | 1.60 |
| 02/05/15 | AR Stromberg | Conference w/ C.Jun regarding proposed findings of fact and conclusions of law (.5); analyze foreign publication issues (.9) | 1.40 |
| 02/06/15 | MG Martinez | Follow-up research regarding plan issues | 6.50 |
| 02/06/15 | LJ Nyhan | Review voting report and related materials | .30 |
| 02/06/15 | JC Steen | Review latest updates from A. Stromberg regarding plan solicitation issues (.30); and review bankruptcy pleadings (.30) | .60 |
| 02/06/15 | DM Twomey | E-mails with A. Stromberg regarding solicitation update, | .30 |

**SIDLEY AUSTIN** LLP

Invoice Number:  35014599
Yarway Corporation

Yarway Restructuring

| Date | Name | Narrative | Hours |
|---|---|---|---|
| | | related materials (.30) | |
| 02/06/15 | WA Evanoff | Review docket and filed documents | .10 |
| 02/06/15 | AR Stromberg | Address foreign publication notice issues (.5); email Sidley team, Gibson Dunn and client regarding same (.5) | 1.00 |
| 02/09/15 | MG Martinez | Follow-up research regarding plan issues | 4.90 |
| 02/09/15 | KP Kansa | Email to A. Stromberg re: affiliate list (.1); conference with L. Nyhan re: plan issues (.1) | .20 |
| 02/09/15 | JC Steen | Review status of plan confirmation and solicitation process (.30); and review various e-mails from team and K. Stickles regarding recent bankruptcy developments (.30) | .60 |
| 02/09/15 | LJ Nyhan | Conference with K. Kansa re: plan issues (.1); review related materials (.2) | .30 |
| 02/10/15 | MG Martinez | Office conference with A. Stromberg regarding status of confirmation related filings (0.4); review Disclosure Statement and Plan for related deadlines and send comments to A. Stromberg (1.0); follow-up review regarding same (0.3); review e-mail from A. Stromberg regarding same and send comments regarding declarations (0.1) | 1.80 |
| 02/10/15 | C Jun | Call w/ A. Stromberg re: findings of fact/conclusions of law in Yarway (.1) | .10 |
| 02/10/15 | DM Twomey | Office conference with A. Stromberg regarding next steps, solicitation issues and remaining plan documents (.50); e-mails with A. Stromberg, Logan regarding publication issues (.20); analyze same issues (.30); review e-mails from A. Stromberg regarding open plans tasks/documents (.20); review confirmation orders from comparable cases and analyze related issues (1.0) | 2.20 |
| 02/10/15 | JC Steen | Review status of plan confirmation and solicitation process | .30 |
| 02/10/15 | AR Stromberg | Review precedent findings of fact and conclusions of law (.8); call w/ C.Jun regarding same (.1); analyzing open items for confirmation and draft email regarding same (.6); email Sidley team and Gibson Dunn regarding foreign publication notice (.4); conference with M. Martinez re: status of confirmation filings (.4); conference with D. Twomey re: solicitation and plan documents (.5) | 2.80 |
| 02/11/15 | KP Kansa | Email K. Coen re: list of non-Debtor affiliates (.1); email Sidley team on same (.1) | .20 |
| 02/11/15 | DM Twomey | Review follow-up e-mails from A. Stromberg, M. Rosenthal regarding publication issues (.20); analyze same issues (.30); draft response to US Trustee plan questions (.80); review plan/disclosure statement in connection with same and | 4.00 |

**SIDLEY AUSTIN** LLP

Invoice Number: 35014599
Yarway Corporation

Yarway Restructuring

| Date | Name | Narrative | Hours |
|---|---|---|---|
| | | analyze related issues (1.0); e-mails with K. Kansa, A. Stromberg regarding same (.20); review confirmation precedent from comparable cases regarding timing, district court approval and other issues (1.20); review cooperation agreement precedent in plan confirmation context (.30) | |
| 02/11/15 | JC Steen | Review latest plan solicitation and notice developments (.30); and review bankruptcy court filings regarding same (.20) | .50 |
| 02/11/15 | LJ Nyhan | Review solicitation notes | .30 |
| 02/11/15 | AR Stromberg | Analyze notice issues for solicitation and confirmation hearing | .80 |
| 02/12/15 | KP Kansa | Email to K. Coen re: Non-Debtor Affiliates (.1); review draft responses to R. Schepacarter and emails to D. Twomey and A. Stromberg on same (.2); email to R. Schepacarter re: same (.1); emails to D. Twomey re: same (.2) | .60 |
| 02/12/15 | DM Twomey | E-mails with K. Kansa regarding proposed responses to US Trustee questions (.30); review confirmation precedent from other asbestos cases regarding timing, district court approval and other issues (.80); analyze plan issues and review legal article regarding same (1.40) | 2.50 |
| 02/12/15 | JC Steen | Review and analyze plan confirmation notice issues (.60); review and respond to A. Stromberg correspondence and inquiries regarding same (.50); emails with B. Evanoff regarding strategic options (.40); and review various bankruptcy pleadings and notices regarding same (.50) | 2.00 |
| 02/12/15 | WA Evanoff | Follow up re notice protocol issue (0.2); telephone calls with A. Stromberg re notice issues (0.9); emails with J. Steen re same (0.1); review filed pleadings re notice declarations (0.3) | 1.50 |
| 02/12/15 | AR Stromberg | Analyze and address solicitation and confirmation notice issues (1.4); telephone calls with B. Evanoff re: same (.9) | 2.30 |
| 02/13/15 | KP Kansa | Review Plan emails and respond to Sidley team on same | .40 |
| 02/13/15 | DM Twomey | Telephone conference with A. Stromberg regarding plan reserve issues (.60); e-mails with K. Kansa, A. Stromberg, Tyco counsel regarding same (.30); review expense/reserve calculations from A. Stromberg and related analysis (.50); e-mails with client, Tyco counsel, K. Kansa, A. Stromberg regarding upcoming UST call regarding plan questions (.30) | 1.70 |
| 02/13/15 | JC Steen | Review various e-mails from B. Evanoff and A. Stromberg regarding plan confirmation notice issues (.50); review status of notice protocol (.30); and review latest bankruptcy court filings (.30) | 1.10 |
| 02/13/15 | LJ Nyhan | Review correspondence re: plan confirmation | .20 |

**SIDLEY AUSTIN** LLP

Invoice Number: 35014599
Yarway Corporation

Yarway Restructuring

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 02/13/15 | WA Evanoff | Review correspondence and document re notice, Plan documents | .30 |
| 02/13/15 | JF Conlan | Review Yarway plan progress and approach | .20 |
| 02/13/15 | AR Stromberg | Analyze issues related to reserve (2.9); calls w/ D.Twomey regarding same (.6) | 3.50 |
| 02/16/15 | KP Kansa | Email C. Jun on findings of fact/conclusions of law (.1); office conferences with A. Stromberg re: Net Reserve Funds and Plan modifications re: same (.3); review A. Stromberg emails on same and respond (.4); office conference with D. Twomey re: same (.2); telephone calls with A. Stromberg re: Plan modifications (.2); review Plan emails (.5); emails to R. Schepacarter on Plan questions (.2); further emails to Sidley team on same (.1); review additional plan materials (.2) | 2.20 |
| 02/16/15 | JC Steen | Review status of plan confirmation notice protocol (.30); and review various bankruptcy notices and filings regarding same (.30) | .60 |
| 02/16/15 | DM Twomey | Review updated plan exhibit regarding list of Tyco affiliates (.30); e-mails with A. Stromberg, K. Kansa regarding same, related issues (.30); telephone conference with A. Stromberg regarding same, Trustee fee motion issue (.20); analyze same issue and review related plan provisions (.80); telephone conference with A. Stromberg regarding plan reserve issues (1.0); office conference with K. Kansa regarding same (.20); review e-mails regarding solicitation/publication updates (.40); e-mails with UST, K. Kansa regarding upcoming call (.20) | 3.40 |
| 02/16/15 | AR Stromberg | Review updated affiliate list and prepare revised Exhibit G (1.1); conference with D. Twomey re: same (.2); call w/ D.Twomey regarding reserve considerations (1.0); calls w/ K.Kansa regarding same (.2); draft explanatory email to Gibson Dunn (.3); analyze foreign publication issues and email Sidley and Gibson Dunn regarding same (.4) | 3.20 |
| 02/17/15 | MG Martinez | Follow-up case law research regarding Plan issues | 1.60 |
| 02/17/15 | JC Steen | Review status of publication notices (.30), and review latest bankruptcy filings (.20) | .50 |
| 02/17/15 | DM Twomey | Prepare for call with client, Tyco counsel (.50); conference call with D. Lynch, K. Coen, M. Rosenthal, K. Kansa, A. Stromberg regarding UST inquiry, status update on solicitation, etc. (.40); phone discussions with K. Kansa, A. Stromberg regarding UST call, next steps, confirmation-related tasks (.30); e-mails with K. Kansa, A. Stromberg regarding plan exhibits, related issues (.30); analyze plan issues and review article regarding same (1.60); confer with | 3.20 |

**SIDLEY AUSTIN** LLP

Invoice Number: 35014599
Yarway Corporation

Yarway Restructuring

| Date | Name | Narrative | Hours |
|---|---|---|---|
| | | B. Evanoff re Plan (.10) | |
| 02/17/15 | KP Kansa | Conference call with K. Coen, D. Lynch, Gibson Dunn, D. Twomey, and A. Stromberg on UST inquiries on Plan and related issues (.4); office conference with D. Twomey and A. Stromberg on same (.3); review Plan materials on same (.3); teleconference with R. Schepacarter, K. Stickles, and A. Stromberg on UST inquiries on Plan (.3); office conference with G. King on preparation of confirmation brief (.2); review list of non-Debtor Affiliates and email to A. Stromberg on same (.5) | 2.00 |
| 02/17/15 | WA Evanoff | Review filed pleadings and related documentation (0.2); confer with D. Twomey re Plan issue (0.1) | .30 |
| 02/17/15 | AR Stromberg | Emails w/ D.Twomey and K.Kansa regarding changes to Exhibit G (.3); prepare for (.2) and participate in call w/ Gibson Dunn, K.Kansa, D.Twomey, D.Lynch, and K.Coen regarding UST questions on plan (.4); Call w/ UST, K. Kansa and K. Stickles regarding responses to questions on plan (.3); follow-up calls with K.Kansa and D.Twomey regarding response (.3) | 1.50 |
| 02/18/15 | MG Martinez | Review cases regarding Plan issues in preparation for meeting with D. Twomey (1.5); office conference with D. Twomey regarding same (0.7); follow-up research regarding same (0.9); conference with A. Stromberg re: confirmation hearing (.3) | 3.40 |
| 02/18/15 | JC Steen | Review latest plan solicitation and notice developments (.30), and review latest bankruptcy notices regarding same (.20) | .50 |
| 02/18/15 | LJ Nyhan | Review solicitation memo and related materials | .40 |
| 02/18/15 | GM King | Research re: confirmation briefs (0.6); draft confirmation brief (1.2); confer with B. Evanoff re: same (.1) | 1.90 |
| 02/18/15 | KP Kansa | Email M. Rosenthal re: US Trustee call outcome (.1); review Plan materials (.5) | .60 |
| 02/18/15 | DM Twomey | Office conference with M. Martinez regarding research findings, related issues (.70); analyze Plan issues and review key cases regarding same (2.10) | 2.80 |
| 02/18/15 | WA Evanoff | Confer with G. King re confirmation issue (0.1); review filed documents and docket re Plan (0.1) | .20 |
| 02/18/15 | C Jun | Research and review precedent documents on findings of fact and conclusions of law (3.3); draft findings of fact/conclusions of law (4.6); confer w/ A. Stromberg re: same (.1) | 8.00 |
| 02/18/15 | AR Stromberg | Conference w/ M.Martinez regarding planning for | .80 |

**SIDLEY AUSTIN** LLP

Invoice Number: 35014599
Yarway Corporation

Yarway Restructuring

| Date | Name | Narrative | Hours |
|---|---|---|---|
| | | confirmation hearing (.3); Analyze revisions to affiliate exhibit (.4); conference with C. Jun re findings of fact/conclusions of law (.1) | |
| 02/19/15 | KP Kansa | Emails to G. King re: Yarway plan and disclosure statement (.1); phone conference with D. Twomey re: plan exhibit (.1) | .20 |
| 02/19/15 | LJ Nyhan | Conference with K. Kansa re: plan issues | .20 |
| 02/19/15 | GM King | Draft confirmation brief (2.7) | 2.70 |
| 02/19/15 | JC Steen | Review status of plan solicitation protocol (.30); review team correspondence regarding tort claim notices (.30); and review latest bankruptcy filings (.20) | .80 |
| 02/19/15 | DM Twomey | Review/analyze case regarding Plan issues (.60); analyze injunction issue and review cases in connection with same analysis (1.50); telephone conference with K. Kansa regarding plan exhibit (.10); telephone conference with A. Stromberg regarding same (.10); e-mails with K. Kansa, A. Stromberg regarding non-debtor affiliate protected parties (.20); office conference with C. Jun regarding draft findings of fact and conclusions of law related issues (.30); review injunction precedent regarding district court approval process, findings/order, related materials (.70) | 3.50 |
| 02/19/15 | C Jun | Research and review precedent documents on findings of fact and conclusions of law (3); draft findings of fact/conclusions of law (6.6); confer w/ D. Twomey re: same (.3) | 7.20 |
| 02/19/15 | AR Stromberg | Analyze notice issues related to confirmation (.3); analyze revisions to affiliate exhibit (2.0); phone conference with D. Twomey re: same (.1) | 2.40 |
| 02/20/15 | JC Steen | Review status of plan notice protocol (.30), and review February 20 bankruptcy pleadings (.20) | .50 |
| 02/20/15 | DM Twomey | Review injunction related precedent, district court approval process, findings/order, related materials (1.0); review cases regarding injunction relief for protected parties and analyze related issues (2.60) | 3.60 |
| 02/20/15 | WA Evanoff | Review filed documents and correspondence re Plan status | .10 |
| 02/20/15 | GM King | Meeting with A. Stromberg re: brief (0.4); research re: 1122 and 1123 requirements (0.8); draft brief (1.6) | 2.80 |
| 02/20/15 | C Jun | Draft findings of fact/conclusions of law | 7.20 |
| 02/20/15 | AR Stromberg | Conference w/ G.King regarding memorandum in support of confirmation brief (.4); analyze revisions to affiliate exhibit (1.2) | 1.60 |
| 02/21/15 | DM Twomey | Review cases regarding injunction issues and analyze related | 3.20 |

**SIDLEY AUSTIN** LLP

Invoice Number:  35014599
Yarway Corporation

Yarway Restructuring

| Date | Name | Narrative | Hours |
|---|---|---|---|
| | | issues | |
| 02/22/15 | C Jun | Draft findings of fact/conclusions of law | 1.50 |
| 02/22/15 | AR Stromberg | Analyze and summarize revisions to affiliate exhibit | 1.50 |
| 02/23/15 | JC Steen | Review various bankruptcy filings | .30 |
| 02/23/15 | DM Twomey | Review precedent from asbestos cases regarding hearings and district court approvals (1.20); review injunction related cases (3.50); analyze same as apply to plan (1.10); e-mail and telephone conference with A. Stromberg regarding confirmation-related tasks (.30) | 6.10 |
| 02/23/15 | C Jun | Draft findings of fact/conclusions of law (10.0); confer w/ A. Stromberg re: same (.8) | 10.80 |
| 02/23/15 | AR Stromberg | Analyze and summarize revisions to affiliate exhibit (3.7); email and telephone conference with D. Twomey re; confirmation related tasks (.3); conference w/ C.Jun regarding proposed findings of fact and conclusions of law (.8) | 4.80 |
| 02/24/15 | JC Steen | Review status of plan notice protocol | .30 |
| 02/24/15 | MG Martinez | Begin drafting outline re: Plan issue research (1.6); continue research re: same (0.8); draft same further (0.4) | 2.80 |
| 02/24/15 | KP Kansa | Office conference with C. Jun on findings of fact/conclusions of law | .20 |
| 02/24/15 | DM Twomey | Review injunction related cases regarding scope of injunction, contributions and protected party issues (4.0); analyze same as apply to plan (.90) | 4.90 |
| 02/24/15 | C Jun | Draft findings of fact/conclusions of law (4.1); confer w/ A. Stromberg re: same (1.0); incorporate changes into draft (1.0); confer with K. Kansa re: same (.2) | 6.30 |
| 02/24/15 | AR Stromberg | Conference w/ C.Jun regarding proposed findings of fact and conclusions of law | 1.00 |
| 02/25/15 | WA Evanoff | Confer with A. Stromberg re hearing, notices and further plan documents | .30 |
| 02/25/15 | KP Kansa | Review Yarway fee app and email to C. Jun re: same | .80 |
| 02/25/15 | C Jun | Draft findings of fact/conclusions of law | 5.50 |
| 02/25/15 | JC Steen | Review various recent bankruptcy and notice filings | .50 |
| 02/25/15 | AR Stromberg | Call w/ B.Evanoff regarding confirmation notice issues | .30 |
| 02/25/15 | DM Twomey | Review injunction related cases and analyze related issues | 3.00 |
| 02/26/15 | MG Martinez | Continue researching and drafting outline regarding Plan issues | 6.70 |

**SIDLEY AUSTIN** LLP

Invoice Number:  35014599
Yarway Corporation

Yarway Restructuring

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 02/26/15 | KP Kansa | Review certification of publication and email A. Stromberg regarding same | .20 |
| 02/26/15 | C Jun | Draft findings of fact/conclusions of law (11.1); email draft to K. Kansa (.1) | 11.20 |
| 02/26/15 | DM Twomey | Office conference with A. Stromberg regarding plan supplement and confirmation tasks (.80); analyze related issues (.90); e-mails with A. Stromberg, K. Kansa regarding same (.30); draft summary regarding injunction issues, related preparation (1.50); review key injunction related cases in connection with same (2.30) | 5.80 |
| 02/26/15 | AR Stromberg | Conference w/ D.Twomey regarding plan exhibits and other open items for confirmation hearing (.8); draft email summarizing status of open confirmation items and next steps (1.0) | 1.80 |
| 02/27/15 | MG Martinez | Continue drafting outline re: Plan issues | 1.10 |
| 02/27/15 | KP Kansa | Review Yarway voting documents | .10 |
| 02/27/15 | DM Twomey | E-mails with A. Stromberg, client, Gibson Dunn regarding voting updates (.30); draft summary regarding injunction issues, related confirmation preparation (1.20) | 1.50 |
| 02/27/15 | AR Stromberg | Review interim voting report and email Sidley, Gibson Dunn, D.Lynch and K.Coen regarding same | .30 |
| | | **Task Subtotal            $166,628.50** | **226.70** |
| | | **06 Claims Processing** | |
| 02/04/15 | KP Kansa | Email J. Moss re: defense counsel claims (.1); office conference with A. Stromberg re: same (.1) | .20 |
| 02/04/15 | AR Stromberg | Analyze and Respond to Morgan Lewis inquiry regarding scheduled claims and bar date (.7); office conference with K. Kansa re: same (.1) | .80 |
| 02/16/15 | AR Stromberg | Draft certification of publication for bar date notice | .70 |
| 02/26/15 | AR Stromberg | Draft and revise certification of publication for bar date notice (.8) and email K.Kansa regarding same (.2) | 1.00 |
| 02/27/15 | JC Steen | Review claims bar date notice pleadings filed by K. Stickles (.30) | .30 |
| 02/27/15 | AR Stromberg | Prepare certification of publication for filing | .30 |
| | | **Task Subtotal            $2,588.50** | **3.30** |
| | | **07 Asbestos-Related Issues** | |
| 02/03/15 | KP Kansa | Email M. Eskin re: cooperation agreement | .10 |

**SIDLEY AUSTIN LLP**

Invoice Number:  35014599
Yarway Corporation

Yarway Restructuring

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 02/04/15 | C Jun | Confer w/ K. Kansa on cooperation agreement | .20 |
| 02/04/15 | DM Twomey | Office conference with K. Kansa regarding cooperation agreement and related issues, trustee inquiry (.10); analyze related issues (.40) | .50 |
| 02/04/15 | KP Kansa | Conference with D. Twomey re: cooperation agreement | .10 |
| 02/05/15 | DM Twomey | Analyze issues re: cooperation agreement | .30 |
| 02/09/15 | DM Twomey | E-mails with K. Kansa, A. Stromberg regarding Trustee fee advancement motion (.30); review motion and analyze related issues (.80); office conference with A. Stromberg regarding same (.40) | 1.50 |
| 02/09/15 | KP Kansa | Review draft of Trust funding motion (.7); email to D. Twomey and A. Stromberg on same (.1) | .80 |
| 02/09/15 | AR Stromberg | Review and comment on FCR motion regarding trustee fees and expenses (3.0); conference w/ D.Twomey regarding same (.4); emails w/ Gibson Dunn, K.Kansa, and D.Twomey regarding same (.5) | 3.90 |
| 02/10/15 | AR Stromberg | Review and comment on FCR motion (3.2); Call w/ Gibson Dunn regarding same (.5); telephone call with D. Twomey re: trust issues (.2) | 3.90 |
| 02/10/15 | DM Twomey | Telephone conference with A. Stromberg regarding trust funding issues (.20); email with K. Kansa regarding same (.10); prepare for call with Tyco counsel regarding trust funding motion (.30); conference call with A. Stromberg, M. Rosenthal, J. Graves regarding trust funding motion, related comments/issues (.50) | 1.10 |
| 02/11/15 | AR Stromberg | Comment on FCR motion to advance trustee fees and expenses (1.0); conference w/ D.Twomey regarding same (.2) | 1.20 |
| 02/11/15 | DM Twomey | Review and comment on mark-up of Trustee fee motion (1.0); office conference with A. Stromberg regarding same (.20) | 1.20 |
| 02/13/15 | AR Stromberg | Comment on FCR motion to advance trustee fees and expenses | .50 |
| 02/13/15 | KP Kansa | Review email from D. Twomey on motion authorizing debtors to advance Trust startup costs and respond | .40 |
| 02/13/15 | DM Twomey | E-mails with Tyco counsel regarding comments/questions regarding Trustee fee motion (.30); analyze related issues (1.0) | 1.30 |
| 02/16/15 | AR Stromberg | Revise comments on FCR motion regarding trustee fees | 1.40 |
| 02/16/15 | DM Twomey | E-mails with Tyco counsel, A. Stromberg regarding trust | .90 |

**SIDLEY AUSTIN** LLP

Invoice Number:  35014599
Yarway Corporation

Yarway Restructuring

| Date | Name | Narrative | Hours |
|---|---|---|---|
| | | funding motion, comments to same (.30); review portion of cooperation agreement and analyze related issues (.60) | |
| 02/17/15 | DM Twomey | Review draft cooperation agreement and analyze related issues | 1.00 |
| 02/18/15 | KP Kansa | Review YCST revisions to motion to advance Trust fees and expenses (.4); emails with Sidley and Gibson Dunn teams re: same (.2) | .60 |
| 02/18/15 | AR Stromberg | Review revised draft of FCR trustee expense motion and email FCR counsel regarding same | .60 |
| 02/19/15 | KP Kansa | Office conference with D. Twomey on cooperation agreement | .20 |
| 02/19/15 | DM Twomey | Analyze potential issues with cooperation agreement (.60); office conference with K. Kansa regarding same (.20); send e-mail to B. Edwards regarding same (.20) | 1.00 |
| 02/23/15 | DM Twomey | Office conference with K. Kansa regarding cooperation agreement, next steps (.10); e-mail to B. Edwards regarding same (.10); analyze related issues (.50) | .70 |
| 02/25/15 | DM Twomey | Draft summary regarding issues related to asbestos trust | 1.10 |
| 02/25/15 | DM Twomey | Draft summary regarding issues related to asbestos trust | .20 |
| 02/26/15 | DM Twomey | E-mails with Morgan Lewis regarding cooperation agreement | .20 |
| 02/27/15 | DM Twomey | Analyze cooperation agreement issues (1.0); review information regarding ACC/FCR document requests, information previously provided in connection with same (2.0) | 3.00 |
| 02/28/15 | DM Twomey | E-mails with B. Edwards regarding call on cooperation agreement | .20 |
| | | **Task Subtotal              $23,416.50** | **28.10** |
| | | **10 Case Administration** | |
| 02/02/15 | SL Summerfield | Review bankruptcy case re pleadings (.20); prepare email with PDF files to T. Deron for A. Stromberg (.30) | .50 |
| 02/04/15 | C Jun | Review emailed instructions on Yarway data room | .30 |
| 02/09/15 | SL Summerfield | Review bankruptcy case re pleadings (.30); prepare email with PDF files to T. Deron for A. Stromberg (.40); revise chart re same (.30) | 1.00 |
| 02/11/15 | SL Summerfield | Review bankruptcy case re pleadings (.10); prepare email with PDF files to T. Deron for A. Stromberg (.30); revise chart re same (.10); email pleadings to D. Hines for C. Jun (.10); follow-up email to T. Deron re: same (.20) | .80 |

**SIDLEY AUSTIN** LLP

Invoice Number:  35014599
Yarway Corporation

Yarway Restructuring

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 02/13/15 | SL Summerfield | Review bankruptcy case re pleadings (.30); prepare email with PDF files to T. Deron for A. Stromberg (.40); revise chart re same (.10); review and email chart to A. Stromberg (.20) | 1.00 |
| 02/16/15 | SL Summerfield | Review bankruptcy case re pleadings (.30); prepare email with PDF files to T. Deron for A. Stromberg (.40); revise chart re same (1.0) | 1.70 |
| 02/17/15 | AR Stromberg | Emails w/ accounting team regarding monthly operating report (.3); prepare monthly operating report (.5) | .80 |
| 02/19/15 | SL Summerfield | Review bankruptcy case re pleadings (.40); prepare email with PDF files to T. Deron for A. Stromberg (.60); revise chart re same (.30) | 1.30 |
| 02/19/15 | AR Stromberg | Prepare and revise monthly operating report | 1.60 |
| 02/20/15 | KP Kansa | Review MOR and email A. Stromberg on same | .10 |
| 02/20/15 | SL Summerfield | Review third party pleadings and revise files (.50); review and revise pleading files for K. Kansa (.50) | 1.00 |
| 02/20/15 | AR Stromberg | Emails to D.Lynch and K.Coen regarding monthly operating report | .20 |
| 02/23/15 | SL Summerfield | Review bankruptcy case re pleadings (.40); prepare email with PDF files to T. Deron for A. Stromberg (2.30) | 2.70 |
| 02/23/15 | AR Stromberg | Email K.Coen regarding monthly operating report | .10 |
| 02/24/15 | WA Evanoff | Review Monthly Operating Report and filed docket items | .10 |
| 02/24/15 | AR Stromberg | Prepare monthly operating report for filing (.3); emails w/ T.Deron regarding payment of US Trustee fees (.3) | .60 |
| 02/25/15 | SL Summerfield | Review bankruptcy case re pleadings (.10); prepare email with PDF files to T. Deron for A. Stromberg (.30); revise chart re same (.10) | .50 |
| 02/25/15 | AR Stromberg | Emails w/ T.Deron regarding fee applications of other estate professionals | .50 |
| 02/27/15 | SL Summerfield | Review bankruptcy case re pleadings (.30); prepare email with PDF files to T. Deron for A. Stromberg (.40); revise chart re same (.30) | 1.00 |
| | | **Task Subtotal            $5,892.00** | **15.80** |
| | | **14 Fee Applications** | |
| 02/02/15 | DJ Lutes | Prepare monthly fee application materials (2.0); emails to A. Stromberg re: same (.2) | 2.20 |
| 02/02/15 | AR Stromberg | Emails regarding revisions to 20th monthly fee application | .30 |

**SIDLEY AUSTIN** LLP

Invoice Number:  35014599
Yarway Corporation

Yarway Restructuring

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 02/04/15 | DJ Lutes | Prepare monthly fee application (1.7); emails to L. Diaz re: same (.2); prepare 7th quarterly fee application materials (.8); emails with A. Stromberg re: same (.2) | 2.90 |
| 02/04/15 | C Jun | Review email from L. Slaby re: Yarway fee application process (.3); call w/ A. Stromberg on same (.3); review past Yarway fee applications (.7); email to A. Stromberg and D. Lutes re: fee application (.1) | 1.40 |
| 02/04/15 | RF O'Malley | Reviewed pro forma for privilege (1.70); draft email to A. Stromberg and K. Kansa regarding fee application (.30) | 2.00 |
| 02/04/15 | AR Stromberg | Emails w/ K.Kansa and D.O'Malley regarding 20th monthly fee application (.3); call w/ C.Jun regarding fee applications (.3); emails w/ D.Lutes regarding edits to fee application (.4) | 1.00 |
| 02/05/15 | DJ Lutes | Prepare monthly fee application for December (1.6); emails with L. Diaz re: same (.2); emails and telephone call with A. Stromberg re: finalizing monthly fee application, filing and service with co-counsel (.3); prepare 7th interim fee application materials (2.6); review monthly fee application materials for January (2.0) | 6.70 |
| 02/05/15 | C Jun | Review past fee applications (.5); confer A. Stromberg re: same (.5); phone K. Stickles re: same (.1) | 1.10 |
| 02/05/15 | AR Stromberg | Conference w/ C.Jun regarding fee applications (.5); review draft of 7th interim fee application (.4); emails and telephone call with D. Lutes re: monthly fee application (.3) | 1.20 |
| 02/06/15 | DJ Lutes | Prepare 7th quarterly fee application materials (2.4); email to C. Jun re: same (.3); prepare January monthly fee application (.7) | 3.40 |
| 02/09/15 | DJ Lutes | Prepare monthly fee application materials (.9); email with L. Diaz re: same (.2); telephone call with C. Jun re: 7th quarterly fee application (.1) | 1.20 |
| 02/09/15 | C Jun | Review precedential fee applications (.2); Call w/ D. Lutes re: same (.1) | .30 |
| 02/09/15 | AR Stromberg | Review January pro forma | .30 |
| 02/10/15 | DJ Lutes | Prepare monthly fee application materials for January including review of costs | .90 |
| 02/10/15 | C Jun | Review monthly fee invoices for preparation of 7th interim fee application (2.7); Call A. Stromberg re: 7th interim fee application (.5); draft 7th interim fee application (5.0) | 8.20 |
| 02/10/15 | AR Stromberg | Call w/ C.Jun regarding 7th interim fee application | .50 |
| 02/11/15 | KP Kansa | Review quarterly fee application and revise same (.8); provide comments on same to C. Jun (.1) | .90 |

**SIDLEY AUSTIN** LLP

Invoice Number:  35014599
Yarway Corporation

Yarway Restructuring

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 02/11/15 | C Jun | Draft 7th interim fee application (1.3); email D. Hines re same (.1); edit same (1.9); confer w/ A. Stromberg re: same (.3); draft email to D. Hines and K. Kansa re: same (.1); draft email and confer w/ D. Hines re: monthly fee applications (.1) | 3.80 |
| 02/11/15 | DJ Lutes | Prepare monthly fee application materials for January including review of costs | 2.60 |
| 02/11/15 | AR Stromberg | Review and comment on 7th interim fee application (1.2); call w/ C.Jun regarding same (.3); Review and edit January pro formas (1.4) | 2.90 |
| 02/12/15 | DJ Lutes | Prepare monthly fee application for January | .90 |
| 02/13/15 | DJ Lutes | Prepare 7th quarterly fee application materials (.5); correspond with C. Jun re: cost issues (.3); assess allocations and projects re: same (.5) | 1.30 |
| 02/13/15 | C Jun | Edit 7th interim fee application (.7); email to D. Lutes re same (.1); confer w/ A. Stromberg re same (.1); follow up call with D. Lutes re same (.2); follow up email to D. Lutes re same (.1) | 1.20 |
| 02/13/15 | AR Stromberg | Review and edit January pro forma (1.2); confer with C. Jun re: interim fee application (.1) | 1.30 |
| 02/15/15 | C Jun | Revise 7th interim fee application (.2); email to K. Kansa re same (.1) | .30 |
| 02/16/15 | KP Kansa | Review C. Jun email on fee application and email C. Jun re: same | .10 |
| 02/16/15 | RF O'Malley | Review fee application (1.0);  email to C. Jun regarding filing issues for application (.30) | 1.30 |
| 02/16/15 | C Jun | Edit 7th interim fee application (.1); email to A. Stromberg and D. O'Malley re same (.1); email Kansa re same (.1) | .30 |
| 02/16/15 | AR Stromberg | Review revised 7th quarterly fee application (.3); Review and edit January pro formas (.7) | 1.00 |
| 02/17/15 | C Jun | Call K. Stickles re: quarterly fee app (.1); prepare draft and send to K. Stickles (.6); call K. Stickles re: same (.1); confer w/ A. Stromberg re: January monthly pro forma (.4); review January pro forma (1.2); draft email to A. Stromberg re: same (.1); confer w/ A. Stromberg re: same (.3) | 2.80 |
| 02/17/15 | AR Stromberg | Review and edit January pro forma (1.0); calls w/ C.Jun regarding January pro forma and 7th interim (.7) | 1.70 |
| 02/18/15 | DJ Lutes | Preparation of monthly fee application materials (6.3); emails and TC with L. Diaz re: same (.4); TC with A. Stromberg re: same (.2) | 6.90 |

**SIDLEY AUSTIN LLP**

Invoice Number:  35014599
Yarway Corporation

Yarway Restructuring

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 02/19/15 | DJ Lutes | Prepare monthly fee application materials (1.4); emails with L. Diaz re: same (.2); prepare 8th interim fee application spreadsheet (.5) | 2.10 |
| 02/20/15 | DJ Lutes | Review monthly and 7th interim fee application materials and status (.4); email to A. Stromberg and C. Jun re: same (.1) | .50 |
| 02/24/15 | C Jun | Review and revise draft fee application materials (.9); email to Kansa re: same (.1) | 1.00 |
| 02/24/15 | AR Stromberg | Review draft of January fee application | .20 |
| 02/25/15 | C Jun | Review emails re: draft fee application materials (.9); draft instructional email to L. Diaz re: same (.8); email to R. O'Malley re: same (.2) | 1.90 |
| | | **Task Subtotal**           **$32,835.00** | **68.60** |
| | | **17 Adversary Proceedings** | |
| 02/06/15 | SL Summerfield | Review adversary case docket for G. King and C. Jun | .30 |
| 02/17/15 | SL Summerfield | Review adversary case docket for G. King | .30 |
| 02/24/15 | SL Summerfield | Review adversary case docket for G. King | .30 |
| | | **Task Subtotal**           **$216.00** | **.90** |
| | | **Total Hours for all Tasks** | **343.40** |

**SIDLEY AUSTIN** LLP

Invoice Number:  35014599
Yarway Corporation

Yarway Restructuring

## EXPENSE DETAIL

| Date | Narrative | Amount |
|---|---|---:|
| 02/11/15 | 02/10/15-Telephone Call (Non-Local) To: 13026512001 | $1.05 |
| 02/12/15 | 01/25/15-01/26/15 Chicago to Philadelphia - Jan 21, 2015 - Allison Ross Stromberg - One-way economy airfare from Chicago to Philadelphia in connection with travel to Delaware for hearing on disclosure statement and solicitation procedures - (see $324.10 refund below). | 648.20 |
| 02/12/15 | 01/25/15-01/26/15 Chicago to Philadelphia - Jan 21, 2015 - Allison Ross Stromberg - Agent Fee in connection with travel to Delaware for hearing on disclosure statement and solicitation procedures | 41.00 |
| 02/12/15 | 01/25/15-01/26/15 Chicago to Philadelphia - Jan 30, 2015 - Allison Ross Stromberg - Airfare refund from American Airlines re: one-way economy airfare from Chicago to Philadelphia in connection with travel to Delaware for hearing on disclosure statement and solicitation procedures | -324.10 |
| 02/12/15 | 01/25/15-01/26/15 Chicago to Philadelphia - Jan 26, 2015 - Allison Ross Stromberg - One-way economy airfare from Philadelphia to Chicago in connection with travel to Delaware for hearing on disclosure statement and solicitation procedures - United Airlines | 299.30 |
| 02/12/15 | 01/25/15-01/26/15 Chicago to Philadelphia - Jan 26, 2015 - Allison Ross Stromberg - Agent Fee in connection with travel to Delaware for hearing on disclosure statement and solicitation procedures | 41.00 |
| 02/12/15 | 01/25/15-01/26/15 Chicago to Philadelphia - Jan 26, 2015 - Allison Ross Stromberg - Hotel - Breakfast for one attendee in Wilmington on 1/26/15 in connection with travel to Delaware for hearing on disclosure statement and solicitation procedures - Hotel DuPont | 29.40 |
| 02/12/15 | 01/25/15-01/26/15 Chicago to Philadelphia - Jan 26, 2015 - Allison Ross Stromberg - Lodging for one night in Wilmington includes $439 room rate, $35.12 state lodging tax and $8.78 city tax in connection with travel to Delaware for hearing on disclosure statement and solicitation procedures - Hotel DuPont | 482.90 |
| 02/24/15 | 02/01/15-Monthly Electronic Data Storage Fee 16.40 GB @    $5.00 | 82.00 |
| | **Total Expenses** | **$1,300.75** |