

**SIDLEY AUSTIN** LLP
ONE SOUTH DEARBORN
CHICAGO, IL 60603
(312) 853 7000
(312) 853 7036 FAX

| | | |
|---|---|---|
| BEIJING | HONG KONG | SAN FRANCISCO |
| BOSTON | HOUSTON | SHANGHAI |
| BRUSSELS | LONDON | SINGAPORE |
| CHICAGO | LOS ANGELES | SYDNEY |
| DALLAS | NEW YORK | TOKYO |
| GENEVA | PALO ALTO | WASHINGTON, D.C. |

**FOUNDED 1866**

April 21, 2015

FEDERAL ID 36-█

Mr. Kevin J. Coen
Yarway Corporation
10707 Clay Road
Suite 200
Houston, TX  77041

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 35019304
Client Matter 57367-30020

Re: <u>Yarway Restructuring</u>

For professional services rendered through March 31, 2015 re Yarway
Restructuring

Fees                                                                              $425,905.50

Expenses                                                                           333.42

**Total Due This Bill**                                                           **$426,238.92**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number: █
ABA Number: █
Swift Code: █

Payment is Due Within 30 Days of Receipt of Invoice

SIDLEY AUSTIN LLP

Invoice Number:  35019304
Yarway Corporation

Yarway Restructuring

T A S K  D E T A I L

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | **03 Plan and Disclosure Statement** | |
| 03/01/15 | KP Kansa | Email Yarway, Tyco, Gibson Dunn, and Sidley team on voting issues | .20 |
| 03/01/15 | DM Twomey | E-mails with client, K. Kansa, M. Rosenthal regarding voting results, related issues (.30); analyze 524(g) question (.50) | .80 |
| 03/01/15 | GM King | Draft memorandum of law (2.6); research re: section 1129 requirements (1.6) | 4.20 |
| 03/02/15 | KP Kansa | Meeting with D. Twomey/A. Stromberg/M. Martinez on Yarway open items for plan (1.0); office conference with L. Nyhan re: same (.1); review Plan docs (.5) | 1.60 |
| 03/02/15 | MG Martinez | Continue drafting outline regarding plan issues and research regarding same (1.1); office conference with K. Kansa, A. Stromberg and D. Twomey regarding open confirmation items (1.0); continue drafting outline regarding plan issues and research regarding same (4.6); telephone conference with D. Twomey re: same (.1) | 6.80 |
| 03/02/15 | LJ Nyhan | Conference with K. Kansa re: plan (.1); review plan documents (.3) | .40 |
| 03/02/15 | JC Steen | Review publication notice filings (.30); and review latest bankruptcy pleadings filed by K. Stickles (.20) | .50 |
| 03/02/15 | DM Twomey | Meeting with K. Kansa, A. Stromberg, M. Martinez regarding plan supplement tasks, other confirmation tasks (1.0); analyze related plan supplement issues (.40); discussions with K. Kansa regarding next steps (.10); e-mails with client, Gibson Dunn regarding plan supplement tasks, related call (.30); draft portion of summary regarding plan issue (.80); telephone conference with M. Martinez regarding outline of plan issues (.10) | 2.70 |
| 03/02/15 | GM King | Review precedent confirmation briefs (1.2); review materials re: 524(g) requirements (0.7); draft confirmation brief (5.2); review and revise confirmation brief (2.2) | 9.30 |
| 03/02/15 | AR Stromberg | Conference w/ K.Kansa, D.Twomey, M.Martinez regarding status of open items for confirmation and plan (1.0); draft email to ACC/FCR regarding status of exhibits to plan and other plan disclosures (.3); Emails w/ Logan & Company, Morgan Lewis regarding notices issues for plan solicitation (.7); Analyze proposed revisions to Exhibit G to Plan (.7) | 2.70 |
| 03/03/15 | KP Kansa | Conference call with Yarway, Tyco, A. Stromberg, D. Twomey and Gibson Dunn on Plan exhibits | .50 |

**SIDLEY AUSTIN** LLP

Invoice Number:  35019304
Yarway Corporation

Yarway Restructuring

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 03/03/15 | MG Martinez | Continue drafting outline regarding plan issues (4.0); research regarding same (3.1); send same to D. Twomey with comment (0.1) | 7.20 |
| 03/03/15 | JC Steen | Review various plan notice pleadings filed by K. Stickles | .30 |
| 03/03/15 | DM Twomey | E-mails with K. Kansa, A. Stromberg regarding plan/plan supplement tasks, upcoming calls (.20); e-mails with Sidley team, Tyco counsel, ACC/FCR counsel regarding plan supplement documents, directors/officers for reorg Yarway (.20); conference call with M. Rosenthal, J. Graves, A. Stromberg, D. Lynch, K. Kansa regarding plan supplement filings, next steps (.50); e-mails with S. Zieg regarding trust agreement/bylaws (.10) | 1.00 |
| 03/03/15 | GM King | Review materials re: company history and plan (1.7); draft confirmation brief (4.5); review and revise confirmation brief (1.8) | 8.00 |
| 03/03/15 | WA Evanoff | Review docket and filed documents | .30 |
| 03/03/15 | AR Stromberg | Emails w/ YCST regarding Yarway director/officer (.3); emails w/ G.King regarding plan documents (.4); analyze diligence with respect to Exhibit G (.8); call w/ Gibson Dunn, K. Kansa, D. Twomey, and Tyco regarding confirmation issues (.5); draft revisions to plan of reorganization (.9) | 2.90 |
| 03/04/15 | KP Kansa | Review Yarway plan language as revised by A. Stromberg and email A. Stromberg re: same (.4); further emails to A. Stromberg and D. Twomey re: plan revisions (.1) | .50 |
| 03/04/15 | DM Twomey | Review/analyze plan revisions (.30); e-mails with A. Stromberg regarding same, comments (.30); review draft trust agreement (1.0) | 1.60 |
| 03/04/15 | JC Steen | Review latest bankruptcy pleadings filed by K. Stickles (.30) | .30 |
| 03/04/15 | GM King | Draft confirmation brief (1.8) | 1.80 |
| 03/04/15 | AR Stromberg | Emails w/ G.King regarding plan documents (.2); review and revise plan of reorganization (1.4); email K.Kansa and D.Twomey regarding same (.4) | 2.00 |
| 03/05/15 | LJ Nyhan | Email K. Kansa regarding UST issues, review related materials | .60 |
| 03/05/15 | DM Twomey | E-mails with A. Stromberg regarding plan revisions (.30); analyze related issues (.30); analyze bankruptcy jurisdiction issues and review related materials (1.0); review outline regarding plan issues from M. Martinez (.50); analyze issues covered in outline (.30); review/analyze various underlying cases (1.50) | 3.90 |

SIDLEY AUSTIN LLP

Invoice Number: 35019304
Yarway Corporation

Yarway Restructuring

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 03/05/15 | JC Steen | Review latest bankruptcy pleadings filed by K. Stickles (.30) | .30 |
| 03/06/15 | KP Kansa | Review confirmation brief and comment | 1.50 |
| 03/06/15 | DM Twomey | E-mails with A. Stromberg regarding voting status update (.20); review/analyze materials regarding plan issue and analyze related issues (3.20); e-mails with A. Stromberg regarding comments to Trust agreement and analyze related issues (.30) | 3.70 |
| 03/06/15 | JC Steen | Review status of plan confirmation objection and voting developments (.30); and review various bankruptcy pleadings filed on March 6 (.20) | .50 |
| 03/06/15 | AR Stromberg | Email Morgan Lewis regarding solicitation notice issues (.2); review interim voting report and circulate to Gibson Dunn and Tyco (.2) | .40 |
| 03/07/15 | KP Kansa | Review and revise confirmation brief | 5.50 |
| 03/08/15 | KP Kansa | Review and revise confirmation brief (2.5); email D. Lynch re: Plan meeting on 3/12 (.1) | 2.60 |
| 03/09/15 | KP Kansa | Review and comment on confirmation brief (1.2); office conference with G. King on same (.1); email G. King regarding rider for same (.1); telephone call with K. Maclay regarding proposed filings for 3/10 (.1); further telephone call to K. Maclay regarding same (.2); email Sidley team regarding D. Lynch meeting (.2); email Sidley team regarding Reorganized Yarway's directors/officers (.1); review Plan revisions and email D. Twomey regarding same (.2); emails to A. Crider and B. Edwards on non-Debtor affiliates (.5); review M. Rosenthal emails on Plan exhibits (.2); conference with L. Nyhan re TDP issues (.2) | 3.10 |
| 03/09/15 | LJ Nyhan | Conference with K. Kansa regarding TDP issues (.2); review related materials (.3) | .50 |
| 03/09/15 | SL Summerfield | Review cite-check project from G. King, email re same | .30 |
| 03/09/15 | DM Twomey | Review/analyze Gibson Dunn plan revisions/comments (.30); follow-up e-mails regarding same (.30); e-mails with K. Kansa, Gibson Dunn regarding Director's and Officer's question (.20); telephone conference with A. Stromberg regarding open plan supplement issues (.20); review open e-mails with K. Kansa/Pentair regarding protected party list (.30); e-mails with A. Stromberg, ACC/FCR counsel regarding plan supplement materials for filing (.20) | 1.50 |
| 03/09/15 | GM King | Revise confirmation brief draft (1.5); conference with K. Kansa re: same (.1) | 1.60 |
| 03/09/15 | WA Evanoff | Review filed docket items (0.2); review pleadings re | .40 |

**SIDLEY AUSTIN** LLP

Invoice Number: 35019304
Yarway Corporation

Yarway Restructuring

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | authorization to pay trust expenses (0.2) | |
| 03/09/15 | JC Steen | Review latest bankruptcy filings | .30 |
| 03/09/15 | AR Stromberg | Call w/ K.Stickles regarding plan supplement filing (.4); review updated Exhibit G and email Pentair regarding same (.2); review plan amendment (.3); review draft notice of plan supplement (.2); phone conference with D. Twomey re: same (.2) | 1.30 |
| 03/10/15 | KP Kansa | Email A. Stromberg re: TDP (.1); review Trust Agreement and email A. Stromberg re: same (1.6); review FCR plan revisions for supplement filing and emails to D. Twomey and A. Stromberg on same (.4); emails to D. Twomey and A. Stromberg on documents to be filed (.4); review notice of Plan supplement and revise same (.3); email A. Stromberg on same (.1); email Gibson Dunn and Sidley team on same (.1); office conference with C. Jun re: findings of fact and conclusions of law (.2) | 3.20 |
| 03/10/15 | C Jun | Confer w/ K. Kansa re findings of fact/conclusions of law (.2); incorporate changes into draft findings of fact/conclusions of law (1.8). | 2.00 |
| 03/10/15 | SL Summerfield | Review and cite-check confirmation brief for G. King | 6.00 |
| 03/10/15 | DM Twomey | Numerous e-mails with A. Stromberg, K. Kansa regarding Plan Supplement documents, today's filing (.40); analyze related issues (.30); review/analyze materials regarding settlement cases and analyze related issues (1.80); email K. Kansa regarding plan supplement filing/status (.20); review/analyze plan comments from FCR counsel (.30); review and provide comments to plan supplement notice (.30); e-mails with A. Stromberg regarding same (.20); office conference with A. Stromberg regarding plan supplement filing issues (.40); review/analyze comments to trust agreement (.40); e-mails with K. Kansa, A. Stromberg, M. Rosenthal regarding same (.20); e-mails with A. Stromberg, K. Kansa, M. Rosenthal ACC/FCR counsel regarding TDP (.30); review e-mail from A. Stromberg regarding ACC counsel issues (.20) | 5.00 |
| 03/10/15 | GM King | Review Plan materials for confirmation brief (0.8); review confirmation-related case law (1.3); revise and draft confirmation brief (7.8) | 9.90 |
| 03/10/15 | WA Evanoff | T/c with A. Stromberg re use of estate funds (0.1); review filed pleadings and related emails (0.1) | .20 |
| 03/10/15 | JC Steen | Review Yarway plan supplement documents | .50 |
| 03/10/15 | AR Stromberg | Review comments on and revise plan and plan supplement documents and draft and revise notice of filing plan | 7.80 |

**SIDLEY AUSTIN** LLP

Invoice Number:  35019304
Yarway Corporation

Yarway Restructuring

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | supplement and plan amendments (7.3); call w/ B. Evanoff regarding trustee fee and expense motion and order (.1); office conference with D. Twomey re: plan supplement (.4) | |
| 03/11/15 | MG Martinez | Review outline and case research in preparation for meeting with D. Twomey (1.9); office conference with D. Twomey re: same (1.0); follow-up research re: same (1.2) | 4.10 |
| 03/11/15 | C Jun | Revise findings of fact/conclusions of law (3.1); draft proposed confirmation order (3.3) | 6.40 |
| 03/11/15 | DM Twomey | E-mails with K. Kansa, M. Rosenthal regarding plan supplement filing (.20); prepare for meeting with M. Martinez regarding plan issues (.30); review portions of outline, related cases in connection with same (1.40); analyze related issues (.80); review portion of trust distribution procedures and analyze related issues (.80); office conference with M. Martinez regarding plan issue outline, related cases/issues (1.0); analyze plan questions raised by ACC counsel (.50) | 5.00 |
| 03/11/15 | GM King | Prepare materials for Coen declaration in support of confirmation (3.8) | 3.80 |
| 03/11/15 | WA Evanoff | Review filed pleadings, plan supplement, and amendments | .50 |
| 03/11/15 | JC Steen | Review latest plan confirmation and publication notice developments (.30); review recent bankruptcy pleadings (.20) | .50 |
| 03/12/15 | MG Martinez | Follow-up research for D. Twomey regarding plan issues (5.6); case reviews regarding same (1.1) | 6.70 |
| 03/12/15 | C Jun | Draft proposed confirmation order (5.3); confer with K. Kansa re: findings of fact/conclusions of law (.2) | 5.50 |
| 03/12/15 | KP Kansa | T/c R. O'Malley re: Plan status (.1); review materials for D. Lynch meeting on Plan status (.4); meeting with D. Lynch and Sidley team on Plan status (.6); follow up call with R. O'Malley (.1); office conference with C. Jun on Findings of Fact/Conclusions of Law (.2) | 1.40 |
| 03/12/15 | GM King | Review cases cited in brief (1.6); revise brief (1.8) | 3.40 |
| 03/12/15 | DM Twomey | Review trust distribution procedures and analyze related issues (2.40); meeting with D. Lynch, K. Kansa, D. O'Malley regarding plan supplement and confirmation status, related tasks and next steps (.60) | 3.00 |
| 03/12/15 | LJ Nyhan | Conference with client re: plan confirmation issues | .60 |
| 03/12/15 | JC Steen | Review various bankruptcy filings | .30 |
| 03/12/15 | RF O'Malley | Prepare for meeting with D. Lynch (.80); telephone conferences with K. Kansa regarding status (.20); office | 1.60 |

SIDLEY AUSTIN LLP

Invoice Number:  35019304
Yarway Corporation

Yarway Restructuring

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | conference with D. Lynch, K. Kansa, D. Twomey and L. Nyhan regarding bankruptcy status (.60) | |
| 03/13/15 | MG Martinez | Office conference with D. Twomey regarding research | 1.30 |
| 03/13/15 | C Jun | Draft proposed confirmation order (3.9); revise findings of fact/conclusions of law (.5) | 4.40 |
| 03/13/15 | DM Twomey | Review plan regarding implementation steps plan and analyze related issues (.50); review/analyze materials regarding plan research issues, related confirmation requirements (1.0); office conference with M. Martinez re: research issues (1.3); e-mails with A. Stromberg , K. Kansa regarding director/officer for Reorganized Yarway (.20); review voting summary (.20) | 3.20 |
| 03/15/15 | AR Stromberg | Review interim voting report and circulate to plan proponents (.4); emails w/ YCST regarding filed plan exhibits (.3) | .70 |
| 03/16/15 | C Jun | Draft proposed confirmation order (2.0); phone call w/ A. Stromberg re: same (.5); office conference w/ A. Stromberg re: same (1.4); emails to A. Stromberg re same (.2) | 4.10 |
| 03/16/15 | DM Twomey | E-mails with A. Stromberg, Gibson Dunn regarding voting update (.20); analyze TDP issues and e-mails with A. Stromberg regarding comments to same (1.0); send e-mail to Gibson Dunn regarding same, mark-up (.20); telephone conference with A. Stromberg regarding same (.10); e-mails with A. Stromberg, K. Kansa regarding TDP mark-up, other materials for filing this week (.30); analyze related issues (.50); review e-mail from Pentair regarding protected party exhibit (.20); review e-mail to Gibson Dunn regarding TDP mark-up (.10) | 2.60 |
| 03/16/15 | KP Kansa | Review A. Crider email on non-Debtor affiliates and email D. Twomey on same (.2); review Yarway TDP and comment on same (.9) | 1.10 |
| 03/16/15 | JC Steen | Review status of plan confirmation objection and voting deadlines (.30); and review various bar date notices (.20) | .50 |
| 03/16/15 | AR Stromberg | Conference w/ C.Jun regarding confirmation order (1.4); Call w/ C.Jun regarding proposed findings of fact and conclusions of law (.5); respond to questions regarding confirmation notice issues (.9); review and comment on draft TDP (1.5); draft notice of filing plan disclosures and plan exhibit (1.4); call w/ D.Twomey regarding plan exhibits (.1); email K.Kansa regarding filing of notice (.3) | 6.10 |
| 03/17/15 | MG Martinez | Revise outline regarding Plan research issues | .50 |
| 03/17/15 | LJ Nyhan | Review voting analysis and related materials | .40 |

**SIDLEY AUSTIN** LLP

Invoice Number: 35019304
Yarway Corporation

Yarway Restructuring

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 03/17/15 | C Jun | Revise draft of proposed confirmation order | 3.40 |
| 03/17/15 | DM Twomey | Review and provide comments to filing notice (.20); e-mails with A. Stromberg, K. Kansa regarding same (.20); e-mails with A. Stromberg, Gibson Dunn, ACC/FCR counsel regarding TDP mark-up (.30); send e-mail to client, Tyco regarding implementation steps plan (.20); analyze related issues (.40); review updated voting report and e-mails with A. Stromberg, client, Gibson Dunn regarding same (.30); e-mails with G. King regarding confirmation brief (.20); analyze settlement issues, and review related 9019/1123(b)(3) materials (1.40); review order granting trustee fee motion (.10) | 3.30 |
| 03/17/15 | KP Kansa | Review notice of filing of Plan exhibits (.1); email A. Stromberg re: same (.1); review update on Plan voting (.2); email A. Stromberg re: update to Plan Proponents on same (.1); review TDP (.5); email R. O'Malley re: same (.1); email R. O'Malley re: findings of fact and conclusions of law (.1); email K. Coen and D. Lynch re: list of non-Debtor affiliates (.3); follow up email to K. Coen on same (.2); email to M. Boxberger re: same (.1); email A. Stromberg re: proposed TDP revision (.1); review and revise findings of fact/conclusions of law and other confirmation documents (3.4) | 5.30 |
| 03/17/15 | RF O'Malley | Review A. Stromberg email regarding vote (.20); draft emails to K. Kansa regarding TDP and Conclusions of Fact and Law (.30) | .50 |
| 03/17/15 | WA Evanoff | Review hearing agenda | .10 |
| 03/17/15 | JC Steen | Review plan confirmation publication notice and related materials (.30); and review various bankruptcy pleadings filed on March 17 (.20) | .50 |
| 03/17/15 | AR Stromberg | Emails w/ K.Stickles regarding filing affidavit of service (.1); Review interim voting summary and draft summary for Sidley and Gibson Dunn team (.3); Review and comment on TDP and revise notice re plan disclosures and plan exhibit (3.4) | 3.80 |
| 03/18/15 | MG Martinez | Begin drafting memo regarding Plan research issues | 5.10 |
| 03/18/15 | KP Kansa | T/c D. Lynch re: Pentair inquiry on Non-Debtor Affiliates (.1); emails to M. Boxberger re: same (.2); review draft confirmation brief (in part) and revise same (.6) | .90 |
| 03/18/15 | C Jun | Revise draft of proposed confirmation order | 3.00 |
| 03/18/15 | DM Twomey | Numerous e-mails with client, K. Kansa regarding protected parties list (.30); review same lists (.20); e-mails with Gibson | 4.30 |

**SIDLEY AUSTIN** LLP

Invoice Number: 35019304
Yarway Corporation

Yarway Restructuring

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | Dunn, ACC/FCR counsel, A. Stromberg regarding TDP revisions, filing of same (.50); analyze settlement issues, and review related 9019/1123(b)(3) materials for confirmation brief (3.30) | |
| 03/18/15 | RF O'Malley | Review trust distribution procedures | 1.00 |
| 03/18/15 | JC Steen | Review notices regarding asbestos trust and governance (.30); and review various filings and e-mails from K. Stickles (.20) | .50 |
| 03/18/15 | AR Stromberg | Review and revise notice and finalize TDP exhibit for filing | 1.40 |
| 03/19/15 | MG Martinez | Continue research and memo regarding plan issues | 6.50 |
| 03/19/15 | KP Kansa | Review confirmation brief and revise (2.8); email revisions on same with comment to G. King (.1); review and revise Coen Declaration (in part) (.5) | 3.40 |
| 03/19/15 | DM Twomey | Review draft confirmation brief and comment on same (2.20); analyze related confirmation issues (.80) | 3.00 |
| 03/19/15 | WA Evanoff | Review filed pleadings re hearing | .10 |
| 03/19/15 | JC Steen | Review latest plan confirmation developments (.30); and review various recent bankruptcy filings (.20) | .50 |
| 03/19/15 | AR Stromberg | Call w/ K.Stickles regarding district court procedures (.6); Review and comment on brief in support of confirmation (3.5) | 4.10 |
| 03/20/15 | KP Kansa | Email A. Crider re: list of Tyco affiliates (.2); t/c E. Harron and K. Maclay re: pending plan issues (.4); email M. Rosenthal and J. Graves re: ACC/FCR inquiry on plan definition (.4); follow up email to M. Rosenthal re: same (.7); email Yarway/Tyco/Gibson Dunn re: Plan objections (.1); review Plan orders (.6); conference with D. Twomey re: pleadings in support of confirmation (.2) | 2.60 |
| 03/20/15 | LJ Nyhan | Review voting and issues analysis, related materials | .40 |
| 03/20/15 | DM Twomey | Review plan voting results (.20); e-mails with A. Stromberg, client, Gibson Dunn regarding same (.20); office conference with K. Kansa regarding confirmation brief, declaration, order (.20); e-mails with K. Kansa, Pentair counsel regarding protected parties list (.20); e-mails with K. Kansa, GDC regarding protected parties list, discussion with ACC counsel (.30); analyze related issue (.20); e-mails with A. Stromberg regarding objection/voting update, district court approval issue (.20); analyze same issue (.30) | 1.80 |
| 03/20/15 | C Jun | Finalize draft of findings of fact and conclusions of law (1.8); email K. Kansa re same (.1) | 1.90 |
| 03/20/15 | WA Evanoff | Review filings and documents re Plan (0.3); confer with J. | .50 |

SIDLEY AUSTIN LLP

Invoice Number: 35019304
Yarway Corporation

Yarway Restructuring

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | Steen re Plan supplement and confirmation order and findings of fact and conclusions of law (0.2) | |
| 03/20/15 | JC Steen | Confer with B. Evanoff regarding Plan Supplement pleadings (.10); briefly follow up with B. Evanoff regarding status of draft confirmation order and findings and conclusions (.10); review bar date notice pleadings (.30); and review and respond to various e-mails from B. Evanoff and K. Kansa regarding plan confirmation order and findings and conclusions (1.0) | 1.50 |
| 03/20/15 | AR Stromberg | Review and analyze voting report (.8); review comments on brief and incorporate into document (3.0) | 3.80 |
| 03/22/15 | KP Kansa | Review and revise Findings of Fact/Conclusions of Law | 5.00 |
| 03/22/15 | GM King | Revise confirmation brief (2.2) | 2.20 |
| 03/22/15 | JC Steen | Review various e-mails from G. King and B. Evanoff regarding draft confirmation brief (.30) | .30 |
| 03/23/15 | MG Martinez | Revise summary memo for D. Twomey | .50 |
| 03/23/15 | LJ Nyhan | Review confirmation brief and related materials | .50 |
| 03/23/15 | KP Kansa | T/c A. Stromberg re: confirmation pleadings (.2); t/c D. Lynch/M. Rosenthal re: non-debtor affiliates (1.3); review materials on same (.5); t/c claimant re: Plan notices (.1); office conferences with D. Twomey on M. Rosenthal questions on non-debtor affiliates (.2); review and revise findings of fact and conclusions of law (.9); email C. Jun re: same (.1); further email to C. Jun re: same (.1); email A. Stromberg re: confirmation hearing (.1); email R. Schepacarter re: Plan (.1); emails to K. Stickles re confirmation hearing (.2); review and revise confirmation order and email C. Jun re: same (3.6) | 7.40 |
| 03/23/15 | DM Twomey | Office conference with K. Kansa regarding protected party issue (.20); review and comment on portion of confirmation brief (.80) | 1.00 |
| 03/23/15 | RF O'Malley | Review G. King email regarding Confirmation brief | .20 |
| 03/23/15 | WA Evanoff | Review and prepare comments to draft confirmation brief (3.2); internal emails re same (.3) | 3.50 |
| 03/23/15 | JC Steen | Email B. Evanoff regarding plan confirmation brief (.30); review B. Evanoff comments to plan confirmation brief (.40); prepare strategic advice regarding conforming plan confirmation brief to analysis (.40); and review and assess various research issues regarding same (.40) | 1.50 |
| 03/23/15 | C Jun | Revise draft of the Findings of Fact and Conclusions of Law (3.3); draft emails to A Stromberg and K Kansa re same (.1) | 3.40 |

**SIDLEY AUSTIN** LLP

Invoice Number:  35019304
Yarway Corporation

Yarway Restructuring

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 03/23/15 | AR Stromberg | Call w/ K.Stickles regarding confirmation hearing agenda and logistics of confirmation hearing (.5); Draft certification of counsel regarding publication of confirmation hearing notice (2.0); review and comment on proposed findings of fact and conclusions of law (3.0); review and comment on voting declaration (.8); review and comment on hearing agenda (.5); telephone conference with A. Stromberg re pleadings supporting confirmation (.2) | 7.00 |
| 03/24/15 | MG Martinez | Continue research and drafting summary memo for D. Twomey | 4.20 |
| 03/24/15 | KP Kansa | Office conference with D. Twomey and B. Evanoff on Non-Debtor Affiliates definition revision (.2); email D. Twomey re: same (.1); t/c M. Rosenthal re: same (.2); review and revise findings of fact and conclusions of law (4.1); email to C. Jun re: same (.2); office conference with C. Jun re: same (.2); further emails to C. Jun re: same (.3); email A. Stromberg re: same (.1) | 5.40 |
| 03/24/15 | DM Twomey | Review voting declaration (.30);  office conference with K. Kansa and B. Evanoff regarding protected party issue, other confirmation preparation issues (.20); e-mails with K. Kansa, Gibson Dunn regarding potential revisions to plan (.30); analyze same, related issues (.40) | 1.20 |
| 03/24/15 | LJ Nyhan | Review plan confirmation pleadings and related materials | .60 |
| 03/24/15 | C Jun | Incorporate changes to confirmation order (2.3); draft email to K. Kansa draft of same (.2); confer w/ K. Kansa re confirmation order and findings of fact and conclusions of law (.2); meeting with A. Stromberg re additional changes to findings of fact and conclusions of law (1.4); revise findings of fact and conclusions of law (2.7); draft email to Yarway team re draft of same (.1) | 6.90 |
| 03/24/15 | RF O'Malley | Review and revise brief in support of confirmation plan | 2.00 |
| 03/24/15 | WA Evanoff | Review documents and emails re voting (0.3); t/c with A. Stromberg re objections and voting (0.4); assess draft confirmation brief (0.4); confer with J. Steen re same (1.0); confer with K. Kansa, D. Twomey re confirmation issues (0.2); revise comments to confirmation brief (1.0); email G. King re brief (0.2) | 3.50 |
| 03/24/15 | JC Steen | Review and assess draft plan confirmation brief (1.50); review B. Evanoff comments to draft confirmation brief (.50); prepare strategic advice regarding plan confirmation brief (.50); office conference with B. Evanoff regarding revisions and conforming changes to plan confirmation brief (1.0); review revised B. Evanoff mark-up of the confirmation | 4.50 |

**SIDLEY AUSTIN** LLP

Invoice Number: 35019304
Yarway Corporation

Yarway Restructuring

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | brief (.30); follow-up email with B. Evanoff regarding revised confirmation brief (.30); review further revised brief from G. King (.20); and review various correspondence and bankruptcy pleadings from K. Stickles (.20) | |
| 03/24/15 | AR Stromberg | Review and comment on proposed findings and conclusions (1.5) ; conference w/ C.Jun regarding same (1.4); review and analyze open confirmation issues and documents in support of confirmation (1.3); teleconference with B. Evanoff re voting issues (.4) | 4.60 |
| 03/25/15 | MG Martinez | Continue research and drafting summary memo for D. Twomey | 9.20 |
| 03/25/15 | LJ Nyhan | Review order | .30 |
| 03/25/15 | C Jun | Draft email to A. Stromberg re findings of fact and conclusions of law (.1); draft email to G. King re same (.1) | .20 |
| 03/25/15 | KP Kansa | T/c A. Stromberg re: status of plan documents (.1); t/c's with R. O'Malley re: plan status and confirmation hearing (.6); t/c M. Rosenthal re: non-debtor affiliates (.1); t/c M. Rosenthal, D. Lynch, and J. Braun re: same (.7); t/c D. Lynch re: same (.2); further t/c with M. Rosenthal on non-Debtor affiliates (.2); conference call with M. Rosenthal and D. Lynch on same (.5); review emails on confirmation hearing (.2); draft email to K. Maclay and E. Harron re: revised version of non-Debtor affiliate definition (.5); emails to M. Rosenthal on same (.5); office conference with D. Twomey on same (.1); review Voting Declaration and comment on same (.3); email A. Stromberg on same (.1); review agenda for confirmation hearing and email A. Stromberg and K. Stickles on same (.2); review certification of publication and email A. Stromberg on same (.2); review B. Evanoff comments on confirmation brief and email Sidley team on same (.3) | 4.80 |
| 03/25/15 | DM Twomey | E-mails with K. Kansa, Tyco counsel regarding protected party issue, potential revisions to plan (.20); analyze same (.20); discussions with K. Kansa regarding same (.10); e-mails with K. Kansa, ACC/FCR counsel regarding Non-Debtor Affiliate definition (.20) | .70 |
| 03/25/15 | JC Steen | Review and assess draft findings of fact and conclusions of law (.50); review various comments to plan confirmation brief from B. Evanoff, K. Kansa and G. King (.50); review pleadings regarding confirmation publication notice (.30); confer with B. Evanoff regarding revisions and conforming changes to findings and conclusions (.40); and review and respond to various e-mails and inquiries from team (.30) | 2.00 |
| 03/25/15 | WA Evanoff | Review and prepare comments to confirmation brief and Findings of Fact and Conclusions of Law (1.0); confer with J. | 1.50 |

**SIDLEY AUSTIN** LLP

Invoice Number: 35019304
Yarway Corporation

Yarway Restructuring

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | Steen re same (.4); review notice filing (0.1) | |
| 03/25/15 | AR Stromberg | Prepare certification of publication of confirmation hearing notice for filing (.4); Review and comment on draft voting declaration (.9); teleconference K. Kansa re plan documents (.1) | 1.40 |
| 03/25/15 | RF O'Malley | Telephone conference with K. Kansa regarding confirmation hearing (.10); telephone conference with K. Kansa regarding preparation for confirmation hearing and non-debtor affiliates issues (.50); review non-debtor affiliates issues and emails (.40) | 1.00 |
| 03/26/15 | MG Martinez | Continue research and drafting summary memo for D. Twomey | 2.20 |
| 03/26/15 | LJ Nyhan | Conference with K. Kansa regarding plan issues and negotiations (.1); review related materials (.7) | .80 |
| 03/26/15 | KP Kansa | Review and revise Coen Declaration (2.3); email G. King on same (.1); confer with B. Evanoff re same (.1); review and revise findings of fact/conclusions of law (1.5); email J. Steen re: confirmation brief (.1); conference with L. Nyhan re: confirmation hearing and related issues (.1); emails to D. Lynch and K. Coen re: settlement payments (.2) | 4.40 |
| 03/26/15 | DM Twomey | Review and provide comments to confirmation brief (1.80); office conference with G. King regarding same comments (.20); email K. Kansa regarding potential plan revision (.20); analyze related issue (.40); e-mails with G. King regarding revised brief (.20); review e-mail from J. Steen regarding same (.20); e-mails with A. Stromberg regarding potential revisions to plan exhibits (.20); e-mails with C. Jun regarding confirmation order (.20); review portion of confirmation order (1.0) | 4.40 |
| 03/26/15 | JC Steen | Review and assess draft findings of fact and conclusions of law (.50); review and assess revised plan confirmation brief (.50); office conference with B. Evanoff regarding revisions to findings and conclusions and confirmation brief (.50); review and assess potential plan issues (.30); and review latest K. Stickles filings (.20) | 2.00 |
| 03/26/15 | GM King | Revise confirmation brief (1.1); review draft confirmation brief and related materials (2.4); meeting with D. Twomey re: revisions (0.2); research re: section 3020(e) (1.2) | 4.90 |
| 03/26/15 | WA Evanoff | Emails and review revisions re confirmation brief (0.9); review documents and prepare comments to Findings of Fact and Conclusions of Law (2.9); confer with K. Kansa re declaration (0.1); confer with J. Steen re revisions to confirmation pleadings (0.5) | 4.40 |

**SIDLEY AUSTIN** LLP

Invoice Number:  35019304
Yarway Corporation

Yarway Restructuring

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 03/26/15 | C Jun | Conferences w/ A. Stromberg re Confirmation Order (.9); update Confirmation Order and email to Yarway team (.8) | 1.70 |
| 03/26/15 | AR Stromberg | Review documents in support of plan confirmation (1.5); review plan exhibits and proposed plan amendments (.7); review and analyze open confirmation issues and precedent cases (1.1); review comments on voting declaration (.1); conference with C. Jun re confirmation order revisions (.9) | 4.30 |
| 03/27/15 | KP Kansa | Email D. Lynch re: Trust funding and post-Effective Date issues (.2); t/cs D. Lynch re: same (.2); t/c A. Stromberg re: confirmation document revisions (.1); review and revise findings of fact and conclusions of law (2.0); office conferences with C. Jun re: same (.3); office conference with A. Stromberg on Plan documents status and distributions (.2) | 3.00 |
| 03/27/15 | MG Martinez | Continue revising memo and send to D. Twomey for comment | 3.00 |
| 03/27/15 | DM Twomey | E-mails with K. Kansa, B. Evanoff regarding comments to Findings of Fact and Conclusions of Law (.20); review e-mails from B. Evanoff regarding comments to confirmation order (.10); review e-mail from A. Stromberg regarding distribution of pleadings in support of plan (.10) | .40 |
| 03/27/15 | JC Steen | Review and assess draft findings of fact and conclusions of law (1.0); prepare strategic advice regarding draft findings and conclusions (.50); review and assess draft confirmation order (1.0); prepare strategic advice regarding draft confirmation order (.50); review comments from B. Evanoff and other team members to revised findings and conclusions and confirmation order (.50); office conference with B. Evanoff regarding revisions to findings and conclusions and confirmation order (1.0); review further revised confirmation order (.30); correspond with B. Evanoff regarding same (.30); and review and respond to various e-mails and inquiries from B. Evanoff and other team members (.40) | 5.50 |
| 03/27/15 | GM King | Review brief (0.7); email K. Kansa re: brief (0.1); revise brief (1.3); revise declaration (0.8) | 2.90 |
| 03/27/15 | WA Evanoff | Review and prepare comments to confirmation order (1.5); correspondence and review documents re confirmation order, findings of fact and conclusions of law (0.7); o/c with J. Steen re comments to same (1.0); prepare revisions to same and circulate internally (2.3); confer with C. Jun re findings of fact and conclusions of law (.1) | 5.60 |
| 03/27/15 | C Jun | Revise draft findings of fact and conclusions of law (5.1); draft emails to G. King and Stromberg re same (.2); confer w/ A. Stromberg re same (.2); confer w/ B. Evanoff re same (.1); | 5.90 |

SIDLEY AUSTIN LLP

Invoice Number: 35019304
Yarway Corporation

Yarway Restructuring

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | confer with K. Kansa re same (.3) | |
| 03/27/15 | AR Stromberg | Review and analyze draft documents in support of confirmation (2.2); Conferences w/ K.Kansa regarding plan amendments and documents in support of confirmation (.3); conference with C. Jun re same (.2) | 2.70 |
| 03/28/15 | KP Kansa | Review comments on confirmation order and email Sidley team on same | .30 |
| 03/28/15 | DM Twomey | E-mails with C. Jun, B. Evanoff, J. Steen regarding revisions to confirmation order | .20 |
| 03/28/15 | JC Steen | Review revised findings of fact and conclusions of law (.30); review revised confirmation order (.30); review revised confirmation brief (.30); review various comments from B. Evanoff and K. Kansa to revised confirmation pleadings (.30); and prepare strategic advice regarding revised confirmation materials (.30) | 1.50 |
| 03/28/15 | WA Evanoff | Review and prepare comments to revised Confirmation Order, Brief, and Findings of Fact and Conclusions of Law (2.8); emails internally re same (0.2) | 3.00 |
| 03/28/15 | C Jun | Email to Yarway team re revisions to findings of fact and conclusions of law and confirmation order (.2) | .20 |
| 03/28/15 | AR Stromberg | Review and respond to emails regarding comments on proposed confirmation order and confirmation notice | .50 |
| 03/29/15 | DM Twomey | Review revised draft of confirmation brief (1.60); review and provide comments to Coen Declaration (.50); review and provide comments to FOF/COL (.40); analyze related issues (.30) | 2.80 |
| 03/29/15 | JC Steen | Review various team updates and inquiries regarding revised confirmation materials | .30 |
| 03/29/15 | GM King | Review Findings of Fact and Conclusions of Law (1.3); review confirmation order (0.9) | 2.20 |
| 03/30/15 | DM Twomey | Review and provide comments to voting declaration (.30); office conference with A. Stromberg regarding same (.10); analyze voting issue (.30); e-mails with A. Stromberg, M. Logan regarding same, ballot (.30); e-mails with A. Stromberg, Morgan Lewis regarding claims issues (.20); review Tyco comments to pleadings in support of confirmation (.30); analyze related issues (.30); e-mails with A. Stromberg regarding district court affirmance issue (.30); emails with G. King regarding evidentiary issues (.10); send/review e-mails regarding Findings of Fact and Conclusions of Law, confirmation order (.30); telephone conference with A. Stromberg regarding voting issue (.10); | 5.50 |

SIDLEY AUSTIN LLP

Invoice Number:  35019304
Yarway Corporation

Yarway Restructuring

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | telephone conference with A. Stromberg regarding district court affirmance issue (.10); review and provide comments to portion of Findings of Fact and Conclusions of Law (1.80); office conference with A. Stromberg regarding same comments, related issues (.20); discussions with C. Jun regarding confirmation notice (.10); respond to inquiry and send e-mail regarding same (.20); e-mails with G. King, A. Stromberg, K. Kansa, B. Evanoff regarding issues related to confirmation filings and analysis of same issues (.50) | |
| 03/30/15 | RF O'Malley | Review J. Graves email regarding confirmation brief (.10); review confirmation brief (.30) | .40 |
| 03/30/15 | KP Kansa | Email A. Stromberg re: revised Yarway vote declaration (.1); email K. Coen re: 4/8 confirmation hearing (.2); emails to A. Stromberg re: revisions to confirmation pleadings (.3); further review of confirmation pleadings and revise same (.7); emails to A. Stromberg and D. Twomey re: same (.5); email M. Rosenthal re: non-Debtor affiliates (.1); further emails to Sidley team re: same (.3); t/c M. Rosenthal re: same (.1) | 2.30 |
| 03/30/15 | GM King | Review confirmation order (1.1); Meetings with A. Stromberg re: revisions (0.3); meeting with D. Twomey re: brief (0.2); review draft materials (1.6); revise brief (1.3); revise Coen declaration (1.5) | 6.00 |
| 03/30/15 | JC Steen | Review revised findings of fact and conclusions of law (.50); review B. Evanoff comments to findings and conclusions (.30); review Gibson Dunn comments to findings and conclusions (.30); review and assess draft confirmation order (.30); review B. Evanoff comments to confirmation order (.30); review Gibson Dunn comments to confirmation order (.30); review revised confirmation brief (.30); review Gibson Dunn comments to confirmation brief (.30); prepare strategic advice regarding revised confirmation materials (.30); email B. Evanoff regarding revised confirmation materials and next steps (.30); and review and respond to various e-mails and inquiries from B. Evanoff and other team members (.30) | 3.50 |
| 03/30/15 | WA Evanoff | Review and assess comments to confirmation pleadings (1.5); internal emails re same (0.3); confer with A. Stromberg re Findings of Fact and Conclusions of Law (0.2); review and prepare comments to revised confirmation documents (1.4) | 3.40 |
| 03/30/15 | C Jun | Revise Findings of Fact and Conclusions of Law, and Confirmation Order (4.6); confer with A. Stromberg re same (.7); email Yarway team same (.5); confer with D. Twomey re confirmation notice (.1) | 5.90 |
| 03/30/15 | AR Stromberg | Review and comment on Voting Declaration (.7); calls w/ D.Twomey regarding same (.2); review and comment on | 6.20 |

SIDLEY AUSTIN LLP

Invoice Number:  35019304
Yarway Corporation

Yarway Restructuring

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | pleadings in support of confirmation, including proposed findings of fact and conclusions of law, confirmation brief, declaration in support of confirmation, and proposed confirmation order (3.0); multiple conferences w/ C.Jun re: same (.7); conferences w/ G.King regarding same (.3); call w/ J.Graves regarding comments on same (.3); call w/ K.Maclay regarding same (.3); conferences w/ D.Twomey regarding same (.5); conference with B. Evanoff re same (.2) | |
| 03/31/15 | KP Kansa | Review non-Debtor affiliates list from Pentair and email Sidley team on same (.5); review notice of entry of confirmation order and email Sidley team on same (.5); call with D. Lynch, K. Coen, and A. Stromberg on post-Effective Date funding (.5) | 1.50 |
| 03/31/15 | DM Twomey | Review materials regarding potential plan changes and analyze related issues (1.20); office conference with B. Evanoff regarding same (.30); review and provide comments to Findings of Fact and Conclusions of Law (1.60); office conference with A. Stromberg regarding same, open issues with documents in support of confirmation (.50); review same and analyze related issues (.50); e-mails with FCR counsel, A. Stromberg regarding Patton Declaration (.30); review portion of Plan issues memo and analyze same legal issues (.70) | 5.10 |
| 03/31/15 | GM King | Meeting with A. Stromberg and C. Jun re: pleadings to be filed (0.8); meeting with A. Stromberg and B. Evanoff re: same (1.0); review Patton declaration (0.3); revise brief (0.1) | 2.20 |
| 03/31/15 | WA Evanoff | Internal emails re confirmation pleadings (0.2); confer with D. Twomey re Plan, Declaration issues (0.3); review documents re same (0.4); emails with J. Steen re plan research issues (0.2); assess revised confirmation pleadings (1.0); review docket and filed pleadings (0.2); o/c with C. Jun re confirmation notice (0.2); confer with A. Stromberg and G. King re several confirmation related issues (1.0); review revised confirmation pleadings and notice (0.8) | 4.30 |
| 03/31/15 | C Jun | Confer w Stromberg and G. King re conforming pleadings for Yarway (.8); revise Findings of Fact and Conclusions of Law and Confirmation Order (7.9); draft emails with Yarway team re same (.5); confer with B. Evanoff re confirmation notice (.2) | 9.40 |
| 03/31/15 | JC Steen | Review revised findings of fact and conclusions of law (.30); review revised confirmation order (.30); review revised confirmation brief (.30); review proposed confirmation notice (.30); review various comments from B. Evanoff and K. Kansa to various confirmation materials (.40); prepare strategic advice regarding confirmation materials (.30); | 2.50 |

SIDLEY AUSTIN LLP

Invoice Number: 35019304
Yarway Corporation

Yarway Restructuring

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | emails with B. Evanoff regarding revised confirmation materials and next steps (.30); and review and respond to various e-mails and inquiries from B. Evanoff and other team members (.30) | |
| 03/31/15 | AR Stromberg | Review and comment on the Patton Declaration (1.9); Conference w/ D.Twomey regarding documents in support of confirmation (.5); Call w/ D.Lynch, K. Kansa and K.Coen regarding post-confirmation issues (.5); Conference w/ C.Jun and G.King regarding comments to documents in support of confirmation (.8); Conferences w/ G.King and B. Evanoff regarding revisions to documents in support of confirmation and open items (1.0); Review Pentair diligence regarding Non-Debtor Affiliates (.6); review status of proposed plan amendments (.6) | 5.90 |

|  | | **Task Subtotal** | **$361,912.00** | **468.80** |

**06 Claims Processing**

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 03/02/15 | WA Evanoff | Review service filing re bar date | .10 |
| 03/04/15 | MG Martinez | Review status of claims filings in the context of plan moving forward | 2.00 |
| 03/06/15 | DM Twomey | E-mails with A. Stromberg regarding proofs of claim, related information (.30) | .30 |
| 03/06/15 | AR Stromberg | Review and analyze filed claims and draft summary of same | .60 |
| 03/09/15 | MG Martinez | Review claims status (1.0); email with A. Stromberg re: same (0.2); follow-up analysis re: same (0.6) | 1.80 |
| 03/10/15 | MG Martinez | Research re: precedent claims withdrawals | .30 |
| 03/11/15 | MG Martinez | Draft notice of withdrawal and review precedent re: same (0.9); email K. Kansa re: same (0.2) | 1.10 |
| 03/13/15 | MG Martinez | Begin drafting reservation of rights (0.6); research regarding precedent (0.2); review claims issues (3.4); review schedules issues (0.3) | 4.50 |
| 03/19/15 | AR Stromberg | Analyze filed claims and draft emails summarizing same | 1.00 |
| 03/20/15 | MG Martinez | Continue drafting claims reservation of rights and distribute to K. Kansa, D. Twomey and A. Stromberg | 1.30 |
| 03/20/15 | DM Twomey | E-mails with M. Martinez regarding bar date, claims filed (.20); analyze related issues (.20); review draft response regarding claims filed and e-mails with M. Martinez regarding same (.30) | .70 |
| 03/20/15 | AR Stromberg | Analyze filed claims prepare summary of same (.7) | .70 |
| 03/24/15 | MG Martinez | Telephone call with attorney for asbestos claimants regarding | .30 |

SIDLEY AUSTIN LLP

Invoice Number: 35019304
Yarway Corporation

Yarway Restructuring

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | potential claims withdrawal | |
| 03/25/15 | MG Martinez | Revise limited response and reservation of rights and re-distribute to K. Kansa, D. Twomey and A. Stromberg | .20 |
| 03/25/15 | KP Kansa | Review limited response to Yarway claims and revise (.3); email M. Martinez re: same (.1); review revised version of same and email M. Martinez re: same (.1) | .50 |
| 03/25/15 | DM Twomey | E-mails with M. Martinez regarding claim response (.10) | .10 |
| 03/27/15 | MG Martinez | Draft claims withdrawal documents and correspondence with counsel to claimants and Yarway's DE counsel regarding same | 1.80 |
| 03/27/15 | AR Stromberg | Review and analyze filed claims and email Morgan Lewis regarding same | 1.30 |
| 03/30/15 | MG Martinez | Reconcile open claims (1.1); conference with A. Stromberg re same (.1) | 1.20 |
| 03/30/15 | AR Stromberg | Emails w/ Morgan Lewis regarding filed claims (.2); review diligence provided by Morgan Lewis regarding claims (.5); conference w/ M.Martinez regarding same (.1) | .80 |
| 03/31/15 | MG Martinez | Telephone conference with S. Hisaka and follow-up e-mail to him regarding open claim | .70 |
| | | **Task Subtotal**            **$16,119.50** | **21.30** |
| | | **07 Asbestos-Related Issues** | |
| 03/01/15 | DM Twomey | E-mails with B. Edwards, K. Kansa, A. Stromberg regarding cooperation agreement, related call | .20 |
| 03/02/15 | KP Kansa | Conference call with B. Edwards, N. Hultquist, D. Twomey, and A. Stromberg on cooperation agreement | .40 |
| 03/02/15 | DM Twomey | E-mails with Sidley team, Morgan Lewis regarding cooperation agreement, upcoming call regarding same (.20); review materials regarding prior document exchanges with ACC, FCR in connection with cooperation agreement (1.50); analyze issues with cooperation agreement and draft list for call (1.0); conference call with Morgan Lewis, K. Kansa, A. Stromberg regarding cooperation agreement comments (.40) | 3.10 |
| 03/02/15 | AR Stromberg | Call w/ K.Kansa, D.Twomey, and Morgan Lewis regarding Asbestos Records Cooperation Agreement (.4); review emails re: same (.1) | .50 |
| 03/03/15 | KP Kansa | Review and comment on cooperation agreement (1.0); emails with D. Twomey on same (.2) | 1.20 |
| 03/03/15 | C Jun | Confer w/ D. Twomey re: asbestos pleadings search (.1); search for pleadings (.1); call w/ L. Slaby re: same (.2); | .80 |

SIDLEY AUSTIN LLP

Invoice Number: 35019304
Yarway Corporation

Yarway Restructuring

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | search data room for pleadings (.2); draft email to D. Twomey with search results (.2) | |
| 03/03/15 | DM Twomey | Draft portion of summary of key asbestos rulings regarding contribution requirements and protected party issues (2.50); telephone conference with C. Jun regarding document production question (.10); review related documents in connection with cooperation agreement (1.20); review K. Kansa comments to cooperation agreement (.20); analyze related issues (.50) | 4.50 |
| 03/04/15 | DM Twomey | E-mails with K. Kansa, A. Stromberg regarding cooperation agreement, comments to same (.50); review previously-provided materials to ACC/FCR in connection with same (.80); analyze related issues (.50); office conference with K. Kansa regarding cooperation agreement, other plan supplement documents (.30); emails with A. Stromberg regarding same (.30); draft summary of key asbestos rulings regarding contribution requirements and protected party issues (.80) | 3.20 |
| 03/04/15 | AR Stromberg | Conference w/ D.Twomey regarding Cooperation Agreement (.3); comment on same (1.3) | 1.60 |
| 03/05/15 | AR Stromberg | Revise plan amendments (.2); email Gibson Dunn regarding comments on Cooperation Agreement and revised plan amendments (.3) | .50 |
| 03/06/15 | AR Stromberg | Review and comment on draft Asbestos PI Trust Agreement | 1.10 |
| 03/08/15 | KP Kansa | Review and comment on Trust Agreement (in part) | 2.50 |
| 03/09/15 | KP Kansa | Review findings of fact and conclusions of law (3.2); email C. Jun regarding same (.1) | 3.30 |
| 03/09/15 | DM Twomey | E-mails with K. Kansa, A. Stromberg regarding trust agreement comments (.30); analyze related issues (.40); e-mails with Morgan Lewis, Gibson Dunn regarding cooperation agreement mark-up, related issues (.40); numerous additional e-mails with M. Rosenthal, A. Stromberg regarding trust agreement comments and cooperation agreement comments (.30); analyze related issues (.90) | 2.30 |
| 03/09/15 | AR Stromberg | Review and analyze issues with respect to Cooperation Agreement and Trust Agreement and comment on same (5.1); call w/ M.Rosenthal regarding cooperation agreement (.2) | 5.30 |
| 03/10/15 | DM Twomey | Review/analyze ACC/FCR comments to cooperation agreement (.60); e-mails with K. Kansa, A. Stromberg, M. Rosenthal regarding same (.20) | .80 |
| | | **Task Subtotal** | **$26,411.00** | **31.30** |

**SIDLEY AUSTIN** LLP

Invoice Number: 35019304
Yarway Corporation

Yarway Restructuring

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | **09 Business Operations** | |
| 03/13/15 | KP Kansa | Review email from E. Harron on director/officer of Reorganized Yarway | .10 |
| | | **Task Subtotal**          $90.00 | **.10** |
| | | **10 Case Administration** | |
| 03/03/15 | SL Summerfield | Review bankruptcy case re pleadings for A. Stromberg | .30 |
| 03/09/15 | SL Summerfield | Review bankruptcy case re pleadings (.30); prepare email with PDF files to T. Deron for A. Stromberg (.30); revise chart re same (.10); revise email and send to T. Deron (.20) | .90 |
| 03/12/15 | KP Kansa | Review B. Zhang email on financial projections (.2); prepare same (.2); emails to C. Jun re: same (.2) | .60 |
| 03/13/15 | KP Kansa | Draft projections for B. Zhang (.5); email R. O'Malley re same (.1); revise same and email B. Zhang re: same (.2) | .80 |
| 03/13/15 | SL Summerfield | Review bankruptcy case re pleadings (.40); prepare email with PDF files to T. Deron for A. Stromberg (1.20) | 1.60 |
| 03/13/15 | RF O'Malley | Review revised budget (.50); draft email to K. Kansa regarding budget (.30) | .80 |
| 03/16/15 | KP Kansa | Review Yarway agenda for 3/19 hearing and email K. Stickles on same | .20 |
| 03/17/15 | DM Twomey | Review e-mail/notice regarding status of matters, hearing cancellation (.20) | .20 |
| 03/17/15 | SL Summerfield | Review bankruptcy case re pleadings (.30); prepare email with PDF files to T. Deron for A. Stromberg and L. Slaby (.70); revise chart re same (.60) | 1.60 |
| 03/18/15 | AR Stromberg | Review financial information provided by Yarway and draft monthly operating report | .80 |
| 03/19/15 | SL Summerfield | Review bankruptcy case re pleadings (.30); prepare email with PDF files to T. Deron for A. Stromberg (1.10); revise fee chart (.80) | 2.20 |
| 03/19/15 | AR Stromberg | Prepare monthly operating report | .70 |
| 03/20/15 | KP Kansa | Review Yarway Monthly Operating Report (.1); email A. Stromberg re: same (.1) | .20 |
| 03/20/15 | SL Summerfield | Review bankruptcy case re pleadings for A. Stromberg | .30 |
| 03/20/15 | AR Stromberg | Prepare monthly operating report and email company regarding open item | .50 |
| 03/23/15 | SL Summerfield | Review bankruptcy case re CNO for Campbell & Levine for T. Deron, A. Stromberg | .40 |

**SIDLEY AUSTIN** LLP

Invoice Number: 35019304
Yarway Corporation

Yarway Restructuring

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 03/23/15 | AR Stromberg | Revise monthly operating report and prepare for filing | .50 |
| 03/24/15 | SL Summerfield | Review bankruptcy case re pleadings (.30); prepare email with PDF files to T. Deron for A. Stromberg (.30); revise chart re same (.80) | 1.40 |
| 03/24/15 | WA Evanoff | Review Monthly Operating Report | .10 |
| 03/25/15 | KP Kansa | Email C. McMillan re: projections | .20 |
| 03/25/15 | SL Summerfield | Review bankruptcy case re pleadings for A. Stromberg | .20 |
| 03/26/15 | KP Kansa | Email C. McMillan re: projections | .10 |
| 03/27/15 | SL Summerfield | Review bankruptcy case pleadings for A. Stromberg | .30 |
| 03/30/15 | SL Summerfield | Review bankruptcy case re pleadings for A. Stromberg | .20 |
| 03/30/15 | KP Kansa | Email B. Zhang re: projections | .20 |
| 03/31/15 | SL Summerfield | Review project from A. Stromberg (.20); review and compare excel spreadsheet to draft exhibit G for A. Stromberg (.50) | .70 |

|  |  | **Task Subtotal** | **$7,314.00** | **16.00** |

**14 Fee Applications**

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 03/02/15 | DJ Lutes | Emails to C. Jun re: fee application issues and status (.2); review interim and monthly fee application materials (.2) | .40 |
| 03/02/15 | C Jun | Review email from D. Lutes re: January draft invoice and fee application (.1) | .10 |
| 03/03/15 | C Jun | Draft email to O'Malley re: January draft invoice and fee application (.1) | .10 |
| 03/05/15 | DJ Lutes | Prepare monthly fee application materials (2.8); email to C. Jun re: same (.1) | 2.90 |
| 03/06/15 | DJ Lutes | Prepare monthly fee application materials (3.4); email to L. Diaz re; same (.1) | 3.50 |
| 03/10/15 | DJ Lutes | Prepare monthly fee application materials | 2.90 |
| 03/10/15 | C Jun | Review February proforma and add comments (3.8); email A Stromberg re: same (.1); office conference with A. Stromberg re: same (.3); email K. Kansa re same (.1); email D. Hines re same (.1); email D. Lutes re same(.1); email R. O'Malley re status of January fee application (.1) | 4.60 |
| 03/10/15 | AR Stromberg | Conference w/ C.Jun regarding February fee applications | .30 |
| 03/11/15 | DJ Lutes | Prepare monthly fee application materials (1.2); confer with C. Jun re: same (.5) | 1.70 |
| 03/11/15 | C Jun | Email to D. Lutes re January fee invoice (0.1); phone conference with D. Lutes re same (0.5) | .60 |

SIDLEY AUSTIN LLP

Invoice Number:  35019304
Yarway Corporation

Yarway Restructuring

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 03/12/15 | DJ Lutes | Prepare monthly fee application materials for January (1.4); prepare monthly fee application materials for February (1.7); emails with C. Jun re: same (.3); emails with billing specialist re: same (.2) | 3.60 |
| 03/12/15 | C Jun | Email to R. O'Malley re January invoice (0.1); phone conference with R. O'Malley re same (0.1); call with J. Girard re 2015 rates (0.1); email D. Lutes re February invoice and fee application (0.1); email to D. Lutes re January invoice (0.1) update January invoice (0.4) | .90 |
| 03/12/15 | RF O'Malley | Email K. Kansa regarding fee application (.10); telephone conference with C. Jun regarding fee application (.10); draft email to C. Jun regarding fee application (.30) | .50 |
| 03/23/15 | DJ Lutes | Email to C. Jun re: monthly fee applications | .20 |
| 03/25/15 | DJ Lutes | Email with L. Diaz re: monthly fee applications | .20 |
| 03/25/15 | C Jun | Draft emails to R. O'Malley, K. Kansa and A. Stromberg re January and February fee applications | .20 |
| 03/25/15 | RF O'Malley | Draft email to K. Kansa regarding fees (.20); review fee application (.70); draft email to K. Kansa and C. Jun regarding January fee application (.20) | 1.10 |
| 03/26/15 | DJ Lutes | Prepare monthly fee application for January for filing (1.2); confer with L. Diaz and C. Jun re: same (.2); prepare February monthly fee application (.5) | 1.90 |
| 03/26/15 | KP Kansa | Review February fee app and comment on same (.4); o/c C. Jun re: same (.1) | .50 |
| 03/26/15 | RF O'Malley | Review February pro forma for privilege (.30); review February fee application (.10); draft email to C. Jun regarding fee application (.10); review C. Jun email regarding confirmation order (.10) | .60 |
| 03/26/15 | C Jun | Confer w/ K. Kansa on January fee application (.1); call and email K. Stickles and S. Williams re filing same (.2); confer with D. Lutes re same (.1); prepare January fee application for filing (.4) | .80 |
| 03/27/15 | DJ Lutes | Prepare February monthly fee application (1.7); emails with L. Diaz re: same (.1); email to C. Jun re: same (.1) | 1.90 |
| 03/31/15 | DJ Lutes | Coordinate filing and service with co-counsel re: 22nd monthly fee application (.5); prepare materials re: same (.4); emails with co-counsel and C. Jun re: same (.3); prepare materials and electronic files re: filed 21st monthly fee application (.2) | 1.40 |
| 03/31/15 | C Jun | Call P. Ratkowiak at Cole Schotz re: filing January fee | .30 |

**SIDLEY AUSTIN** LLP

Invoice Number:  35019304
Yarway Corporation

Yarway Restructuring

| Date | Name | Narrative | | Hours |
|------|------|-----------|---|-------|
| | | application (.2); draft email P. Ratkowiak same (.1) | | |
| | | **Task Subtotal** | **$13,396.50** | **31.20** |
| | | **17 Adversary Proceedings** | | |
| 03/12/15 | WA Evanoff | Respond to Morgan Lewis inquiry re adversary status | | .30 |
| 03/13/15 | WA Evanoff | Respond to inquiry re jurisdiction issue | | .40 |
| 03/19/15 | SL Summerfield | Review adversary case docket for G. King | | .30 |
| 03/24/15 | SL Summerfield | Review adversary case docket for G. King | | .20 |
| | | **Task Subtotal** | **$662.50** | **1.20** |
| | | **Total Hours for all Tasks** | | **569.90** |

SIDLEY AUSTIN LLP

Invoice Number: 35019304
Yarway Corporation

Yarway Restructuring

## E X P E N S E   D E T A I L

| Date | Narrative | Amount |
|------|-----------|--------|
| 03/10/15 | 03/09/15-Duplicating charges Time: 9:34:00 | $.90 |
| 03/10/15 | 03/09/15-Duplicating Charges (Color) Time: 9:34:00 | 26.22 |
| 03/11/15 | 03/10/15-Duplicating charges Time: 13:01:00 | 1.50 |
| 03/11/15 | 03/10/15-Duplicating Charges (Color) Time: 13:01:00 | 22.23 |
| 03/12/15 | 03/11/15-Duplicating Charges (Color) Time: 15:50:00 | 36.48 |
| 03/12/15 | 03/11/15-Duplicating Charges (Color) Time: 17:43:00 | 3.99 |
| 03/14/15 | 03/13/15-Duplicating Charges (Color) Time: 18:03:00 | 3.42 |
| 03/20/15 | 02/17/15-Telephone Charges Conference Call Customer: HKK5756 KENNETH P KANSA | 2.78 |
| 03/20/15 | 02/17/15-Telephone Charges Conference Call Customer: HXX3109 KENNETH P KANSA | 1.32 |
| 03/20/15 | 03/01/15-Monthly Electronic Data Storage Fee 16.40 GB @    $5.00 | 82.00 |
| 03/21/15 | 03/20/15-Duplicating Charges (Color) Time: 8:22:00 | 33.06 |
| 03/21/15 | 03/20/15-Duplicating Charges (Color) Time: 8:38:00 | 21.09 |
| 03/21/15 | 03/20/15-Duplicating Charges (Color) Time: 13:37:00 | 4.56 |
| 03/27/15 | 03/12/15 - Meals - Breakfast meeting with 6 people including client in conference room re: plan confirmation related tasks and next steps (attendees: D. Lynch, K. Kansa, D. Twomey, R. O'Malley, A. Stromberg, and L. Nyhan) | 40.00 |
| 03/28/15 | 03/27/15-Duplication charges Time: 15:38:00 | 2.00 |
| 03/31/15 | 03/30/15-Duplicating Charges (Color) Time: 13:21:00 | 23.94 |
| 03/31/15 | 03/30/15-Duplicating Charges (Color) Time: 17:02:00 | 27.93 |
| | **Total Expenses** | **$333.42** |